**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of California
_____ (State)

Case number (*If known*): _____    Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Histogen Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Conatus Pharmaceuticals Inc. |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2 0 – 3 1 8 3 9 1 5 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 231 Market Place, Suite 373 | |
| Number    Street | Number    Street |
| | P.O. Box |
| San Ramon      CA      94583 | |
| City      State    ZIP Code | City      State      ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Contra Costa | |
| County | Number    Street |
| | |
| | City      State      ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website (URL)** | https://histogen.com/ |

Debtor    Histogen Inc.
_____    Case number (*if known*)_____
          Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   _5_  _4_  _1_  _9_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    Histogen Inc.
          _____          Case number (if known) _____
          Name

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                          MM / DD / YYYY

If more than 2 cases, attach a separate list.

          District _____   When _____   Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.   Debtor _____   Relationship _____

List all cases. If more than 1, attach a separate list.

          District _____   When _____
                                                             MM / DD / YYYY

          Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

          **Why does the property need immediate attention?** (Check all that apply.)

          ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

               What is the hazard? _____

          ☐ It needs to be physically secured or protected from the weather.

          ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

          ☐ Other _____

          **Where is the property?** _____
                                     Number          Street

                                     _____

                                     _____
                                     City                              State ZIP Code

          **Is the property insured?**

          ☐ No

          ☐ Yes. Insurance agency _____

                 Contact name _____

                 Phone _____

---

█████  **Statistical and administrative information**

Debtor  Histogen Inc.
_____
Name

Case number (if known)_____

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/18/2024
_____
MM / DD / YYYY

✖ _____
Signature of authorized representative of debtor

David M. Maggio
_____
Printed name

Title  Chief Executive Officer
_____

Debtor    Histogen Inc.
Name

Case number (*if known*)

---

**18. Signature of attorney**

✖ /s/ *Eric D. Goldberg*

Signature of attorney for debtor

Date   04/18/2024

MM / DD / YYYY

Eric D. Goldberg

Printed name

DLA Piper LLP (US)

Firm name

2000 Avenue of the Stars, Suite 400 North Tower

Number    Street

Los Angeles

City

CA   90067

State    ZIP Code

(310) 595-3085

Contact phone

eric.goldberg@us.dlapiper.com

Email address

157544

Bar number

CA

State

---

## OFFICER'S CERTIFICATE
### April 18, 2024

I, Dave Maggio, being the duly appointed Chief Executive Officer of Histogen Inc. ("**_Histogen_**"), hereby certify as follows:

I am the duly qualified Chief Executive Officer of Histogen and, as such, I am familiar with the facts certified herein and I am duly authorized to certify the same on behalf of Histogen;

Attached hereto is a true, correct, and complete copy of the resolutions of the Board of Directors of Histogen, duly adopted and approved on April 16, 2024, in accordance with Histogen's corporate organizational documents; and

Such resolutions have not been amended, altered, annulled, rescinded, modified or revoked since their adoption and remain in full force and effect as of the date hereof. There exist no subsequent resolutions relating to the matters set forth in the resolutions attached hereto.

**IN WITNESS WHEREOF**, the undersigned has executed this certificate as of the 18th day of April, 2024.

DocuSigned by:

7269D14FBB10424...

Name: Dave Maggio
Chief Executive Officer of Histogen Inc.

DocuSign Envelope ID: 34-01357-11B6-5Ned-04/18/24

## RESOLUTIONS OF THE BOARD OF DIRECTORS OF
## HISTOGEN, INC.

### APRIL 16, 2024

Effective as of this 16th day of April, 2024, pursuant to a special meeting of the board of directors (the "***Board***") of Histogen Inc., a Delaware corporation ("***Histogen***"), on the same date, at which a quorum was present, upon a motion duly made and seconded and acting pursuant to Histogen's organizational documents, the Board took the following actions and adopted the following recitals and resolutions:

**WHEREAS**, the Board previously approved the liquidation and wind down of the Corporation (the "***Dissolution***") in accordance with a Plan of Liquidation and Wind Down (the "**Dissolution Plan**") in the manner permitted under Section 275 of the Delaware General Corporation Law (the "**DGCL**");

**WHEREAS**, the Corporation solicited the vote of the stockholders at a Special Meeting originally scheduled for December 5, 2023, which such meeting was subsequently adjourned and rescheduled for December 14, 2023 in order to solicit additional votes for the Special Meeting (the "***Adjourned Meeting***");

**WHEREAS**, the Adjourned Meeting was subsequently readjourned to January 4, 2023 in order to solicit additional votes for the Special Meeting ("***Final Meeting***");

**WHEREAS,** the proposal to adopt the Dissolution Plan did not achieve the Requisite Vote from the Requisite Holders and therefore, the Dissolution Plan has not been adopted by the stockholders of the Corporation;

**WHEREAS**, after due consideration and deliberation, including, amongst other reasons, the Wind-Down factors, the Board continued to deem it advisable and in the best interests of the Corporation and its stockholders to liquidate and wind down the operations of the Corporation, in a manner determined by the Board, including, amongst other options, by effectuating a subchapter V (chapter 11) bankruptcy, federal bankruptcy, petition for dissolution to the Delaware Chancery Court or other state court, liquidating trust, receivership or other wind-down process to be managed by Armanino and its representatives with any proceeds distributed to the remaining creditors and stockholders of the Corporation in a manner required by law;

**WHEREAS,** the Board considered a variety of factors in its evaluation of the merits of continuing the Corporation as a going concern, including, without limitation:

1. The Board has considered the current and prospective financial and operational aspects of Histogen's business, including Histogen's historical performance, assets, current and long-term liabilities and the market for Histogen's assets;

2. the Board has considered, and has reviewed and had the opportunity to ask questions about the materials presented by, the management of and the legal and financial advisors of Histogen regarding the liabilities, liquidity and prospects of

Histogen, the relative risks and benefits of the strategic alternatives available to Histogen, and the impact of the foregoing on Histogen;

3. the Board has supervised and directed the management and legal and financial advisors of Histogen in evaluating the strategic options;

4. the Board, with the advice and recommendation of the management and legal and financial advisors, on behalf of Histogen, reviewed various forums and types of actions and relief available under the Delaware General Corporate Law and the United States bankruptcy code, as appropriate;

5. the Board, with the advice and recommendations of the management and legal and financial advisors, on behalf of Histogen, has determined that it is in the best interests of Histogen, its creditors, and other parties-in-interest that a petition be filed with the United States Bankruptcy Court for the Southern District of California (the "***Bankruptcy Court***") by Histogen seeking relief under chapter 11 of title 11 of the United States Code (the "***Bankruptcy Code***");

6. the Board has determined that it is the best interests of Histogen and its creditors, shareholders, and other parties in interest to commence the case under the provisions of subchapter 5 of chapter 11 of the Bankruptcy Code compared to other alternatives discussed and reviewed by the Board;

7. the Board consents to the adoption of these resolutions set forth herein by written consent; and

8. the Board has determined that it is in the best interests of Histogen and its creditors, shareholders, and other parties in interest to approve the following resolutions:

**NOW, THEREFORE, IT IS HEREBY:**

1. <u>**Commencement of the Chapter 11 Case**</u>

**RESOLVED,** that the Board has determined, after consultation with the management and legal and financial advisors of Histogen, that it is desirable and in the best interests of Histogen, its creditors, and other parties-in-interest that a petition be filed pursuant to subchapter V of chapter 11 of the Bankruptcy Code with the Bankruptcy Court by Histogen seeking relief under the Bankruptcy Code; and be it further

**RESOLVED,** that Dave Maggio and such other officer(s) as Histogen shall from time to time designate (each, an "***Authorized Person***"), in each case, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, to negotiate, execute, deliver, and file with the Bankruptcy Court, in the name and on behalf of Histogen, and under its corporate seal or otherwise, all plans, petitions, schedules, statements, motions, lists, applications, pleadings, papers, affidavits, declarations, orders and other documents (collectively, the "***Chapter 11 Filings***") (with such changes therein and additions thereto as any such Authorized Person may deem necessary, appropriate or advisable, the execution and delivery of any of the Chapter 11 Filings by any such Authorized Person with any changes thereto to be

conclusive evidence that any such Authorized Person deemed such changes to meet such standard); and be it further

RESOLVED, that each Authorized Person, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of Histogen, to take and perform any and all further acts and deeds that such Authorized Person deems necessary, appropriate, or desirable in connection with Histogen's subchapter V chapter 11 case (the "*Chapter 11 Case*") or the Chapter 11 Filings, including, without limitation, (i) the payment of fees, consent payments, indemnities, taxes and other expenses such Authorized Person deems necessary, appropriate, or desirable, and (ii) negotiating, executing, delivering, performing and filing any and all additional documents, schedules, statements, lists, papers, agreements, certificates and/or instruments (or any amendments or modifications thereto) in connection with, or in furtherance of, the Chapter 11 Case with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further.

## 2.    **Retention of Advisors**

RESOLVED, that, in connection with the Chapter 11 Case, each Authorized Person, acting singly or jointly, be, and each hereby is, authorized, empowered, and directed, with full power of delegation, in the name and on behalf of Histogen, to employ and retain all assistance by legal counsel, accountants, financial advisors, brokers, investment bankers and other professionals, on behalf of Histogen, that such Authorized Person deems necessary, appropriate or advisable in connection with, or in furtherance of, the Chapter 11 Case, with a view to the successful prosecution of the Chapter 11 Case (such acts to be conclusive evidence that such Authorized Person deemed the same to meet such standard); and be it further

RESOLVED, that the law firm of DLA Piper LLP (US) is hereby retained and employed as general bankruptcy counsel in connection with the Chapter 11 Case and all other matters in connection therewith; and be it further

RESOLVED, that the financial advisory firm of Armanino LLP is hereby retained and employed as financial advisor for Histogen in the Chapter 11 Case and all matters in connection therewith; and be it further

RESOLVED, that the Authorized Persons are hereby authorized and directed to employ any other firms as professionals or consultants to Histogen that are deemed necessary to represent and assist Histogen in carrying out its duties under the Bankruptcy Code and, in connection therewith, the Authorized Persons are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and cause to be filed appropriate applications for authority to retain the services of such firms; and be it further

## 3.    **General**

RESOLVED, that any and all past actions heretofore taken by the Authorized Persons, any director or any member of Histogen in the name and on behalf of Histogen in furtherance of

any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved in all respects; and be it further

**RESOLVED,** that the Authorized Persons be, and each of them hereby are, authorized and directed, by and on behalf of Histogen, to take or cause to be taken all such further actions, to execute and deliver or cause to be executed and delivered all such further instruments, certificates, undertakings and documents, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable in order to carry into effect the purpose and intent of the foregoing resolutions; and be it further

**RESOLVED,** that the Board has received sufficient notice of the actions and transactions relating to the matters contemplated by the foregoing resolutions, as required by the governance documents of Histogen, or hereby waives any right to have received such notice.

ERIC D. GOLDBERG (SBN 157544)
DAVID M. RILEY (SBN 292087)
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
eric.goldberg@us.dlapiper.com
david.riley@us.dlapiper.com

Proposed Counsel to Debtor and
Debtor In Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re:

HISTOGEN INC.,

                Debtor.

E.I.N. 20-3183915

Case No. 24-bk-_____-__-11

Chapter 11 (Subchapter V)

**CORPORATE OWNERSHIP STATEMENT**

      Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of Histogen Inc. certifies the following corporate entity own 10% or more of Histogen Inc.'s equity interest.

| Equity Holder | Percentage of Total Equity |
|---|---|
| Cede & Co (FAST ACCOUNT)[1] | 92.22% |

---
[1]   The Company does not have knowledge regarding beneficial owners.

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case and this filing:</td></tr>
<tr><td colspan="2">Debtor Name <u>Histogen Inc.</u></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: <u>Southern District of California</u><br>(State)</td></tr>
<tr><td colspan="2">Case number (<i>If known</i>):_____</td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐      *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐      *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐      *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐      *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐      *Schedule H: Codebtors (Official Form 206H)*

☐      *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐      *Amended Schedule* _____

☐      *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒      *Other document that requires a declaration*  <u>Corporate Ownership Statement</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>04/18/2024</u>
            MM / DD / YYYY

<u>7269D14FBB10424...</u>
Signature of individual signing on behalf of debtor

<u>David M. Maggio</u>
Printed name

<u>Chief Executive Officer</u>
Position or relationship to debtor

ERIC D. GOLDBERG (SBN 157544)
DAVID M. RILEY (SBN 292087)
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
eric.goldberg@us.dlapiper.com
david.riley@us.dlapiper.com

Proposed Counsel to Debtor and
Debtor In Possession

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re:

HISTOGEN INC.,

　　　　　　　　Debtor.

E.I.N. 20-3183915

Case No. 24-bk-_____-__-11

Chapter 11 (Subchapter V)

**LIST OF EQUITY SECURITY HOLDERS**

　　　　Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Histogen Inc. hereby provides the following list of holders of equity interests:

| Name and Address of Interest Holder | Kind of Interest | Percentage of Interests Held |
|---|---|---|
| Cede & Co[1] 570 Washington Blvd., Jersey City, NJ 07310-1617 | Equity | 92.22% |
| Lordship Ventures Histogen Holdings LLC 230 Passaic Ave., 1st Floor, Fairfield, NJ 07004 | Equity | 2.76% |
| John Paul Dejoria Address on File | Equity | 1.34% |
| Secure Medical Inc. 5801 S. McClintock Dr., #109, Tempe, AZ 85283 | Equity | 0.61% |
| Gail K. Naughton Trustee Gail K. Naughton Revocable Trust | Equity | 0.50% |

---

[1]　　The Company does not have knowledge regarding beneficial owners.

| | | |
|---|---|---|
| Address on File | | |
| AST Exchange Agent #23499 Histogen Inc. 6201 15th Ave., Brooklyn, NY 11219 | Equity | 0.41% |
| The Angus Shane Paul Mitchell UTA 1585 Kapiolani Blvd., Suite 1110, Honolulu, HI 96814 | Equity | 0.34% |
| Eileen Brandt TTEE Naughton Descendant Trust Address on File | Equity | 0.10% |
| David Nassif Address on File | Equity | 0.09% |
| John Paul Dejoria Family Trust Address on File | Equity | 0.05% |
| Edward and Carol Miller Family Trust Address on File | Equity | 0.05% |
| Terry Moore CCIM Inc. PSP Retirement Trust Address on File | Equity | 0.04% |
| Charles E. Weinberger Revocable Trust Address on File | Equity | 0.04% |
| Mark A. Hubka Address on File | Equity | 0.04% |
| Richard S. Jackson Address on File | Equity | 0.04% |
| The Angus Shane Paul Mitchell Living Trust Address on File | Equity | 0.04% |
| The Angus Shane Paul Mitchell Living Trust Established Under a Trust Address on File | Equity | 0.03% |
| Restated 2003 Terry W. Moore & Sandra L. Moore Revocable Trust Address on File | Equity | 0.03% |
| Mike Mansfield Address on File | Equity | 0.03% |
| Pablo Rafael Carillo Barron Address on File | Equity | 0.03% |
| Eileen Brandt Address on File | Equity | 0.03% |

| | | |
|---|---|---|
| Mark Baumgartner<br>Address on File | Equity | 0.03% |
| Klein-Hutton Trust<br>Address on File | Equity | 0.03% |
| Ryan Patterson<br>Address on File | Equity | 0.02% |
| Robert Emmet Pinney<br>Address on File | Equity | 0.02% |
| The Entrust Group FBO Terry<br>Lee Taylor Sep IRA 52-01006<br>Address on File | Equity | 0.02% |
| Terry Moore CCIM Inc. Roth<br>Retirement Trust<br>Address on File | Equity | 0.02% |
| DLA Piper LLP<br>6225 Smith Ave., Baltimore,<br>MD 21209 | Equity | 0.02% |
| Michael Fedida<br>Address on File | Equity | 0.02% |
| Marcy J. Weinstein<br>Address on File | Equity | 0.02% |
| Susan Baxter<br>Address on File | Equity | 0.02% |
| Roberto J. Valdes Castaneda<br>Address on File | Equity | 0.02% |
| Terry Moore CCIM Inc. Profit<br>Sharing Plan and Retirement<br>5643 Stresemann Street, San<br>Diego, CA 92122 | Equity | 0.02% |
| Michael Zimber<br>Address on File | Equity | 0.02% |
| Steven J Mento & Linda Mento<br>TTEES of Mento Family Trust<br>Address on File | Equity | 0.02% |
| Emmet Pinney<br>Address on File | Equity | 0.01% |
| Martin Latterich<br>Address on File | Equity | 0.01% |
| John Alfred Conlin Trustee the<br>Conlin Family Trust<br>3055 Degen Dr., Bonita, CA<br>91902 | Equity | 0.01% |
| IRA Resources FBO David<br>John Zettel<br>Address on File | Equity | <0.01% |
| Virginia Robins Jackson<br>Address on File | Equity | <0.01% |

| | | |
|---|---|---|
| Ann S. Jackson<br>Address on File | Equity | <0.01% |
| David L. Wood and Carol A.<br>Wood<br>Address on File | Equity | <0.01% |
| Gerald Kroop<br>Address on File | Equity | <0.01% |
| Glenda Ann Keller<br>Address on File | Equity | <0.01% |
| Midland IRA Inc. FBO Stewart<br>R. Flink<br>Address on File | Equity | <0.01% |
| Barbara Cook<br>Address on File | Equity | <0.01% |
| Mark Morris<br>Address on File | Equity | <0.01% |
| Phil Lery<br>Address on File | Equity | <0.01% |
| Sanford B. Ehrich<br>Address on File | Equity | <0.01% |
| Benjamin R. Keller<br>Address on File | Equity | <0.01% |
| Patricia Gladstone<br>Address on File | Equity | <0.01% |
| Daniel L. Ripley and Denise J.<br>Ripley TTEES of Ripley Trust<br>Address on File | Equity | <0.01% |
| Joseph R. Cave<br>Address on File | Equity | <0.01% |
| Louis Storz<br>Address on File | Equity | <0.01% |
| Judi Parker<br>Address on File | Equity | <0.01% |
| Danny David Dahlke<br>Address on File | Equity | <0.01% |
| Deepak Jain<br>Address on File | Equity | <0.01% |
| Jeffery H. Little<br>Address on File | Equity | <0.01% |
| Equity Trust Company<br>Custodian Andrew A. Strauss<br>IRA<br>77 Central Ave., Suite F,<br>Asheville, NC 28801 | Equity | <0.01% |
| Ilene Tat-Tong<br>Address on File | Equity | <0.01% |
| Phan Nguyen | Equity | <0.01% |

1608609727.1

| Address on File | | |
|---|---|---|
| Paul David Hubka<br>Address on File | Equity | <0.01% |
| Patricia A. Yoder<br>Address on File | Equity | <0.01% |
| Alan J. Conlin<br>Address on File | Equity | <0.01% |
| The David Vanderite and Michelle Vanderite Revocable Trust<br>Address on File | Equity | <0.01% |
| Carol Wood and David Wood<br>Address on File | Equity | <0.01% |
| George A. Krezinski<br>Address on File | Equity | <0.01% |
| Barbara A. Cook IRA<br>Address on File | Equity | <0.01% |
| Stephanie Parker<br>Address on File | Equity | <0.01% |
| Sue Bedford<br>Address on File | Equity | <0.01% |
| Ruth Perry<br>Address on File | Equity | <0.01% |
| Scott Friedman<br>Address on File | Equity | <0.01% |
| Joshua A. Hubka<br>Address on File | Equity | <0.01% |
| Cheston J Larson<br>Address on File | Equity | <0.01% |
| Joanne C Imperial<br>Address on File | Equity | <0.01% |
| Paola Lanza<br>Address on File | Equity | <0.01% |
| The Andrew A. Strauss Living Trust<br>Address on File | Equity | <0.01% |
| Philip Lery<br>Address on File | Equity | <0.01% |
| Augusta Cerny<br>Address on File | Equity | <0.01% |

1608609727.1

DocuSign Envelope ID: 24-F8CD57D3E141BF9CD904B18D24D

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name Histogen Inc.

United States Bankruptcy Court for the:            Southern District of California
                                                                  (State)

Case number (*If known*):_____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐       *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐       *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐       *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐       *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐       *Schedule H: Codebtors (Official Form 206H)*

☐       *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐       *Amended Schedule* _____

☐       *Chapter 11 or 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒       *Other document that requires a declaration*  List of Equity Security Holders_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/18/2024_____
                   MM / DD / YYYY

_____7269D14FBB10424.._____
Signature of individual signing on behalf of debtor

David M. Maggio_____
Printed name

Chief Executive Officer_____
Position or relationship to debtor

1

1608609727.1

Fill in this information to identify the case:

Debtor Name:  Histogen Inc.

United States Bankruptcy Court for the:  Southern District of California

Case number (if known):

Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**          **12/15**

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Equiniti 48 Wall Street, Floor 23 New York, NY 10005 | NAME: PHONE: EMAIL: | Professional Services | | | | $13,057.20 |
| 2 | Susan Knudson 6575 Mesa Norte Drive San Diego, CA 92130 | NAME: PHONE: EMAIL: | Professional Services | | | | $4,000.00 |
| 3 | Thomas Hubka 8314 Via Sonoma Unit 117 La Jolla, CA 92037 | NAME: PHONE: EMAIL: | Professional Services | | | | $2,500.00 |
| 4 | Charles River Laboratories GPO Box 27812 New York, NY 10087-7812 | NAME: PHONE: EMAIL: | Trade | | | | Unknown |
| 5 | Frank Noble 850 Beech Street #803 San Diego, CA 92101 | NAME: PHONE: EMAIL: | Legal | | | | Unknown |
| 6 | San Diego County Treasurer Tax Collector 1600 Pacific Canyon Road San Diego, CA 92101 | NAME: PHONE: EMAIL: | Taxes | Unliquidated | | | Unknown |

Debtor  Histogen, Inc._____     Case number (if known) _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 Connie Harrell c/o Godes & Preis LLP 300 Spectrum Center Drive, Suite 1420 Irvine, CA  92618 | NAME: Joseph M. Preis PHONE: 949.468.0051 EMAIL:jpreis@gaplegal.com | Litigation | Contingent, Unliquidated, Disputed | | | Unknown |
| 8 Jeanette Wetzel c/o Hershey Law, P.C. 16255 Ventura Blvd., Ste 1205 Encino, CA 91436 | NAME: Johny Rundell PHONE: 310.929.2190 EMAIL: jrundell@hersheylaw.com | Litigation | Contingent, Unliquidated, Disputed | | | Unknown |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |

Debtor  Histogen, Inc.
_____          Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Fill in this information to identify the case and this filing:

Debtor Name   Histogen Inc.

United States Bankruptcy Court for the:_____ Southern District of California

(State)

Case number (*If known*):_____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐       *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐       *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐       *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐       *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐       *Schedule H: Codebtors (Official Form 206H)*

☐       *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐        *Amended Schedule* _____

☒       *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐       *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/18/2024             _____

MM / DD / YYYY                    Signature of individual signing on behalf of debtor

David M. Maggio

Printed name

Chief Executive Officer

Position or relationship to debtor

# Balance Sheet
## As of January 31, 2024

|  | Jan 31, 24 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| **11110 · SVB - Operating** | 3,546,614.24 |
| **11120 · SVB - Money Market** | 20,043.34 |
| **11130 · SVB - Collateral Money Market** | 2,500.00 |
| **11510 · Chase - Commercial Checking** | 0.00 |
| **Total Checking/Savings** | 3,569,157.58 |
| **Accounts Receivable** | |
| **12100 · Accounts Receivable** | 0.00 |
| **Total Accounts Receivable** | 0.00 |
| **Other Current Assets** | |
| **12200 · Accrued Accounts Receivable** | 0.00 |
| **12900 · Reserve for Bad Debt** | 0.00 |
| **13100 · Due to/from Histogen Oncology** | |
| **13101 · Impairment of AB Assets** | -443,005.40 |
| **13100 · Due to/from Histogen Oncology - Other** | 443,005.40 |
| **Total 13100 · Due to/from Histogen Oncology** | 0.00 |
| **13210 · Notes Receivable-Oncology** | |
| **13211 · Impairment of AB Asset** | -424,480.68 |
| **13220 · Interest Receivable-Oncology** | |
| **13221 · Impairment of AB Asset** | -301,719.54 |
| **13220 · Interest Receivable-Oncology - Other** | 301,719.54 |
| **Total 13220 · Interest Receivable-Oncology** | 0.00 |
| **13210 · Notes Receivable-Oncology - Other** | 424,480.68 |
| **Total 13210 · Notes Receivable-Oncology** | 0.00 |
| **15110 · Prepaid Expenses** | 56,595.27 |
| **15120 · Prepaid Insurance** | 0.00 |
| **15130 · Prepaid Financing Cost** | 0.00 |
| **15140 · Prepaid Corporate Taxes** | 0.00 |
| **15410 · Other Current Assets** | 0.00 |
| **15920 · Prepaid Insurance-Conatus** | 0.00 |
| **Total Other Current Assets** | 56,595.27 |
| **Total Current Assets** | 3,625,752.85 |
| **Fixed Assets** | |
| **16110 · Computer/IT Equipment** | |
| **16310 · Accum Deprec-Computer/IT Equip** | 0.00 |
| **16110 · Computer/IT Equipment - Other** | 0.00 |
| **Total 16110 · Computer/IT Equipment** | 0.00 |
| **16120 · Furniture & Fixtures** | |
| **16320 · Accum Deprec-Furniture & Fixtur** | 0.00 |
| **16120 · Furniture & Fixtures - Other** | 0.00 |
| **Total 16120 · Furniture & Fixtures** | 0.00 |
| **16130 · Machinery & Equipment** | |
| **16330 · Accum Deprec-Mach & Equip** | 0.00 |
| **16130 · Machinery & Equipment - Other** | 0.00 |

# Histogen, Inc.
## Balance Sheet
### As of January 31, 2024

|  | Jan 31, 24 |
|---|---|
| **Total 16130 · Machinery & Equipment** | 0.00 |
| **16150 · Lab Equipment** | |
| 16350 · Accum. Deprec. - Lab Equipment | 0.00 |
| 16150 · Lab Equipment - Other | 0.00 |
| **Total 16150 · Lab Equipment** | 0.00 |
| **16160 · Software** | |
| 16360 · Accum Deprec - Software | 0.00 |
| 16160 · Software - Other | 0.00 |
| **Total 16160 · Software** | 0.00 |
| **16170 · Manufacturing Equipment** | |
| 16370 · Accum Dep Manufacturing Equip | 0.00 |
| 16170 · Manufacturing Equipment - Other | 0.00 |
| **Total 16170 · Manufacturing Equipment** | 0.00 |
| **Total Fixed Assets** | 0.00 |
| **Other Assets** | |
| 17110 · Prepaid Insurance - LT | 0.00 |
| 17310 · Lordship Prepaid Royalty | 0.00 |
| **17410 · Investment in PUR** | |
| 17411 · Reserve Impairment of Asset PUR | -200,000.00 |
| 17410 · Investment in PUR - Other | 200,000.00 |
| **Total 17410 · Investment in PUR** | 0.00 |
| **17420 · Investment in Oncology** | |
| 17421 · Impairment of AB Asset | -324,365.24 |
| 17420 · Investment in Oncology - Other | 324,365.24 |
| **Total 17420 · Investment in Oncology** | 0.00 |
| 17510 · Deferred Tax Asset | 0.00 |
| 17511 · Deferred Tax Valuation Allow. | 0.00 |
| **18100 · Right-of-use asset** | |
| 18110 · Right-of-use Asset Amortization | 0.00 |
| 18100 · Right-of-use asset - Other | 0.00 |
| **Total 18100 · Right-of-use asset** | 0.00 |
| **18900 · ROU Asset-Conatus** | |
| 18910 · ROU-Asset-Conatus Amortization | -98,044.60 |
| 18900 · ROU Asset-Conatus - Other | 98,044.60 |
| **Total 18900 · ROU Asset-Conatus** | 0.00 |
| **Total Other Assets** | 0.00 |
| **TOTAL ASSETS** | **3,625,752.85** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 21100 · Accounts Payable | 184,375.17 |
| 21110 · Accounts Payable-Conatus | 0.00 |
| **Total Accounts Payable** | 184,375.17 |
| **Credit Cards** | |
| 21210 · SVB - Master Card 4638 | 262.28 |

# Balance Sheet
## As of January 31, 2024

|  | Jan 31, 24 |
|---|---|
| **Total Credit Cards** | 262.28 |
| **Other Current Liabilities** | |
| **22200 · Accrued Accounts Payable** | 22,706.89 |
| **22310 · Accrued Salaries** | 0.00 |
| **22320 · Accrued Vacation/PTO** | 0.00 |
| **22330 · Accrued Bonuses** | 0.00 |
| **22500 · Finance Lease-Current** | 0.00 |
| **23610 · Lease Liability-Current** | 0.00 |
| **24100 · Deferred Revenue** | 0.00 |
| **Total Other Current Liabilities** | 22,706.89 |
| **Total Current Liabilities** | 207,344.34 |
| **Long Term Liabilities** | |
| **26610 · Lease Liability, net of current** | 0.00 |
| **27100 · Long Term Deferred License** | 0.00 |
| **28100 · Capital Lease - LT** | 0.00 |
| **Total Long Term Liabilities** | 0.00 |
| **Total Liabilities** | 207,344.34 |
| **Equity** | |
| **31000 · Common Stock** | |
| **31110 · Common Stock - Par** | 5,168.62 |
| **31120 · Common Stock - APIC** | 99,520,899.23 |
| **Total 31000 · Common Stock** | 99,526,067.85 |
| **31200 · General APIC Pool** | 3,596,457.73 |
| **33100 · Treasury Stock** | -1.43 |
| **34100 · Retained Earnings** | -98,881,428.08 |
| **Net Income** | -822,687.56 |
| **Total Equity** | 3,418,408.51 |
| **TOTAL LIABILITIES & EQUITY** | 3,625,752.85 |

# Statement of Cash Flows

## January 2024

|  | Jan 24 |
|---|---|
| **OPERATING ACTIVITIES** | |
| **Net Income** | -822,687.56 |
| **Adjustments to reconcile Net Income** | |
| **to net cash provided by operations:** | |
| 15120 · Prepaid Insurance | 144,909.90 |
| 15110 · Prepaid Expenses | 2,000.07 |
| 15920 · Prepaid Insurance-Conatus | 0.02 |
| 21100 · Accounts Payable | -69,249.04 |
| 21210 · SVB - Master Card 4638 | -19.18 |
| 22200 · Accrued Accounts Payable | -13,058.16 |
| 22310 · Accrued Salaries | -183,370.87 |
| 22320 · Accrued Vacation/PTO | -4.80 |
| 22330 · Accrued Bonuses | -122,247.25 |
| **Net cash provided by Operating Activities** | -1,063,726.87 |
| **Net cash increase for period** | -1,063,726.87 |
| **Cash at beginning of period** | 4,632,884.45 |
| **Cash at end of period** | **3,569,157.58** |

**2:13 PM**
**03/21/24**
**Accrual Basis**

# Histogen, Inc.
## Profit & Loss
### January 2024

| | Jan 24 |
|---|---|
| **Ordinary Income/Expense** | |
| **Expense** | |
| 61010 · Salaries | 30,125.00 |
| 61200 · Payroll Taxes | 18,710.27 |
| 61300 · Paid Time Off | -4.80 |
| 61400 · Group Insurance | 0.00 |
| 61500 · Workers' Comp | 0.00 |
| 62300 · Payroll Services | 0.00 |
| 63400 · Auto Rental, Gas, Mileage | 200.38 |
| 64110 · Legal Corporate / General | 51,450.00 |
| 64120 · Legal SEC | 0.00 |
| 64140 · Legal IP | 5,616.89 |
| 64141 · Annuity Renewal / Maint Fees | 0.00 |
| 64210 · Accounting Fees - Audit | 0.00 |
| 64220 · Accounting Fees - Tax | 25,725.00 |
| 64310 · IR / Public Company Services | 47,266.54 |
| 64330 · Outside Services | 2,496.34 |
| 64340 · Consulting | 30,125.00 |
| 64350 · Temporary Help | 4,147.00 |
| 65100 · Commerial / Liability Insurance | 0.00 |
| 65200 · Product Liability Insurance | 16,658.52 |
| 65300 · D&O / EPL Insurance | 582,033.40 |
| 66120 · Computer Hardware / Supplies | 0.00 |
| 66150 · Postage / Shipping | 111.25 |
| 66160 · Dues & Subscriptions | 87.81 |
| 66210 · Bank Fees | 50.00 |
| 66220 · Business Licenses and Fees | 865.05 |
| 66240 · Software License / Maintenance | 104.98 |
| 66320 · Equipment Repairs & Maintenance | -923.90 |
| 66600 · Property and State Taxes | -5,425.00 |
| 67130 · Royalty Payments | 0.00 |
| 67140 · IP Reimbursement | 1,233.00 |
| 69120 · PK & Tox Studies | 1,135.02 |
| 69310 · Drug Product | 7,500.00 |
| 69350 · Drug Storage | 3,400.00 |
| **Total Expense** | 822,687.75 |
| **Net Ordinary Income** | -822,687.75 |
| **Other Income/Expense** | |
| **Other Income** | |
| 81100 · Interest Income | 0.19 |
| **Total Other Income** | 0.19 |
| **Net Other Income** | 0.19 |
| **Net Income** | -822,687.56 |

**TAXPAYER:**  HISTOGEN, INC. AND SUBSIDIARIES                                        20-3183915

## INSTRUCTIONS FOR FILING
## U.S. CORPORATION INCOME TAX RETURN

### FOR THE YEAR ENDED
### 12   31   2022

| | |
|---|---|
| **To be signed and dated by** | ( X )      An officer of the Corporation on page 1 of Form 1120 |
| | (   )      An officer of each company on the controlled group consent form |

**Amount of tax**

| | | |
|---|---|---|
| Total tax | $ | 0 |
| Less: Payments and credits | $< | 0    > |
| Plus:  Penalties and Interest | $ | 0 |
| Balance due (overpayment) | $ | 0 |

**Payment/Balance Due Comment**

**Balance due**

Beginning January 01, 2011, corporations must use electronic funds transfers to make all federal tax deposits such as corporate income tax. Forms 8109 and 8109-B, Federal Tax Coupon, cannot be used after December 31, 2010.  You have the option to use the Electronic Federal Tax Payment System (EFTPS), the Federal Tax Application (FTA) for the same-day wire payment or to use a third party to make the deposits on your behalf.  If the Electronic Federal Tax Payment System (EFTPS) is used, the payment must be initiated by 8 p.m. Eastern time the day before the due date of the balance due. Please check the Federal filing instructions regarding electronic deposit requirement before you make your payment.

**Overpayment, if any**

| | | | |
|---|---|---|---|
| (   ) | $ | 0 | refunded to you |
| (   ) | $ | 0 | credited to estimated tax |

**Mail the original signed tax return to (if paper file):**

E-FILED ON YOUR BEHALF

Note:  Remove this instruction sheet from the return before mailing the return to the IRS.

**Return must be mailed on or before**

October 16, 2023

Certified mail recommended, with return receipt. For metered mail, the meter date is not evidence of timely filing.

**Special Instructions**

Form **8453-CORP**

(December 2022)

Department of the Treasury
Internal Revenue Service

# E-file Declaration for Corporations

**File electronically with Form 1120, 1120-F, or 1120-S. Do not file paper copies.**
**Go to www.irs.gov/Form8453CORP for the latest information.**

For calendar year 20 22 , or tax year beginning _____ , 20 ____ , ending _____ , 20 ____

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

## Part I  Information (Whole dollars only)

| | | |
|---|---|---|
| 1 Total income (Form 1120, line 11) | 1 | 3,812,484 |
| 2 Total income (Form 1120-F, Section II, line 11) | 2 | |
| 3 Total income (loss) (Form 1120-S, line 6) | 3 | |

## Part II  Declaration of Officer (see instructions) Be sure to keep a copy of the corporation's tax return.

A ☐ I consent that the corporation's refund be directly deposited as designated on the **Form 8050,** Direct Deposit of Corporate Tax Refund, or Form 8302, Electronic Deposit of Tax Refund of $1 Million or More, that will be electronically transmitted with the corporation's federal income tax return.

B ☒ I do not want direct deposit of the corporation's refund **or** the corporation is not receiving a refund.

C ☐ I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment.

If the corporation is filing a balance due return, I understand that if the IRS does not receive full and timely payment of its tax liability, the corporation will remain liable for the tax liability and all applicable interest and penalties.

Under penalties of perjury, I declare that I am an officer of the above corporation and that the information I have given my electronic return originator, transmitter, and/or intermediate service provider (ISP) and the amounts in Part I above agree with the amounts on the corresponding lines of the corporation's federal income tax return. To the best of my knowledge and belief, the corporation's return is true, correct, and complete. I consent to my ERO, transmitter, and/or ISP sending the corporation's return, this declaration, and accompanying schedules and statements to the IRS. I also consent to the IRS sending my ERO, transmitter, and/or ISP an acknowledgment of receipt of transmission and an indication of whether or not the corporation's return is accepted, and, if rejected, the reason(s) for the rejection. If the processing of the corporation's return or refund is delayed, I authorize the IRS to disclose to my ERO, transmitter, and/or ISP the reason(s) for the delay, or when the refund was sent.

**Sign Here**

Signature of officer *SUSAN KNUDSON*   Date 9/19/2023   Title CFO

## Part III  Declaration of Electronic Return Originator (ERO) and Paid Preparer (see instructions)

I declare that I have reviewed the above corporation's return and that the entries on Form 8453-CORP are complete and correct to the best of my knowledge. If I am only a collector, I am not responsible for reviewing the return and only declare that this form accurately reflects the data on the return. The corporate officer will have signed this form before I submit the return. I will give the officer a copy of all forms and information to be filed with the IRS, and have followed all other requirements in **Pub. 3112,** IRS e-file Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS e-file Providers for Business Returns. If I am also the Paid Preparer, under penalties of perjury, I declare that I have examined the above corporation's return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. This Paid Preparer declaration is based on all information of which I have any knowledge.

**ERO's Use Only**

| ERO's signature *LISA LARKIN* | Date 09/18/2023 | Check if also paid preparer ☒ | Check if self-employed ☐ | ERO's SSN or PTIN P00158478 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | DELOITTE TAX LLP 12830 EL CAMINO REAL, STE 600 SAN DIEGO CA 92130 | | | EIN 86-1065772 Phone no. 619-232-6500 |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Firm's name | | | | Firm's EIN |
| Firm's address | | | | Phone no. |

**For Privacy Act and Paperwork Reduction Act Notice, see instructions.**

Form **8453-CORP** (12-2022)

# Form 1120

**Department of the Treasury / Internal Revenue Service**

## U.S. Corporation Income Tax Return

For calendar year 2022 or tax year beginning _____ , ending _____ , 20____

Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2022**

| A Check if: | | | |
|---|---|---|---|
| 1a Consolidated return (attach Form 851) | X | | |
| b Life/nonlife consolidated return | | | |
| 2 Personal holding co. (attach Sch. PH) | | | |
| 3 Personal service corp. (see instructions) | | | |
| 4 Schedule M-3 attached | X | | |

**TYPE OR PRINT**

Name, Number, street, and room or suite no. If a P.O. box, see instructions.
City or town, state or province, country, and ZIP or foreign postal code

HISTOGEN, INC. AND SUBSIDIARIES
10655 SORRENTO VALLEY ROAD, STE 200

SAN DIEGO    CA    92121

**B Employer identification number**
20-3183915

**C Date incorporated**
07 13 2005

**D Total assets (see instructions)**
$    20,140,944

E Check if:  (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

## Income

| | | | Amount |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 3,769,404 |
| b | Returns and allowances | 1b | 0 |
| c | Balance. Subtract line 1b from line 1a | 1c | 3,769,404 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 0 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 3,769,404 |
| 4 | Dividends and inclusions (Schedule C, line 23) | 4 | 0 |
| 5 | Interest | 5 | 43,080 |
| 6 | Gross rents | 6 | 0 |
| 7 | Gross royalties | 7 | 0 |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | 0 |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | 0 |
| 10 | Other income (see instructions--attach statement) | 10 | 0 |
| 11 | **Total income.** Add lines 3 through 10 | 11 | 3,812,484 |

## Deductions (See instructions for limitations on deductions.)

| | | | Amount |
|---|---|---|---|
| 12 | Compensation of officers (see instructions--attach Form 1125-E) | 12 | 1,523,021 |
| 13 | Salaries and wages (less employment credits) | 13 | 76,561 |
| 14 | Repairs and maintenance | 14 | 71,951 |
| 15 | Bad debts | 15 | 0 |
| 16 | Rents | 16 | 1,848,417 |
| 17 | Taxes and licenses                      STATEMENT 1 | 17 | 379,894 |
| 18 | Interest (see instructions) | 18 | 1,916 |
| 19 | Charitable contributions | 19 | 0 |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 217,820 |
| 21 | Depletion | 21 | 0 |
| 22 | Advertising | 22 | 0 |
| 23 | Pension, profit-sharing, etc., plans | 23 | 0 |
| 24 | Employee benefit programs | 24 | 148,147 |
| 25 | Reserved for future use | 25 | |
| 26 | Other deductions (attach statement)     STATEMENT 2 | 26 | 5,293,337 |
| 27 | **Total deductions.** Add lines 12 through 26 | 27 | 9,561,064 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | 28 | -5,748,580 |
| 29a | Net operating loss deduction (see instructions) | 29a | 0 | |
| b | Special deductions (Schedule C, line 24) | 29b | 0 | |
| c | Add lines 29a and 29b | 29c | 0 |

## Tax, Refundable Credits, and Payments

| | | | Amount |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | -5,748,580 |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | 0 |
| 32 | Reserved for future use | 32 | |
| 33 | Total payments and credits (Schedule J, Part III, line 23) | 33 | 0 |
| 34 | Estimated tax penalty. Check if Form 2220 is attached ☐ | 34 | 0 |
| 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed | 35 | 0 |
| 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid | 36 | 0 |
| 37 | Enter amount from line 36 you want:  **Credited to 2023 estimated tax** 0  **Refunded** | 37 | 0 |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer: *Susan Knudson*    Date: 9/19/2023
SUSAN KNUDSON    Title: CFO

May the IRS discuss this return with the preparer shown below? See instructions.  ☒ Yes ☐ No

## Paid Preparer Use Only

| | | | |
|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | PTIN |
| LISA LARKIN | *Lisa Larkin* | 09/18/2023 | Check ☐ if self-employed    P00158478 |
| Firm's name | DELOITTE TAX LLP | | Firm's EIN  86-1065772 |
| Firm's address | 12830 EL CAMINO REAL, STE 600 | | Phone no. |
| | SAN DIEGO    CA    92130 | | 619-232-6500 |

For Paperwork Reduction Act Notice, see separate instructions.

ERF

F2.00.01    US1120P1 . Form **1120** (2022)

Form 1120 (2022)　　HISTOGEN, INC. AND SUBSIDIARIES　　　　　　　　　　　　　　　　20-3183915　　Page **2**

| Schedule C | Dividends, Inclusions, and Special Deductions (see instructions) | (a) Dividends and inclusions | (b) % | (c) Special deductions (a) x (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . | 0 | 50 | 0 |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . | 0 | 65 | 0 |
| 3 | Dividends on certain debt-financed stock of domestic and foreign corporations . . . . | 0 | See instructions | 0 |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . . . | 0 | 23.3 | 0 |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . . | 0 | 26.7 | 0 |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . . | 0 | 50 | 0 |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . . | 0 | 65 | 0 |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . . | 0 | 100 | 0 |
| 9 | **Subtotal.** Add lines 1 through 8. See instructions for limitations | 0 | See instructions | 0 |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . . . . | 0 | 100 | 0 |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . | 0 | 100 | 0 |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . | 0 | 100 | 0 |
| 13 | Foreign-source portion of dividends received from a specified 10%-owned foreign corporation (excluding hybrid dividends) (see instructions) | 0 | 100 | 0 |
| 14 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, 12, or 13 (including any hybrid dividends) . . . . . . . . . . . . . . . | 0 | | |
| 15 | Reserved for future use | | | |
| 16a | Subpart F inclusions derived from the sale by a controlled foreign corporation (CFC) of the stock of a lower-tier foreign corporation treated as a dividend (attach Form(s) 5471) (see instructions) | 0 | 100 | 0 |
| b | Subpart F inclusions derived from hybrid dividends of tiered corporations (attach Form(s) 5471) (see instructions) | 0 | | |
| c | Other inclusions from CFCs under subpart F not included on line 16a, 16b, or 17 (attach Form(s) 5471) (see instructions) . . . . . . . . . . | 0 | | |
| 17 | Global Intangible Low-Taxed Income (GILTI) (attach Form(s) 5471 and Form 8992) | 0 | | |
| 18 | Gross-up for foreign taxes deemed paid . . . . . . . . . . . . . | 0 | | |
| 19 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . . | 0 | | |
| 20 | Other dividends . . . . . . . . . . . . . . . . . . . | 0 | | |
| 21 | Deduction for dividends paid on certain preferred stock of public utilities . . . . . | | | 0 |
| 22 | Section 250 deduction (attach Form 8993) . . . . . . . . . . . . | | | 0 |
| 23 | **Total dividends and inclusions.** Add column (a), lines 9 through 20. Enter here and on page 1, line 4 . | 0 | | |
| 24 | **Total special deductions.** Add column (c), lines 9 through 22, column (c). Enter here and on page 1, line 29b . . . . | | | 0 |

Form **1120** (2022)

F2.00.01 · US1120P2

HISTOGEN, INC. AND SUBSIDIARIES                                                                 20-3163915

Form 1120 (2022)                                                                                                Page **3**

## Schedule J   Tax Computation and Payment (see instructions)

### Part I - Tax Computation

| | | | |
|---|---|---|---:|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See inst. ☐ | | |
| 2 | Income tax. See instructions | 2 | 0 |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 | 0 |
| 4 | Add lines 2 and 3 | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118) | 5a | 0 |
| b | Credit from Form 8834 (see instructions) | 5b | 0 |
| c | General business credit (attach Form 3800) | 5c | 0 |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | 0 |
| e | Bond credits from Form 8912 | 5e | 0 |
| 6 | **Total credits.** Add lines 5a through 5e | 6 | 0 |
| 7 | Subtract line 6 from line 4 | 7 | 0 |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | 0 |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | 0 |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | 0 |
| c | Interest due under the look-back method--completed long-term contracts (attach Form 8697) | 9c | 0 |
| d | Interest due under the look-back method--income forecast method (attach Form 8866) | 9d | 0 |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | 0 |
| f | Interest/tax due under section 453A(c) and/or section 453(l) | 9f | 0 |
| g | Other (see instructions--attach statement) | 9g | 0 |
| 10 | **Total.** Add lines 9a through 9g | 10 | 0 |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | 0 |

### Part II- Reserved For Future Use

| | | | |
|---|---|---|---|
| 12 | Reserved for future use | 12 | |

### Part III- Payments and Refundable Credits

| | | | |
|---|---|---|---:|
| 13 | 2021 overpayment credited to 2022 | 13 | 0 |
| 14 | 2022 estimated tax payments | 14 | 0 |
| 15 | 2022 refund applied for on Form 4466 | 15 | ( 0) |
| 16 | Combine lines 13, 14, and 15 | 16 | 0 |
| 17 | Tax deposited with Form 7004 | 17 | 0 |
| 18 | Withholding (see instructions) | 18 | 0 |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | 0 |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | 0 |
| b | Form 4136 | 20b | 0 |
| c | Reserved for future use | 20c | |
| d | Other (attach statement--see instructions) | 20d | 0 |
| 21 | **Total credits.** Add lines 20a through 20d | 21 | 0 |
| 22 | Reserved for future use | 22 | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 | 23 | 0 |

· Form **1120** (2022)

F2.00.01   US1120P3

Form 1120 (2022)  HISTOGEN, INC. AND SUBSIDIARIES                                20-3183915          Page **4**

## Schedule K  Other Information (see instructions)

|  |  | Yes | No |
|---|---|---|---|
| **1** Check accounting method: **a** ☐ Cash  **b** ☒ Accrual  **c** ☐ Other (specify) _____ | | | |
| **2** See the instructions and enter the: | | | |
| **a** Business activity code no.  541990 | | | |
| **b** Business activity  R&D REGENERATIVE | | | |
| **c** Product or service  REGENERATIVE MEDICINE | | | |
| **3** Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . | | | X |
| If "Yes," enter name and EIN of the parent corporation _____ | | | |
| **4** At the end of the tax year: | | | |
| **a** Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . . . . | | | X |
| **b** Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . . . | | | X |
| **5** At the end of the tax year, did the corporation: | | | |
| **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851,** Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | X | |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| ADAPTIVE BIOLOGIX, INC. | 32-0552625 | US | 68.000 |
|  |  |  | 0.000 |
|  |  |  | 0.000 |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below.   **No: X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  | 0.000 |
|  |  |  | 0.000 |
|  |  |  | 0.000 |

|  | Yes | No |
|---|---|---|
| **6** During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . . . | | X |
| If "Yes," file **Form 5452,** Corporate Report of Nondividend Distributions.  See the instructions for Form 5452. | | |
| If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| **7** At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . . . . | | X |

For rules of attribution, see section 318.  If "Yes," enter:
**(a)** Percentage owned ___.000___  and **(b)** Owner's country _____

**(c)** The corporation may have to file **Form 5472,** Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business.  Enter the number of Forms 5472 attached

**8** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . ☐
If checked, the corporation may have to file **Form 8281,** Information Return for Publicly Offered Original Issue Discount Instruments.

**9** Enter the amount of tax-exempt interest received or accrued during the tax year  $                     0

**10** Enter the number of shareholders at the end of the tax year (if 100 or fewer) _____

**11** If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here (see instructions)
If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

**12** Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . .  $           66,275,443

Form **1120** (2022)

F2.00.01    US1120P4

HISTOGEN, INC. AND SUBSIDIARIES

20-3183915

Form 1120 (2022)

Page **5**

| Schedule K | Other Information (continued from page 4) | Yes | No |
|---|---|---|---|
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2.  Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year      $ _____ 0 | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions  . . . . . . . . | X | |
| | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2022 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . | X | |
| b | If "Yes," did or will the corporation file all required Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 16 | During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . . . . . | | X |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . . . . . | | X |
| 20 | Is the corporation operating on a cooperative basis? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 21 | During the tax year, did the corporation pay or accrue any interest or royalty for which the deduction is not allowed under section 267A? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the total amount of the disallowed deductions      $ _____ 0 | | |
| 22 | Does the corporation have gross receipts of at least $500 million in any of the 3 preceding tax years? (See sections 59A(e)(2) and (3)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | If "Yes," complete and attach Form 8991. | | |
| 23 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 24 | Does the corporation satisfy one or more of the following? See instructions . . . . . . . . . . . . . . . . . . . . | | X |
| a | The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $27 million and the corporation has business interest expense. | | |
| c | The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach Form 8990. | | |
| 25 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter amount from Form 8996, line 15  . . . . . . .      $ _____ 0 | | |
| 26 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties held directly or indirectly by the corporation, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the shareholders held more than 50% of the stock of the foreign corporation)?  If "Yes," list the ownership percentage by vote and by value. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| | Percentage:  By Vote      0.0000          By Value          0.0000 | | |

·    Form **1120** (2022)

Form 1120 (2022)        Page **6**

## Schedule L   Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 18,685,367 | | 12,509,060 |
| 2a | Trade notes and accounts receivable | 805,510 | | 782,355 | |
| b | Less allowance for bad debts | ( 397,412) | 408,098 | ( 397,412) | 384,943 |
| 3 | Inventories | | 60,685 | | 0 |
| 4 | U.S. government obligations | | 0 | | 0 |
| 5 | Tax-exempt securities (see instructions) | | 0 | | 0 |
| 6 | Other current assets (attach statement) | STATEMENT 3 | 2,610,753 | STATEMENT 8 | 1,291,190 |
| 7 | Loans to shareholders | | 0 | | 0 |
| 8 | Mortgage and real estate loans | | 0 | | 0 |
| 9 | Other investments (attach statement) | STATEMENT 4 | 339,365 | STATEMENT 9 | 339,365 |
| 10a | Buildings and other depreciable assets | 460,287 | | 1,209,506 | |
| b | Less accumulated depreciation | ( 0) | 460,287 | ( 774,007) | 435,499 |
| 11a | Depletable assets | 0 | | 0 | |
| b | Less accumulated depletion | ( 0) | 0 | ( 0) | 0 |
| 12 | Land (net of any amortization) | | 0 | | 0 |
| 13a | Intangible assets (amortizable only) | 0 | | 0 | |
| b | Less accumulated amortization | ( 0) | 0 | ( 0) | 0 |
| 14 | Other assets (attach statement) | STATEMENT 5 | 5,576,792 | STATEMENT 10 | 5,180,887 |
| 15 | Total assets | | 28,141,347 | | 20,140,944 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | 1,364,434 | | 359,118 |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | 0 | | 0 |
| 18 | Other current liabilities (attach statement) | STATEMENT 6 | 826,323 | STATEMENT 11 | 833,341 |
| 19 | Loans from shareholders | | 0 | | 0 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 0 | | 0 |
| 21 | Other liabilities (attach statement) | STATEMENT 7 | 4,748,872 | STATEMENT 12 | 4,483,119 |
| 22 | Capital stock:   **a** Preferred stock | 0 | | 0 | |
| |       **b** Common stock | 0 | 0 | 0 | 0 |
| 23 | Additional paid-in capital | | 98,843,551 | | 102,678,458 |
| 24 | Retained earnings - Appropriated (attach statement) | | 0 | | 0 |
| 25 | Retained earnings - Unappropriated | | -77,641,832 | | -88,213,091 |
| 26 | Adjustments to shareholders' equity (attach statement) | | 0 | | 0 |
| 27 | Less cost of treasury stock | | ( 1) | | ( 1) |
| 28 | Total liabilities and shareholders' equity | | 28,141,347 | | 20,140,944 |

## Schedule M-1   Reconciliation of Income (Loss) per Books With Income per Return

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 0 | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | 0 | | | |
| 3 | Excess of capital losses over capital gains | 0 | | Tax-exempt interest $ | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | | | |
| | | | | | 0 |
| | | 0 | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | **a** | Depreciation $ | 0 |
| a | Depreciation $ _____ 0 | | **b** | Charitable contributions $ _____ 0 | |
| b | Charitable contributions $ _____ 0 | | | | |
| c | Travel & entertainment $ _____ 0 | | | | 0 |
| | | 0 | 9 | Add lines 7 and 8 | 0 |
| 6 | Add lines 1 through 5 | 0 | 10 | Income (page 1, line 28) - line 6 less line 9 | 0 |

## Schedule M-2   Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -77,641,832 | 5 | Distributions:   **a** Cash | 0 |
| 2 | Net income (loss) per books | -10,571,259 | | **b** Stock | 0 |
| 3 | Other increases (itemize): | | | **c** Property | 0 |
| | | | 6 | Other decreases (itemize): | 0 |
| | | 0 | 7 | Add lines 5 and 6 | 0 |
| 4 | Add lines 1, 2, and 3 | -88,213,091 | 8 | Balance at end of year (line 4 less line 7) | -88,213,091 |

Form **1120** (2022)

F2.00.01   US1120P6

Form **851**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Affiliations Schedule

For tax year ending  12  31  ,  2022

▶File with each consolidated income tax return.
▶Information about Form 851 and its instructions is at www.irs.gov/form851.

OMB No. 1545-0123

Name of common parent corporation
HISTOGEN, INC.

Employer identification number
20-3183915

Number, street, and room or suite no. If a P.O. box, see instructions.
10655 SORRENTO VALLEY ROAD, STE 200

City or town, state, and ZIP code
SAN DIEGO          CA   92121

## Part I  Overpayment Credits, Estimated Tax Payments, and Tax Deposits (see instructions)

| Corp. No. | Name and address of corporation | Employer identification number | Portion of overpayment credits and estimated tax payments | Portion of tax deposited with Form 7004 |
|---|---|---|---|---|
| 1 | Common parent corporation | | 0 | 0 |
| | Subsidiary corporations: | | | |
| 2 | HISTOGEN THERAPEUTICS, INC. 10655 SORRENTO VALLEY ROAD, STE 200 SAN DIEGO          CA   92121 | 26-0461023 | 0 | 0 |
| 0 | | | 0 | 0 |
| 0 | | | 0 | 0 |
| 0 | | | 0 | 0 |
| 0 | | | 0 | 0 |
| | Totals (Must equal amounts shown on the consolidated tax return.) ▶ | | 0 | 0 |

## Part II  Principal Business Activity, Voting Stock Information, Etc. (see instructions)

| Corp. No. | Principal business activity (PBA) | PBA Code No. | Did the subsidiary make any nondividend distributions? Yes | No | Number of shares | Percentage of voting power | Percentage of value | Owned by corporation no. |
|---|---|---|---|---|---|---|---|---|
| 1 | Common parent corporation MEDICAL RESEARCH | 541990 | | | | | | |
| | Subsidiary corporations: | | | | | | | |
| 2 | MEDICAL RESEARCH | 541990 | | X | 0 | 100.000% | 100.000% | 1 |
| 0 | | | | | 0 | 0.000% | 0.000% | 0 |
| 0 | | | | | 0 | 0.000% | 0.000% | 0 |
| 0 | | | | | 0 | 0.000% | 0.000% | 0 |
| 0 | | | | | 0 | 0.000% | 0.000% | 0 |

For Paperwork Reduction Act Notice, see instructions.

Form **851** (Rev. 10-2016)

HISTOGEN, INC.                                                                                                                              20-3183915

Form 851 (Rev. 10- 2016)                                                                                                                    Page **2**

| Part III | Changes in Stock Holdings During the Tax Year | | | | | | |
|----------|-----------------------------------------------|--|--|--|--|--|--|
| Corp. No. | Name of corporation | Share-holder of Corporation No. | Date of transaction | (a) Changes | | (b) Shares held after changes described in column (a) | |
| | | | | Number of shares acquired | Number of shares disposed of | Percentage of voting power | Percentage of value |
| 1 | HISTOGEN, INC. | 1 | | 0 | 0 | 0.00 % | 0.00 % |
| 2 | HISTOGEN THERAPEUTICS, INC. | 1 | | 0 | 0 | 0.00 % | 0.00 % |
| 0 | | 0 | | 0 | 0 | 0.00 % | 0.00 % |
| 0 | | 0 | | 0 | 0 | 0.00 % | 0.00 % |
| 0 | | 0 | | 0 | 0 | 0.00 % | 0.00 % |
| 0 | | 0 | | 0 | 0 | 0.00 % | 0.00 % |

**(c)** If any transaction listed above caused a transfer of a share of subsidiary stock (defined to include dispositions and deconsolidations), did the share's basis exceed its value at the time of the transfer? See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes**    ☒ **No**

**(d)** Did any share of subsidiary stock become worthless within the meaning of section 165 (taking into account the provisions of Regulations section 1.1502- 80(c)) during the taxable year? See instructions . . . . . . . . . . ☐ **Yes**    ☒ **No**

**(e)** If the equitable owners of any capital stock shown above were other than the holders of record, provide details of the changes.

_____

_____

_____

_____

**(f)** If additional stock was issued, or if any stock was retired during the year, list the dates and amounts of these transactions.

_____

_____

_____

_____

Form **851** (Rev. 10- 2016)

F2.00.01    US851P02

20-3183915

Form 851 (Rev. 10- 2016)                                                                                                                         Page **3**

## Part IV    Additional Stock Information (see instructions)

**1**    During the tax year, did the corporation have more than one class of stock outstanding? . . . . . . . . . . . . . . . . . .  ☐ **Yes**   ☐ **No**

If "Yes," enter the name of the corporation and list and describe each class of stock.

| Corp. No. | Name of corporation | YES | NO | Class of stock |
|---|---|---|---|---|
| 1 | HISTOGEN, INC. | | X | |
| 2 | HISTOGEN THERAPEUTICS, INC. | | X | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| | | | | |
| | | | | |

**2**    During the tax year, was there any member of the consolidated group that reaffiliated within 60 months of
disaffiliation? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes**   ☐ **No**

If "Yes," enter the name of the corporation(s) and explain the circumstances.

| Corp. No. | Name of corporation | YES | NO | Explanation |
|---|---|---|---|---|
| 1 | HISTOGEN, INC. | | X | |
| 2 | HISTOGEN THERAPEUTICS, INC. | | X | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| 0 | | | | |
| | | | | |
| | | | | |

**3**    During the tax year, was there any arrangement in existence by which one or more persons that were not
members of the affiliated group could acquire any stock, or acquire any voting power without acquiring
stock, in the corporation, other than a de minimis amount, from the corporation or another member of the
affiliated group? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ **Yes**   ☐ **No**

If "Yes," enter the name of the corporation and see the instructions for the percentages to enter in columns
(a), (b), and (c).

| Corp. No. | Name of corporation | YES | NO | (a) Percent of value | (b) Percentage of outstanding voting stock | (c) Percentage of voting power |
|---|---|---|---|---|---|---|
| 1 | HISTOGEN, INC. | | X | 0.00 % | 0.00 % | 0.00 % |
| 2 | HISTOGEN THERAPEUTICS, INC. | | X | 0.00 % | 0.00 % | 0.00 % |
| 0 | | | | 0.00 % | 0.00 % | 0.00 % |
| 0 | | | | 0.00 % | 0.00 % | 0.00 % |
| 0 | | | | 0.00 % | 0.00 % | 0.00 % |
| 0 | | | | 0.00 % | 0.00 % | 0.00 % |
| | | | | % | % | % |
| | | | | % | % | % |

| Corp. No. | (d) Provide a description of any arrangement. |
|---|---|
| 1 | |
| 2 | |
| 0 | |
| 0 | |
| 0 | |
| 0 | |

Form **851** (Rev. 10- 2016)

Form **1125-A**
(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**
▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 60,685 |
| 2 | Purchases | 2 | -60,685 |
| 3 | Cost of labor | 3 | 0 |
| 4 | Additional section 263A costs (attach schedule) | 4 | 0 |
| 5 | Other costs (attach schedule) | 5 | 0 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 0 |
| 7 | Inventory at end of year | 7 | 0 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 0 |

**9a** Check all methods used for valuing closing inventory:

(i) ☐ Cost

(ii) ☒ Lower of cost or market

(iii) ☐ Other (Specify method used and attach explanation.) ▶ -------------------------------------

**b** Check if there was a writedown of subnormal goods .......................................................... ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ................... ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO .................................................... **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ..... ☐ Yes ☒ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation .................................................... ☐ Yes ☒ No

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-A** (Rev. 11-2018)

ERF

F2.00.01    US1125A1

| Form **3800** | **General Business Credit** | OMB No. 1545-0895 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | Go to www.irs.gov/Form3800 for instructions and the latest information. You must attach all pages of Form 3800, pages 1, 2, and 3, to your tax return. | **2022** Attachment Sequence No. **22** |

| Name(s) shown on return | Identifying number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

## Part I Current Year Credit for Credits Not Allowed Against Tentative Minimum Tax (TMT)
(See instructions and complete Part(s) III before Parts I and II.)

| | | | |
|---|---|---|---:|
| 1 | General business credit from line 2 of all Parts III with box A checked . . . . . . . . . . . . . . . . | **1** | 330,389 |
| 2 | Passive activity credits from line 2 of all Parts III with box B checked . . . . . | **2** 0 | | |
| 3 | Enter the applicable passive activity credits allowed for 2022. See instructions . . . . . . . . . . | **3** | 0 |
| 4 | Carryforward of general business credit to 2022. Enter the amount from line 2 of Part III with box C checked. See instructions for statement to attach | **4** | 1,360,591 |
| | Check this box if the carryforward was changed or revised from the original reported amount . . . . ☐ | | |
| 5 | Carryback of general business credit from 2023. Enter the amount from line 2 of Part III with box D checked. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | 0 |
| 6 | Add lines 1, 3, 4, and 5 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | 1,690,980 |

## Part II Allowable Credit

| | | | |
|---|---|---|---:|
| 7 | Regular tax before credits: | | |
| | ● Individuals. Enter the sum of the amounts from Form 1040, 1040-SR, or 1040-NR, line 16, and Schedule 2 (Form 1040), line 2. | | |
| | ● Corporations. Enter the amount from Form 1120, Schedule J, Part I, line 2; or the applicable line of your return. | **7** | 0 |
| | ● Estates and trusts. Enter the sum of the amounts from Form 1041, Schedule G, lines 1a and 1b, plus any Form 8978 amount included on line 1d; or the amount from the applicable line of your return. | | |
| 8 | Alternative minimum tax: | | |
| | ● Individuals. Enter the amount from Form 6251, line 11 | | |
| | ● Corporations. Enter -0-. | **8** | 0 |
| | ● Estates and trusts. Enter the amount from Schedule I (Form 1041), line 54. | | |
| 9 | Add lines 7 and 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **9** | 0 |
| 10a | Foreign tax credit . . . . . . . . . . . . . . . . | **10a** 0 | | |
| b | Certain allowable credits (see instructions) . . . . . . . . . . . | **10b** 0 | | |
| c | Add lines 10a and 10b . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10c** | 0 |
| 11 | **Net income tax.** Subtract line 10c from line 9. If zero, skip lines 12 through 15 and enter -0- on line 16 | **11** | 0 |
| 12 | **Net regular tax.** Subtract line 10c from line 7. If zero or less, enter -0- . . . . | **12** 0 | | |
| 13 | Enter 25% (0.25) of the excess, if any, of line 12 over $25,000. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . | **13** 0 | | |
| 14 | Tentative minimum tax: | | |
| | ● Individuals. Enter the amount from Form 6251, line 9. | | |
| | ● Corporations. Enter -0- | **14** 0 | | |
| | ● Estates and trusts. Enter the amount from Schedule I (Form 1041), line 52. | | |
| 15 | Enter the greater of line 13 or line 14 . . . . . . . . . . . . . . . . . . . . . | **15** | 0 |
| 16 | Subtract line 15 from line 11. If zero or less, enter -0- . . . . . . . . . . . . . . . | **16** | 0 |
| 17 | Enter the **smaller** of line 6 or line 16 . . . . . . . . . . . . . . . . . . . . . | **17** | 0 |
| | **C corporations:** See the line 17 instructions if there has been an ownership change, acquisition, or reorganization. | | |

For Paperwork Reduction Act Notice, see separate instructions.

ERF

Form **3800** (2022)

F2.00.01    US3800P1

HISTOGEN, INC. AND SUBSIDIARIES                                   20-3183915

Form 3800 (2022)                                                                 Page **2**

| Part II | Allowable Credit (continued) | |
|---|---|---|

**Note.** If you are not required to report any amounts on line 22 or 24 below, skip lines 18 through 25 and enter - 0 - on line 26.

| | | | |
|---|---|---|---|
| 18 | Multiply line 14 by 75% (0.75) See instructions . . . . . . . . . . . . . . . . . . . | **18** | 0 |
| 19 | Enter the greater of line 13 or line 18 . . . . . . . . . . . . . . . . . . . . . . | **19** | 0 |
| 20 | Subtract line 19 from line 11. If zero or less, enter - 0 - . . . . . . . . . . . . . | **20** | 0 |
| 21 | Subtract line 17 from line 20. If zero or less, enter - 0 - . . . . . . . . . . . . . | **21** | 0 |
| 22 | Combine the amounts from line 3 of all Parts III with box A, C, or D checked . . . . . | **22** | 0 |
| 23 | Passive activity credit from line 3 of all Parts III with box B checked . . . . | **23** | 0 |
| 24 | Enter the applicable passive activity credit allowed for 2022. See instructions . . . . . . | **24** | 0 |
| 25 | Add lines 22 and 24 . . . . . . . . . . . . . . . . . . . . . . . . . . | **25** | 0 |
| 26 | Empowerment zone and renewal community employment credit allowed. Enter the smaller of line 21 or line 25 . . . . . . . . . . . . . . . . . . . . . . . . | **26** | 0 |
| 27 | Subtract line 13 from line 11. If zero or less, enter - 0 - . . . . . . . . . . . . . | **27** | 0 |
| 28 | Add lines 17 and 26 . . . . . . . . . . . . . . . . . . . . . . . . . . | **28** | 0 |
| 29 | Subtract line 28 from line 27. If zero or less, enter - 0 - . . . . . . . . . . . . . | **29** | 0 |
| 30 | Enter the general business credit from line 5 of all Parts III with box A checked . . . . . | **30** | 0 |
| 31 | Reserved . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **31** | |
| 32 | Passive activity credits from line 5 of all Parts III with box B checked . . . | **32** | 0 |
| 33 | Enter the applicable passive activity credits allowed for 2022. See instructions . . . . . . | **33** | 0 |
| 34 | Carryforward of business credit to 2022. Enter the amount from line 5 of Part III with box C checked and line 6 of Part III with box G checked. See instructions for statement to attach . . . . . . . . Check this box if the carryforward was changed or revised from the original reported amount . . . . ☐ | **34** | 0 |
| 35 | Carryback of business credit from 2023. Enter the amount from line 5 of Part III with box D checked. See instructions | **35** | 0 |
| 36 | Add lines 30, 33, 34, and 35 . . . . . . . . . . . . . . . . . . . . . . | **36** | 0 |
| 37 | Enter the **smaller** of line 29 or line 36 . . . . . . . . . . . . . . . . . . . | **37** | 0 |
| 38 | **Credit allowed for the current year.** Add lines 28 and 37. Report the amount from line 38 (if smaller than the sum of Part I, line 6, and Part II, lines 25 and 36, see instructions) as indicated below or on the applicable line of your return. ● Individuals. Schedule 3 (Form 1040), line 6. ● Corporations. Form 1120, Schedule J, Part I, line 5c. ● Estates and trusts. Form 1041, Schedule G, line 2b. | **38** | 0 |

Form **3800** (2022)

Form 3800 (2022)            Page **3**

| Name(s) shown on return | Identifying number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

## Part III   General Business Credits or Eligible Small Business Credits (see instructions)

Complete a separate Part III for each box checked below. See instructions.

| | | | |
|---|---|---|---|
| A | [X] General Business Credit From a Non- Passive Activity | E | [ ] Reserved |
| B | [ ] General Business Credit From a Passive Activity | F | [ ] Reserved |
| C | [ ] General Business Credit Carryforwards | G | [ ] Eligible Small Business Credit Carryforwards |
| D | [ ] General Business Credit Carrybacks | H | [ ] Reserved |

I   If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from all Parts III with box A or B checked. Check here if this is the consolidated Part III · · · · · · · · · · · · · · · · · · · · · [ ]

| | **(a)** Description of credit | | **(b)** Enter EIN if claiming the credit from a pass- through entity. | **(c)** Enter the appropriate amount. |
|---|---|---|---|---|
| | **Note.** On any line where the credit is from more than one source, a separate Part III is needed for each pass- through entity. | | | |
| 1a | Investment (Form 3468, Part II only) (attach Form 3468) . . . . . . . . . . . . . . . | 1a | | 0 |
| b | Advanced manufacturing production (Form 7207) . . . . . . . . . . . . . . . . . . | 1b | | 0 |
| c | Increasing research activities (Form 6765) . . . . . . . . . . . . . . . . . . . . | 1c | | 330,389 |
| d | Low- income housing (carryforward only) (see instructions) . . . . . . . . . . . . . | 1d | | 0 |
| e | Disabled access (Form 8826)* . . . . . . . . . . . . . . . . . . . . . . . . . | 1e | | 0 |
| f | Renewable electricity production (Form 8835) . . . . . . . . . . . . . . . . . . . | 1f | | 0 |
| g | Indian employment (Form 8845) . . . . . . . . . . . . . . . . . . . . . . . . | 1g | | 0 |
| h | Orphan drug (Form 8820) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1h | | 0 |
| i | New markets (Form 8874) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1i | | 0 |
| j | Small employer pension plan startup costs and auto- enrollment (Form 8881) . . . . . | 1j | | 0 |
| k | Employer- provided child care facilities and services (Form 8882)* . . . . . . . . . . | 1k | | 0 |
| l | Biodiesel, renewable diesel, and sustainable aviation fuel mixture (attach Form 8864) . . | 1l | | 0 |
| m | Low sulfur diesel fuel production (Form 8896) . . . . . . . . . . . . . . . . . . . | 1m | | 0 |
| n | Distilled spirits (Form 8906) . . . . . . . . . . . . . . . . . . . . . . . . . . | 1n | | 0 |
| o | Nonconventional source fuel (carryforward only) . . . . . . . . . . . . . . . . . | 1o | | |
| p | Energy efficient home (Form 8908) . . . . . . . . . . . . . . . . . . . . . . . | 1p | | 0 |
| q | Energy efficient appliance (carryforward only) . . . . . . . . . . . . . . . . . . | 1q | | |
| r | Alternative motor vehicle (Form 8910) . . . . . . . . . . . . . . . . . . . . . . | 1r | | 0 |
| s | Alternative fuel vehicle refueling property (Form 8911) . . . . . . . . . . . . . . . | 1s | | 0 |
| t | Enhanced oil recovery credit (Form 8830) . . . . . . . . . . . . . . . . . . . . | 1t | | 0 |
| u | Mine rescue team training (Form 8923) . . . . . . . . . . . . . . . . . . . . . | 1u | | 0 |
| v | Agricultural chemicals security (carryforward only) . . . . . . . . . . . . . . . . | 1v | | |
| w | Employer differential wage payments (Form 8932) . . . . . . . . . . . . . . . . . | 1w | | 0 |
| x | Carbon oxide sequestration (Form 8933) . . . . . . . . . . . . . . . . . . . . . | 1x | | 0 |
| y | Qualified plug- in electric drive motor vehicle (Form 8936) . . . . . . . . . . . . . | 1y | | 0 |
| z | Qualified plug- in electric vehicle (carryforward only) . . . . . . . . . . . . . . . . | 1z | | |
| aa | Employee retention (Form 5884- A) . . . . . . . . . . . . . . . . . . . . . . . | 1aa | | 0 |
| bb | General credits from an electing large partnership (carryforward only) . . . . . . . . | 1bb | | |
| zz | Other. Oil and gas production from marginal wells (Form 8904) and certain | | | |
| | other credits (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . | 1zz | | 0 |
| 2 | Add lines 1a through 1zz and enter here and on the applicable line of Part I . . . . . . | 2 | | 330,389 |
| 3 | Enter the amount from Form 8844 here and on the applicable line of Part II . . . . . . | 3 | | |
| 4a | Investment (Form 3468, Part III) (attach Form 3468) . . . . . . . . . . . . . . . | 4a | | 0 |
| b | Work opportunity (Form 5884) . . . . . . . . . . . . . . . . . . . . . . . . . | 4b | | 0 |
| c | Biofuel producer (Form 6478) . . . . . . . . . . . . . . . . . . . . . . . . . | 4c | | 0 |
| d | Low- income housing (Form 8586)   . . . . . . . . . . . . . . . . . . . . . . | 4d | | 0 |
| e | Renewable electricity production (Form 8835) . . . . . . . . . . . . . . . . . . . | 4e | | 0 |
| f | Employer social security and Medicare taxes paid on certain employee tips (Form 8846) | 4f | | 0 |
| g | Qualified railroad track maintenance (Form 8900) . . . . . . . . . . . . . . . . . | 4g | | 0 |
| h | Small employer health insurance premiums (Form 8941) . . . . . . . . . . . . . . | 4h | | 0 |
| i | Increasing research activities (Form 6765) . . . . . . . . . . . . . . . . . . . . | 4i | | 0 |
| j | Employer credit for paid family and medical leave (Form 8994) . . . . . . . . . . . | 4j | | 0 |
| z | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4z | | |
| 5 | Add lines 4a through 4z and enter here and on the applicable line of Part II . . . . . . | 5 | | 0 |
| 6 | Add lines 2, 3, and 5 and enter here and on the applicable line of Part II . . . . . . | 6 | | 330,389 |

*See instructions for limitation on this credit.

Form **3800** (2022)

F2.00.01   US3800P3

Form 3800 (2022)                                                                                      Page **3**

| Name(s) shown on return | Identifying number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

**Part III**   **General Business Credits or Eligible Small Business Credits**  (see instructions)

Complete a separate Part III for each box checked below. See instructions.

| | | | |
|---|---|---|---|
| **A** ☐ | General Business Credit From a Non- Passive Activity | **E** ☐ | Reserved |
| **B** ☐ | General Business Credit From a Passive Activity | **F** ☐ | Reserved |
| **C** ☒ | General Business Credit Carryforwards | **G** ☐ | Eligible Small Business Credit Carryforwards |
| **D** ☐ | General Business Credit Carrybacks | **H** ☐ | Reserved |

**I** If you are filing more than one Part III with box A or B checked, complete and attach first an additional Part III combining amounts from all
Parts III with box A or B checked. Check here if this is the consolidated Part III · · · · · · · · · · · · · · · · · · · · · · · ☐

| **(a)**   Description of credit | | **(b)** Enter EIN if claiming the credit from a pass- through entity. | **(c)** Enter the appropriate amount. |
|---|---|---|---|
| **Note.** On any line where the credit is from more than one source, a separate Part III is needed for each pass- through entity. | | | |
| **1a** Investment (Form 3468, Part II only) (attach Form 3468) · · · · · · · · · · · · · · · | **1a** | | 0 |
| **b** Advanced manufacturing production (Form 7207) · · · · · · · · · · · · · · · · · · · · · | **1b** | | 0 |
| **c** Increasing research activities (Form 6765) · · · · · · · · · · · · · · · · · · · · · · · · · | **1c** | | 1,360,591 |
| **d** Low- income housing (carryforward only) (see instructions) · · · · · · · · · · · · · · · | **1d** | | 0 |
| **e** Disabled access (Form 8826)* · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1e** | | 0 |
| **f** Renewable electricity production (Form 8835) · · · · · · · · · · · · · · · · · · · · · · · | **1f** | | 0 |
| **g** Indian employment (Form 8845) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1g** | | 0 |
| **h** Orphan drug (Form 8820) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1h** | | 0 |
| **i** New markets (Form 8874) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1i** | | 0 |
| **j** Small employer pension plan startup costs and auto- enrollment (Form 8881) · · · · | **1j** | | 0 |
| **k** Employer- provided child care facilities and services (Form 8882)* · · · · · · · · · · · | **1k** | | 0 |
| **l** Biodiesel, renewable diesel, and sustainable aviation fuel mixture (attach Form 8864) | **1l** | | 0 |
| **m** Low sulfur diesel fuel production (Form 8896) · · · · · · · · · · · · · · · · · · · · · · · | **1m** | | 0 |
| **n** Distilled spirits (Form 8906) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1n** | | 0 |
| **o** Nonconventional source fuel (carryforward only) · · · · · · · · · · · · · · · · · · · · · | **1o** | | 0 |
| **p** Energy efficient home (Form 8908) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1p** | | 0 |
| **q** Energy efficient appliance (carryforward only) · · · · · · · · · · · · · · · · · · · · · · · | **1q** | | 0 |
| **r** Alternative motor vehicle (Form 8910) · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1r** | | 0 |
| **s** Alternative fuel vehicle refueling property (Form 8911) · · · · · · · · · · · · · · · · · · | **1s** | | 0 |
| **t** Enhanced oil recovery credit (Form 8830) · · · · · · · · · · · · · · · · · · · · · · · · · · | **1t** | | 0 |
| **u** Mine rescue team training (Form 8923) · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1u** | | 0 |
| **v** Agricultural chemicals security (carryforward only) · · · · · · · · · · · · · · · · · · · · | **1v** | | 0 |
| **w** Employer differential wage payments (Form 8932) · · · · · · · · · · · · · · · · · · · · · | **1w** | | 0 |
| **x** Carbon oxide sequestration (Form 8933) · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1x** | | 0 |
| **y** Qualified plug- in electric drive motor vehicle (Form 8936) · · · · · · · · · · · · · · · | **1y** | | 0 |
| **z** Qualified plug- in electric vehicle (carryforward only) · · · · · · · · · · · · · · · · · · | **1z** | | 0 |
| **aa** Employee retention (Form 5884- A) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1aa** | | 0 |
| **bb** General credits from an electing large partnership (carryforward only) · · · · · · · · | **1bb** | | 0 |
| **zz** Other. Oil and gas production from marginal wells (Form 8904) and certain other credits (see instructions) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **1zz** | | |
| **2** Add lines 1a through 1zz and enter here and on the applicable line of Part I · · · · · | **2** | | 1,360,591 |
| **3** Enter the amount from Form 8844 here and on the applicable line of Part II · · · · · · | **3** | | |
| **4a** Investment (Form 3468, Part III) (attach Form 3468) · · · · · · · · · · · · · · · · · · | **4a** | | 0 |
| **b** Work opportunity (Form 5884) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **4b** | | 0 |
| **c** Biofuel producer (Form 6478) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **4c** | | 0 |
| **d** Low- income housing (Form 8586) · · · · · · · · · · · · · · · · · · · · · · · · · | **4d** | | 0 |
| **e** Renewable electricity production (Form 8835) · · · · · · · · · · · · · · · · · · · · · · · | **4e** | | 0 |
| **f** Employer social security and Medicare taxes paid on certain employee tips (Form 8846) | **4f** | | 0 |
| **g** Qualified railroad track maintenance (Form 8900) · · · · · · · · · · · · · · · · · · · · · | **4g** | | 0 |
| **h** Small employer health insurance premiums (Form 8941) · · · · · · · · · · · · · · · · · | **4h** | | 0 |
| **i** Increasing research activities (Form 6765) · · · · · · · · · · · · · · · · · · · · · · · · · · | **4i** | | 0 |
| **j** Employer credit for paid family and medical leave (Form 8994) · · · · · · · · · · · · · | **4j** | | 0 |
| **z** Other· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **4z** | | |
| **5** Add lines 4a through 4z and enter here and on the applicable line of Part II · · · · · · | **5** | | 0 |
| **6** Add lines 2, 3, and 5 and enter here and on the applicable line of Part II · · · · · · · | **6** | | 1,360,591 |

*See instructions for limitation on this credit.

Form **3800** (2022)

F2.00.01   US3800P3

**SCHEDULE B**
**(Form 1120)**
(Rev. December 2018)
Department of the Treasury
Internal Revenue Service

## Additional Information for Schedule M-3 Filers

▶Attach to Form 1120.
▶Go to www.irs.gov/Form1120 for the latest information.

OMB No. 1545-0123

| Name | Employer identification number (EIN) |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

|  |  | Yes | No |
|---|---|---|---|
| 1 | Do the amounts reported on Schedule M-3 (Form 1120), Part II, line 9 or 10, column (d), reflect allocations to this corporation from a partnership of income, gain, loss, deduction, or credit that are disproportionate to this corporation's capital contribution to the partnership or its ratio for sharing other items of the partnership? . . . . . . . . . . |  | X |
| 2 | At any time during the tax year, did the corporation sell, exchange, or transfer any interest in an intangible asset to a related person as defined in section 267(b)? . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| 3 | At any time during the tax year, did the corporation acquire any interest in an intangible asset from a related person as defined in section 267(b)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| 4a | During the tax year, did the corporation enter into a cost-sharing arrangement with any related foreign party on whose behalf the corporation did not file Form 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| b | At any time during the tax year, was the corporation a participant in a cost-sharing arrangement with any related foreign party on whose behalf the corporation did not file Form 5471? . . . . . . . . . . . . . . . |  | X |
| 5 | At any time during the tax year, did the corporation make any change in accounting principle for financial accounting purposes?  See instructions for the definition of "change in accounting principle" . . . . . . . . . |  | X |
| 6 | At any time during the tax year, did the corporation make any change in a method of accounting for U.S. income tax purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X |  |
| 7 | At any time during the tax year, did the corporation own any voluntary employees' beneficiary association (VEBA) trusts that were used to hold funds designated for employee benefits? . . . . . . . . . . . . . |  | X |
| 8 | At any time during the tax year, did the corporation use an allocation method for indirect costs capitalized to self-constructed assets that varied from its financial method of accounting? . . . . . . . . . . . . . |  | X |
| 9 | At any time during the tax year, did the corporation treat for tax purposes indirect costs, as defined in Regulations sections 1.263A-1(e)(3)(ii)(F), (G), and (H), as mixed-service costs, as defined in Regulations section 1.263A-1(e)(4)(ii)(C)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |
| 10 | Did the corporation, under section 118 or 362(c) and the related regulations, take a return filing position characterizing any amount as a contribution to the capital of the corporation during the tax year by any nonshareholders? Amounts so characterized may include, without limitation, incentives, inducements, money, and property · . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  | X |

**For Paperwork Reduction Act Notice, see Instructions for Form 1120.**

**Schedule B (Form 1120) (Rev. 12-2018)**

ERF

F2.00.01    US120SB1

**SCHEDULE M-3**
**(Form 1120)**

(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

# Net Income (Loss) Reconciliation for Corporations With Total Assets of $10 Million or More

▶ Attach to Form 1120 or 1120-C.
▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

Name of corporation (common parent, if consolidated return)
HISTOGEN, INC. AND SUBSIDIARIES

Employer identification number
20-3183915

Check applicable box(es):  (1) ☐ Non-consolidated return   (2) ☒ Consolidated return (Form 1120 only)
(3) ☐ Mixed 1120/L/PC group   (4) ☐ Dormant subsidiaries schedule attached

## Part I  Financial Information and Net Income (Loss) Reconciliation (see instructions)

**1a** Did the corporation file SEC Form 10-K for its income statement period ending with or within this tax year?
☒ **Yes.** Skip lines 1b and 1c and complete lines 2a through 11 with respect to that SEC Form 10-K.
☐ **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

**b** Did the corporation prepare a certified audited non-tax-basis income statement for that period?
☐ **Yes.** Skip line 1c and complete lines 2a through 11 with respect to that income statement.
☐ **No.** Go to line 1c.

**c** Did the corporation prepare a non-tax-basis income statement for that period?
☐ **Yes.** Complete lines 2a through 11 with respect to that income statement.
☐ **No.** Skip lines 2a through 3c and enter the corporation's net income (loss) per its books and records on line 4a.

**2a** Enter the income statement period:  Beginning  01 01 2022  Ending  12 31 2022

**b** Has the corporation's income statement been restated for the income statement period on line 2a?
☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
☒ **No.**

**c** Has the corporation's income statement been restated for any of the five income statement periods immediately preceding the period on line 2a?
☐ **Yes.** (If "Yes," attach an explanation and the amount of each item restated.)
☒ **No.**

**3a** Is any of the corporation's voting common stock publicly traded?
☒ **Yes.**
☐ **No.** If "No," go to line 4a.

**b** Enter the symbol of the corporation's primary U.S. publicly traded voting common stock
HSTO

**c** Enter the nine-digit CUSIP number of the corporation's primary publicly traded voting common stock
43358Y103

| | | |
|---|---|---:|
| **4a** Worldwide consolidated net income (loss) from income statement source identified in Part I, line 1 | **4a** | -10,645,277 |
| **b** Indicate accounting standard used for line 4a (see instructions): (1) ☒ GAAP (2) ☐ IFRS (3) ☐ Statutory (4) ☐ Tax-basis (5) ☐ Other (specify) | | |
| **5a** Net income from nonincludible foreign entities (attach statement) | **5a** | ( 0 ) |
| **b** Net loss from nonincludible foreign entities (attach statement and enter as a positive amount) | **5b** | 0 |
| **6a** Net income from nonincludible U.S. entities (attach statement) | **6a** | ( 0 ) |
| **b** Net loss from nonincludible U.S. entities (attach statement and enter as a positive amount)  STATEMENT 13 | **6b** | 74,018 |
| **7a** Net income (loss) of other includible foreign disregarded entities (attach statement) | **7a** | 0 |
| **b** Net income (loss) of other includible U.S. disregarded entities (attach statement) | **7b** | 0 |
| **c** Net income (loss) of other includible entities (attach statement) | **7c** | 0 |
| **8** Adjustment to eliminations of transactions between includible entities and nonincludible entities (attach statement) | **8** | 0 |
| **9** Adjustment to reconcile income statement period to tax year (attach statement) | **9** | 0 |
| **10a** Intercompany dividend adjustments to reconcile to line 11 (attach statement) | **10a** | 0 |
| **b** Other statutory accounting adjustments to reconcile to line 11 (attach statement) | **10b** | 0 |
| **c** Other adjustments to reconcile to amount on line 11 (attach statement) | **10c** | 0 |
| **11** **Net income (loss) per income statement of includible corporations.** Combine lines 4 through 10 | **11** | -10,571,259 |

**Note.** Part I, line 11, must equal Part II, line 30, column (a), and Schedule M-1, line 1 (see instructions).

**12** Enter the total amount (not just the corporation's share) of the assets and liabilities of all entities included or removed on the following lines.

| | Total Assets | Total Liabilities |
|---|---:|---:|
| **a** Included on Part I, line 4 ▶ | 20,140,944 | 6,823,747 |
| **b** Removed on Part I, line 5 ▶ | 0 | 0 |
| **c** Removed on Part I, line 6 ▶ | 0 | 1,148,169 |
| **d** Included on Part I, line 7 ▶ | 0 | 0 |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.   **Schedule M-3 (Form 1120) (Rev. 12-2019)**
ERF                                                  F2.00.01    US20M3P1

Schedule M-3 (Form 1120) (Rev. 12- 2019)    **Page 2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

Check applicable box(es): **(1)** ☒ Consolidated group **(2)** ☐ Parent corp **(3)** ☐ Consolidated eliminations **(4)** ☐ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group
Check if a sub- consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| | |

**Part II**    **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions)

| Income (Loss) Items<br>(Attach statements for lines 1 through 12) | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss) per<br>Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | 0 | 0 | 0 | |
| 2 Gross foreign dividends not previously taxed | 0 | 0 | 0 | 0 |
| 3 Subpart F, QEF, and similar income inclusions | | 0 | 0 | 0 |
| 4 Gross- up for foreign taxes deemed paid | | 0 | 0 | 0 |
| 5 Gross foreign distributions previously taxed | 0 | 0 | 0 | |
| 6 Income (loss) from equity method U.S. corporations | 0 | 0 | 0 | |
| 7 U.S. dividends not eliminated in tax consolidation | 0 | 0 | 0 | 0 |
| 8 Minority interest for includible corporations | 0 | 0 | 0 | |
| 9 Income (loss) from U.S. partnerships | 0 | 0 | 0 | 0 |
| 10 Income (loss) from foreign partnerships | 0 | 0 | 0 | 0 |
| 11 Income (loss) from other pass- through entities | 0 | 0 | 0 | 0 |
| 12 Items relating to reportable transactions | 0 | 0 | 0 | 0 |
| 13 Interest income (see instructions) | 43,080 | 0 | 0 | 43,080 |
| 14 Total accrual to cash adjustment | 0 | 0 | 0 | 0 |
| 15 Hedging transactions | 0 | 0 | 0 | 0 |
| 16 Mark- to- market income (loss) | 0 | 0 | 0 | 0 |
| 17 Cost of goods sold (see instructions) | ( 0 ) | 0 | 0 | ( 0 ) |
| 18 Sale versus lease (for sellers and/or lessors) | 0 | 0 | 0 | 0 |
| 19 Section 481(a) adjustments | | 0 | 0 | 0 |
| 20 Unearned/deferred revenue | 0 | 0 | 0 | 0 |
| 21 Income recognition from long- term contracts | 0 | 0 | 0 | 0 |
| 22 Original issue discount and other imputed interest | 0 | 0 | 0 | 0 |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass- through entities | | 0 | 0 | |
| b Gross capital gains from Schedule D, excluding amounts from pass- through entities | | 0 | 0 | 0 |
| c Gross capital losses from Schedule D, excluding amounts from pass- through entities, abandonment losses, and worthless stock losses | | 0 | 0 | 0 |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass- through entities, abandonment losses, and worthless stock losses | | 0 | 0 | 0 |
| e Abandonment losses | | 0 | 0 | 0 |
| f Worthless stock losses (attach statement) | | 0 | 0 | 0 |
| g Other gain/loss on disposition of assets other than inventory | | 0 | 0 | 0 |
| 24 Capital loss limitation and carryforward used | | 0 | 0 | 0 |
| 25 Other income (loss) items with differences (attach statement) | 0 | 0 | 0 | 0 |
| 26 **Total income (loss) items.** Combine lines 1 through 25 | 43,080 | 0 | 0 | 43,080 |
| 27 **Total expense/deduction items** (from Part III, line 39) | -10,364,712 | 4,601,408 | 221,271 | -5,542,033 |
| 28 Other items with no differences      STATEMENT 14 | -249,627 | | | -249,627 |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | -10,571,259 | 4,601,408 | 221,271 | -5,748,580 |
| b PC insurance subgroup reconciliation totals | 0 | 0 | 0 | 0 |
| c Life insurance subgroup reconciliation totals | 0 | 0 | 0 | 0 |
| 30 **Reconciliation totals.** Combine lines 29a through 29c | -10,571,259 | 4,601,408 | 221,271 | -5,748,580 |

**Note.** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)      Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

Check applicable box(es): **(1)** [X] Consolidated group **(2)** [ ] Parent corp **(3)** [ ] Consolidated eliminations **(4)** [ ] Subsidiary corp **(5)** [ ] Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** [ ] 1120 group **(7)** [ ] 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| | |

## Part III   Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return- Expense/Deduction Items (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | 0 | 0 | 0 | |
| 2 U.S. deferred income tax expense | 0 | 0 | 0 | |
| 3 State and local current income tax expense | 1,600 | 1,600 | -1,600 | 1,600 |
| 4 State and local deferred income tax expense | 0 | 0 | 0 | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | 0 | 0 | 0 | 0 |
| 6 Foreign deferred income tax expense | 0 | 0 | 0 | |
| 7 Foreign withholding taxes | 0 | 0 | 0 | 0 |
| 8 Interest expense (see instructions) | 1,916 | 0 | 0 | 1,916 |
| 9 Stock option expense | 502,766 | -283,095 | -219,671 | 0 |
| 10 Other equity-based compensation | 0 | 0 | 0 | 0 |
| 11 Meals and entertainment | 6,944 | 0 | 0 | 6,944 |
| 12 Fines and penalties | 0 | 0 | 0 | 0 |
| 13 Judgments, damages, awards, and similar costs | 0 | 0 | 0 | 0 |
| 14 Parachute payments | 0 | 0 | 0 | 0 |
| 15 Compensation with section 162(m) limitation | 0 | 0 | 0 | 0 |
| 16 Pension and profit-sharing | 0 | 0 | 0 | 0 |
| 17 Other post-retirement benefits | 0 | 0 | 0 | 0 |
| 18 Deferred compensation | 0 | 0 | 0 | 0 |
| 19 Charitable contribution of cash and tangible property | 0 | 0 | 0 | 0 |
| 20 Charitable contribution of intangible property | 0 | 0 | 0 | 0 |
| 21 Charitable contribution limitation/carryforward | | 0 | 0 | 0 |
| 22 Domestic production activities deduction (See instr.) | | 0 | 0 | 0 |
| 23 Current year acquisition or reorganization investment banking fees | 0 | 0 | 0 | 0 |
| 24 Current year acquisition or reorganization legal and accounting fees | 0 | 0 | 0 | 0 |
| 25 Current year acquisition/reorganization other costs | 0 | 0 | 0 | 0 |
| 26 Amortization/impairment of goodwill | 0 | 0 | 0 | 0 |
| 27 Amortization of acquisition, reorganization, and start-up costs | 0 | 0 | 0 | 0 |
| 28 Other amortization or impairment write-offs | 0 | 153,895 | 0 | 153,895 |
| 29 Reserved | | | | |
| 30 Depletion | 0 | 0 | 0 | 0 |
| 31 Depreciation | 139,507 | 78,313 | 0 | 217,820 |
| 32 Bad debt expense | 0 | 0 | 0 | 0 |
| 33 Corporate owned life insurance premiums | 0 | 0 | 0 | 0 |
| 34 Purchase versus lease (for purchasers and/or lessees) | 0 | 0 | 0 | 0 |
| 35 Research and development costs | 1,428,797 | -878,506 | 0 | 550,291 |
| 36 Section 118 exclusion (attach statement) | 0 | 0 | 0 | 0 |
| 37 Section 162(r)-FDIC premiums paid by certain large financial institutions (see instructions) | 0 | 0 | 0 | 0 |
| 38 Other expense/deduction items with differences (attach statement)  STATEMENT 15 | 8,283,182 | -3,673,615 | 0 | 4,609,567 |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 10,364,712 | -4,601,408 | -221,271 | 5,542,033 |

Schedule M-3 (Form 1120) (Rev. 12-2019)     **Page 2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

Check applicable box(es): **(1)** ☐ Consolidated group **(2)** ☐ Parent corp **(3)** ☒ Consolidated eliminations **(4)** ☐ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: **(6)** ☐ 1120 group **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| | |

| Part II | Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return (see instructions) |
|---|---|

| Income (Loss) Items<br>(Attach statements for lines 1 through 12) | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss) per<br>Tax Return |
|---|---|---|---|---|
| 1 Income (loss) from equity method foreign corporations | 0 | 0 | 0 | |
| 2 Gross foreign dividends not previously taxed | 0 | 0 | 0 | 0 |
| 3 Subpart F, QEF, and similar income inclusions | | 0 | 0 | 0 |
| 4 Gross-up for foreign taxes deemed paid | | 0 | 0 | 0 |
| 5 Gross foreign distributions previously taxed | 0 | 0 | 0 | |
| 6 Income (loss) from equity method U.S. corporations | 0 | 0 | 0 | |
| 7 U.S. dividends not eliminated in tax consolidation | 0 | 0 | 0 | |
| 8 Minority interest for includible corporations | 0 | 0 | 0 | |
| 9 Income (loss) from U.S. partnerships | 0 | 0 | 0 | 0 |
| 10 Income (loss) from foreign partnerships | 0 | 0 | 0 | 0 |
| 11 Income (loss) from other pass-through entities | 0 | 0 | 0 | 0 |
| 12 Items relating to reportable transactions | 0 | 0 | 0 | 0 |
| 13 Interest income (see instructions) | 0 | 0 | 0 | 0 |
| 14 Total accrual to cash adjustment | 0 | 0 | 0 | 0 |
| 15 Hedging transactions | 0 | 0 | 0 | 0 |
| 16 Mark-to-market income (loss) | 0 | 0 | 0 | 0 |
| 17 Cost of goods sold (see instructions) | ( 0 ) | 0 | 0 | ( 0 ) |
| 18 Sale versus lease (for sellers and/or lessors) | 0 | 0 | 0 | 0 |
| 19 Section 481(a) adjustments | | 0 | 0 | 0 |
| 20 Unearned/deferred revenue | 0 | 0 | 0 | 0 |
| 21 Income recognition from long-term contracts | 0 | 0 | 0 | 0 |
| 22 Original issue discount and other imputed interest | 0 | 0 | 0 | 0 |
| 23a Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | 0 | 0 | |
| b Gross capital gains from Schedule D, excluding amounts from pass-through entities | | 0 | 0 | 0 |
| c Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | 0 | 0 | 0 |
| d Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | 0 | 0 | 0 |
| e Abandonment losses | | 0 | 0 | 0 |
| f Worthless stock losses (attach statement) | | 0 | 0 | 0 |
| g Other gain/loss on disposition of assets other than inventory | | 0 | 0 | 0 |
| 24 Capital loss limitation and carryforward used | | 0 | 0 | 0 |
| 25 Other income (loss) items with differences (attach statement) | 0 | 0 | 0 | 0 |
| 26 **Total income (loss) items.** Combine lines 1 through 25 | 0 | 0 | 0 | 0 |
| 27 **Total expense/deduction items** (from Part III, line 39) | 0 | 0 | 0 | 0 |
| 28 Other items with no differences STATEMENT 14 | 0 | | | 0 |
| 29a Mixed groups, see instructions. All others, combine lines 26 through 28 | 0 | 0 | 0 | 0 |
| b PC insurance subgroup reconciliation totals | 0 | 0 | 0 | 0 |
| c Life insurance subgroup reconciliation totals | 0 | 0 | 0 | 0 |
| 30 **Reconciliation totals.** Combine lines 29a through 29c | 0 | 0 | 0 | 0 |

**Note.** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)      Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

Check applicable box(es): (1) ☐ Consolidated group (2) ☐ Parent corp (3) ☒ Consolidated eliminations (4) ☐ Subsidiary corp (5) ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: (6) ☐ 1120 group (7) ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| | |

## Part III — Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return- Expense/Deduction Items (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | 0 | 0 | 0 | |
| 2 U.S. deferred income tax expense | 0 | 0 | 0 | |
| 3 State and local current income tax expense | 0 | 0 | 0 | 0 |
| 4 State and local deferred income tax expense | 0 | 0 | 0 | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | 0 | 0 | 0 | 0 |
| 6 Foreign deferred income tax expense | 0 | 0 | 0 | |
| 7 Foreign withholding taxes | 0 | 0 | 0 | 0 |
| 8 Interest expense (see instructions) | 0 | 0 | 0 | 0 |
| 9 Stock option expense | 0 | 0 | 0 | 0 |
| 10 Other equity-based compensation | 0 | 0 | 0 | 0 |
| 11 Meals and entertainment | 0 | 0 | 0 | 0 |
| 12 Fines and penalties | 0 | 0 | 0 | 0 |
| 13 Judgments, damages, awards, and similar costs | 0 | 0 | 0 | 0 |
| 14 Parachute payments | 0 | 0 | 0 | 0 |
| 15 Compensation with section 162(m) limitation | 0 | 0 | 0 | 0 |
| 16 Pension and profit-sharing | 0 | 0 | 0 | 0 |
| 17 Other post-retirement benefits | 0 | 0 | 0 | 0 |
| 18 Deferred compensation | 0 | 0 | 0 | 0 |
| 19 Charitable contribution of cash and tangible property | 0 | 0 | 0 | 0 |
| 20 Charitable contribution of intangible property | 0 | 0 | 0 | 0 |
| 21 Charitable contribution limitation/carryforward | | 0 | 0 | 0 |
| 22 Domestic production activities deduction (See instr.) | | 0 | 0 | 0 |
| 23 Current year acquisition or reorganization investment banking fees | 0 | 0 | 0 | 0 |
| 24 Current year acquisition or reorganization legal and accounting fees | 0 | 0 | 0 | 0 |
| 25 Current year acquisition/reorganization other costs | 0 | 0 | 0 | 0 |
| 26 Amortization/impairment of goodwill | 0 | 0 | 0 | 0 |
| 27 Amortization of acquisition, reorganization, and start-up costs | 0 | 0 | 0 | 0 |
| 28 Other amortization or impairment write-offs | 0 | 0 | 0 | 0 |
| 29 Reserved | | | | |
| 30 Depletion | 0 | 0 | 0 | 0 |
| 31 Depreciation | 0 | 0 | 0 | 0 |
| 32 Bad debt expense | 0 | 0 | 0 | 0 |
| 33 Corporate owned life insurance premiums | 0 | 0 | 0 | 0 |
| 34 Purchase versus lease (for purchasers and/or lessees) | 0 | 0 | 0 | 0 |
| 35 Research and development costs | 0 | 0 | 0 | 0 |
| 36 Section 118 exclusion (attach statement) | 0 | 0 | 0 | 0 |
| 37 Section 162(r)-FDIC premiums paid by certain large financial institutions (see instructions) | 0 | 0 | 0 | 0 |
| 38 Other expense/deduction items with differences (attach statement)   STATEMENT 15 | 0 | 0 | 0 | 0 |
| 39 Total expense/deduction items. Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 0 | 0 | 0 | 0 |

Schedule M-3 (Form 1120) (Rev. 12-2019)    **Page 2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☒ Parent corp  **(3)** ☐ Consolidated eliminations  **(4)** ☐ Subsidiary corp **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated:  **(6)** ☐ 1120 group    **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| HISTOGEN, INC. | 20-3183915 |

**Part II**  Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return (see instructions)

| | Income (Loss) Items (Attach statements for lines 1 through 12) | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|---|
| 1 | Income (loss) from equity method foreign corporations | 0 | 0 | 0 | |
| 2 | Gross foreign dividends not previously taxed | 0 | 0 | 0 | 0 |
| 3 | Subpart F, QEF, and similar income inclusions | | 0 | 0 | 0 |
| 4 | Gross-up for foreign taxes deemed paid | | 0 | 0 | 0 |
| 5 | Gross foreign distributions previously taxed | 0 | 0 | 0 | |
| 6 | Income (loss) from equity method U.S. corporations | 0 | 0 | 0 | |
| 7 | U.S. dividends not eliminated in tax consolidation | 0 | 0 | 0 | |
| 8 | Minority interest for includible corporations | 0 | 0 | 0 | |
| 9 | Income (loss) from U.S. partnerships | 0 | 0 | 0 | 0 |
| 10 | Income (loss) from foreign partnerships | 0 | 0 | 0 | 0 |
| 11 | Income (loss) from other pass-through entities | 0 | 0 | 0 | 0 |
| 12 | Items relating to reportable transactions | 0 | 0 | 0 | 0 |
| 13 | Interest income (see instructions) | 43,080 | 0 | 0 | 43,080 |
| 14 | Total accrual to cash adjustment | 0 | 0 | 0 | 0 |
| 15 | Hedging transactions | 0 | 0 | 0 | 0 |
| 16 | Mark-to-market income (loss) | 0 | 0 | 0 | 0 |
| 17 | Cost of goods sold (see instructions) | ( 0 ) | 0 | 0 | ( 0 ) |
| 18 | Sale versus lease (for sellers and/or lessors) | 0 | 0 | 0 | 0 |
| 19 | Section 481(a) adjustments | | 0 | 0 | 0 |
| 20 | Unearned/deferred revenue | 0 | 0 | 0 | 0 |
| 21 | Income recognition from long-term contracts | 0 | 0 | 0 | 0 |
| 22 | Original issue discount and other imputed interest | 0 | 0 | 0 | 0 |
| 23a | Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | 0 | 0 | 0 | |
| b | Gross capital gains from Schedule D, excluding amounts from pass-through entities | | 0 | 0 | 0 |
| c | Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | 0 | 0 | 0 |
| d | Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | 0 | 0 | 0 |
| e | Abandonment losses | | 0 | 0 | 0 |
| f | Worthless stock losses (attach statement) | | 0 | 0 | 0 |
| g | Other gain/loss on disposition of assets other than inventory | | 0 | 0 | 0 |
| 24 | Capital loss limitation and carryforward used | | 0 | 0 | 0 |
| 25 | Other income (loss) items with differences (attach statement) | 0 | 0 | 0 | 0 |
| 26 | **Total income (loss) items.** Combine lines 1 through 25 | 43,080 | 0 | 0 | 43,080 |
| 27 | **Total expense/deduction items** (from Part III, line 39) | -10,364,712 | 4,601,408 | 221,271 | -5,542,033 |
| 28 | Other items with no differences    STATEMENT 14 | -249,627 | | | -249,627 |
| 29a | Mixed groups, see instructions. All others, combine lines 26 through 28 | -10,571,259 | 4,601,408 | 221,271 | -5,748,580 |
| b | PC insurance subgroup reconciliation totals | 0 | 0 | 0 | 0 |
| c | Life insurance subgroup reconciliation totals | 0 | 0 | 0 | 0 |
| 30 | **Reconciliation totals.** Combine lines 29a through 29c | -10,571,259 | 4,601,408 | 221,271 | -5,748,580 |

Note. Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

F2.00.01        US20M3P2        Schedule M-3 (Form 1120) (Rev. 12-2019)

Schedule M-3 (Form 1120) (Rev. 12-2019)        Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☒ Parent corp  **(3)** ☐ Consolidated eliminations  **(4)** ☐ Subsidiary corp  **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated:  **(6)** ☐ 1120 group  **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| HISTOGEN, INC. | 20-3183915 |

### Part III — Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return- Expense/Deduction Items (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | 0 | 0 | 0 | |
| 2 U.S. deferred income tax expense | 0 | 0 | 0 | |
| 3 State and local current income tax expense | 1,600 | 1,600 | -1,600 | 1,600 |
| 4 State and local deferred income tax expense | 0 | 0 | 0 | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | 0 | 0 | 0 | 0 |
| 6 Foreign deferred income tax expense | 0 | 0 | 0 | |
| 7 Foreign withholding taxes | 0 | 0 | 0 | 0 |
| 8 Interest expense (see instructions) | 1,916 | 0 | 0 | 1,916 |
| 9 Stock option expense | 502,766 | -283,095 | -219,671 | 0 |
| 10 Other equity-based compensation | 0 | 0 | 0 | 0 |
| 11 Meals and entertainment | 6,944 | 0 | 0 | 6,944 |
| 12 Fines and penalties | 0 | 0 | 0 | 0 |
| 13 Judgments, damages, awards, and similar costs | 0 | 0 | 0 | 0 |
| 14 Parachute payments | 0 | 0 | 0 | 0 |
| 15 Compensation with section 162(m) limitation | 0 | 0 | 0 | 0 |
| 16 Pension and profit-sharing | 0 | 0 | 0 | 0 |
| 17 Other post-retirement benefits | 0 | 0 | 0 | 0 |
| 18 Deferred compensation | 0 | 0 | 0 | 0 |
| 19 Charitable contribution of cash and tangible property | 0 | 0 | 0 | 0 |
| 20 Charitable contribution of intangible property | 0 | 0 | 0 | 0 |
| 21 Charitable contribution limitation/carryforward | | 0 | 0 | 0 |
| 22 Domestic production activities deduction (See instr.) | | 0 | 0 | 0 |
| 23 Current year acquisition or reorganization investment banking fees | 0 | 0 | 0 | 0 |
| 24 Current year acquisition or reorganization legal and accounting fees | 0 | 0 | 0 | 0 |
| 25 Current year acquisition/reorganization other costs | 0 | 0 | 0 | 0 |
| 26 Amortization/impairment of goodwill | 0 | 0 | 0 | 0 |
| 27 Amortization of acquisition, reorganization, and start-up costs | 0 | 0 | 0 | 0 |
| 28 Other amortization or impairment write-offs | 0 | 153,895 | 0 | 153,895 |
| 29 Reserved | | | | |
| 30 Depletion | 0 | 0 | 0 | 0 |
| 31 Depreciation | 139,507 | 78,313 | 0 | 217,820 |
| 32 Bad debt expense | 0 | 0 | 0 | 0 |
| 33 Corporate owned life insurance premiums | 0 | 0 | 0 | 0 |
| 34 Purchase versus lease (for purchasers and/or lessees) | 0 | 0 | 0 | 0 |
| 35 Research and development costs | 1,428,797 | -878,506 | 0 | 550,291 |
| 36 Section 118 exclusion (attach statement) | 0 | 0 | 0 | 0 |
| 37 Section 162(r)-FDIC premiums paid by certain large financial institutions (see instructions) | 0 | 0 | 0 | 0 |
| 38 Other expense/deduction items with differences (attach statement)  STATEMENT 15 | 8,283,182 | -3,673,615 | 0 | 4,609,567 |
| 39 **Total expense/deduction items.** Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive | 10,364,712 | -4,601,408 | -221,271 | 5,542,033 |

Schedule M-3 (Form 1120) (Rev. 12-2019)                                                                                          Page **2**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

Check applicable box(es): **(1)** ☐ Consolidated group  **(2)** ☐ Parent corp  **(3)** ☐ Consolidated eliminations  **(4)** ☒ Subsidiary corp  **(5)** ☐ Mixed 1120/L/PC group

Check if a sub-consolidated:  **(6)** ☐ 1120 group    **(7)** ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| HISTOGEN THERAPEUTICS, INC. | 26-0461023 |

| **Part II** | **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return** (see instructions) |
|---|---|

| Income (Loss) Items<br>(Attach statements for lines 1 through 12) | (a)<br>Income (Loss) per<br>Income Statement | (b)<br>Temporary<br>Difference | (c)<br>Permanent<br>Difference | (d)<br>Income (Loss) per<br>Tax Return |
|---|---|---|---|---|
| 1  Income (loss) from equity method foreign corporations | 0 | 0 | 0 | |
| 2  Gross foreign dividends not previously taxed | 0 | 0 | 0 | 0 |
| 3  Subpart F, QEF, and similar income inclusions | | 0 | 0 | 0 |
| 4  Gross-up for foreign taxes deemed paid | | 0 | 0 | 0 |
| 5  Gross foreign distributions previously taxed | 0 | 0 | 0 | |
| 6  Income (loss) from equity method U.S. corporations | 0 | 0 | 0 | |
| 7  U.S. dividends not eliminated in tax consolidation | 0 | 0 | 0 | |
| 8  Minority interest for includible corporations | 0 | 0 | 0 | |
| 9  Income (loss) from U.S. partnerships | 0 | 0 | 0 | 0 |
| 10  Income (loss) from foreign partnerships | 0 | 0 | 0 | 0 |
| 11  Income (loss) from other pass-through entities | 0 | 0 | 0 | 0 |
| 12  Items relating to reportable transactions | 0 | 0 | 0 | 0 |
| 13  Interest income (see instructions) | 0 | 0 | 0 | 0 |
| 14  Total accrual to cash adjustment | 0 | 0 | 0 | 0 |
| 15  Hedging transactions | 0 | 0 | 0 | 0 |
| 16  Mark-to-market income (loss) | 0 | 0 | 0 | 0 |
| 17  Cost of goods sold (see instructions) | ( 0 ) | 0 | 0 | ( 0 ) |
| 18  Sale versus lease (for sellers and/or lessors) | 0 | 0 | 0 | 0 |
| 19  Section 481(a) adjustments | | 0 | 0 | 0 |
| 20  Unearned/deferred revenue | 0 | 0 | 0 | 0 |
| 21  Income recognition from long-term contracts | 0 | 0 | 0 | 0 |
| 22  Original issue discount and other imputed interest | 0 | 0 | 0 | 0 |
| 23a  Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | 0 | 0 | 0 | |
| b  Gross capital gains from Schedule D, excluding amounts from pass-through entities | | 0 | 0 | 0 |
| c  Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | 0 | 0 | 0 |
| d  Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | 0 | 0 | 0 |
| e  Abandonment losses | | 0 | 0 | 0 |
| f  Worthless stock losses (attach statement) | | 0 | 0 | 0 |
| g  Other gain/loss on disposition of assets other than inventory | | 0 | 0 | 0 |
| 24  Capital loss limitation and carryforward used | | 0 | 0 | 0 |
| 25  Other income (loss) items with differences (attach statement) | 0 | 0 | 0 | 0 |
| 26  **Total income (loss) items.** Combine lines 1 through 25 | 0 | 0 | 0 | 0 |
| 27  **Total expense/deduction items** (from Part III, line 39) | 0 | 0 | 0 | 0 |
| 28  Other items with no differences                          STATEMENT 14 | 0 | | | 0 |
| 29a  Mixed groups, see instructions.  All others, combine lines 26 through 28 | 0 | 0 | 0 | 0 |
| b  PC insurance subgroup reconciliation totals | 0 | 0 | 0 | 0 |
| c  Life insurance subgroup reconciliation totals | 0 | 0 | 0 | 0 |
| 30  **Reconciliation totals.** Combine lines 29a through 29c | 0 | 0 | 0 | 0 |

**Note.** Line 30, column (a), must equal Part I, line 11, and column (d) must equal Form 1120, page 1, line 28.

Schedule M-3 (Form 1120) (Rev. 12-2019)     Page **3**

| Name of corporation (common parent, if consolidated return) | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

Check applicable box(es): (1) ☐ Consolidated group (2) ☐ Parent corp (3) ☐ Consolidated eliminations (4) ☒ Subsidiary corp (5) ☐ Mixed 1120/L/PC group

Check if a sub-consolidated: (6) ☐ 1120 group (7) ☐ 1120 eliminations

| Name of subsidiary (if consolidated return) | Employer identification number |
|---|---|
| HISTOGEN THERAPEUTICS, INC. | 26-0461023 |

**Part III**   **Reconciliation of Net Income (Loss) per Income Statement of Includible Corporations With Taxable Income per Return- Expense/Deduction Items** (see instructions)

| Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 U.S. current income tax expense | 0 | 0 | 0 | |
| 2 U.S. deferred income tax expense | 0 | 0 | 0 | |
| 3 State and local current income tax expense | 0 | 0 | 0 | 0 |
| 4 State and local deferred income tax expense | 0 | 0 | 0 | |
| 5 Foreign current income tax expense (other than foreign withholding taxes) | 0 | 0 | 0 | 0 |
| 6 Foreign deferred income tax expense | 0 | 0 | 0 | |
| 7 Foreign withholding taxes | 0 | 0 | 0 | 0 |
| 8 Interest expense (see instructions) | 0 | 0 | 0 | 0 |
| 9 Stock option expense | 0 | 0 | 0 | 0 |
| 10 Other equity-based compensation | 0 | 0 | 0 | 0 |
| 11 Meals and entertainment | 0 | 0 | 0 | 0 |
| 12 Fines and penalties | 0 | 0 | 0 | 0 |
| 13 Judgments, damages, awards, and similar costs | 0 | 0 | 0 | 0 |
| 14 Parachute payments | 0 | 0 | 0 | 0 |
| 15 Compensation with section 162(m) limitation | 0 | 0 | 0 | 0 |
| 16 Pension and profit-sharing | 0 | 0 | 0 | 0 |
| 17 Other post-retirement benefits | 0 | 0 | 0 | 0 |
| 18 Deferred compensation | 0 | 0 | 0 | 0 |
| 19 Charitable contribution of cash and tangible property | 0 | 0 | 0 | 0 |
| 20 Charitable contribution of intangible property | 0 | 0 | 0 | 0 |
| 21 Charitable contribution limitation/carryforward | | 0 | 0 | 0 |
| 22 Domestic production activities deduction (See instr.) | | 0 | 0 | 0 |
| 23 Current year acquisition or reorganization investment banking fees | 0 | 0 | 0 | 0 |
| 24 Current year acquisition or reorganization legal and accounting fees | 0 | 0 | 0 | 0 |
| 25 Current year acquisition/reorganization other costs | 0 | 0 | 0 | 0 |
| 26 Amortization/impairment of goodwill | 0 | 0 | 0 | 0 |
| 27 Amortization of acquisition, reorganization, and start-up costs | 0 | 0 | 0 | 0 |
| 28 Other amortization or impairment write-offs | 0 | 0 | 0 | 0 |
| 29 Reserved | | | | |
| 30 Depletion | 0 | 0 | 0 | 0 |
| 31 Depreciation | 0 | 0 | 0 | 0 |
| 32 Bad debt expense | 0 | 0 | 0 | 0 |
| 33 Corporate owned life insurance premiums | 0 | 0 | 0 | 0 |
| 34 Purchase versus lease (for purchasers and/or lessees) | 0 | 0 | 0 | 0 |
| 35 Research and development costs | 0 | 0 | 0 | 0 |
| 36 Section 118 exclusion (attach statement) | 0 | 0 | 0 | 0 |
| 37 Section 162(r)-FDIC premiums paid by certain large financial institutions (see instructions) | 0 | 0 | 0 | 0 |
| 38 Other expense/deduction items with differences (attach statement)   STATEMENT 15 | 0 | 0 | 0 | 0 |
| 39 **Total expense/deduction items. Combine lines 1 through 38. Enter here and on Part II, line 27, reporting positive amounts as negative and negative amounts as positive** | 0 | 0 | 0 | 0 |

**SCHEDULE UTP**
**(Form 1120)**
(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

# Uncertain Tax Position Statement

**File with Form 1120, 1120- F, 1120- L, or 1120- PC.**
**Go to www.irs.gov/ScheduleUTP for instructions and the latest information.**

OMB No. 1545- 0123

| Name of entity as shown on page 1 of tax return | EIN of entity |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

This Part I, Schedule UTP (Form 1120) is page __1__ of __1__ Part I pages.

**Part I**   **Uncertain Tax Positions for the Current Tax Year.** See instructions for how to complete columns (a) through (k).

Enter, in Part III, a description for each uncertain tax position (UTP).

Check this box if the corporation was unable to obtain information from related parties sufficient to determine whether a tax position is a UTP. See instructions  · · · · · · · · · · · ☐

| (a) UTP No. | (b) Primary IRC Sections (for example, "61", "108", "263A") / Primary IRC Subsections (for example, "(f)(2)(A)(ii)") | (c) Rev. Rul.(RR), Rev. Proc.(RP), etc. | (d) Regulation Section (for example, "1.482- 7") / Regulation Subsection (for example, "(d)(1)(iii)") | (e) Timing Codes (check if Permanent, Temporary, or both) | (f) Pass- Through Entity EIN | (g) Major Tax Position | (h) Ranking of Tax Position | (i) Form or Schedule | (j) Line No. | (k) Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| C 1 | 41 ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☒ ☐ | | ☒ | G1 | FORM 6765 | 17 | 330,389 |
| C | ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☐ ☐ | | ☐ | | | | |
| C | ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☐ ☐ | | ☐ | | | | |
| C | ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☐ ☐ | | ☐ | | | | |
| C | ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☐ ☐ | | ☐ | | | | |
| C | ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☐ ☐ | | ☐ | | | | |
| C | ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☐ ☐ | | ☐ | | | | |
| C | ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☐ ☐ | | ☐ | | | | |
| C | ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☐ ☐ | | ☐ | | | | |
| C | ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☐ ☐ | | ☐ | | | | |
| C | ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☐ ☐ | | ☐ | | | | |
| C | ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☐ ☐ | | ☐ | | | | |
| C | ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☐ ☐ | | ☐ | | | | |
| C | ( )( )( ) ( )( )( ) ( )( )( ) | | ( )( )( ) | ☐ ☐ | | ☐ | | | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120.

ERF

**Schedule UTP (Form 1120) (Rev. 12- 2022)**

F2.00.01   US1120U1

Schedule UTP (Form 1120) (Rev. 12- 2022)     Page **2**

| Name of entity as shown on page 1 of tax return | EIN of entity |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

This Part II, Schedule UTP (Form 1120) is page ___1___ of ___1___ Part II pages.

**Part II**  **Uncertain Tax Positions for Prior Tax Years.** See instructions for how to complete columns (a) through (l).

Enter, in Part III, a description for each uncertain tax position (UTP).

Check this box if the corporation was unable to obtain information from related parties sufficient to determine whether a tax position is a UTP. See instructions . . . . . . . . . . . . . ☐

| (a) UTP No. | (b) Primary IRC Sections / Primary IRC Subsections | (c) Rev. Rul.(RR), Rev. Proc.(RP), etc. | (d) Regulation Section / Regulation Subsection | (e) Timing Codes | (f) Pass-Through Entity EIN | (g) Major Tax Position | (h) Ranking of Tax Position | (i) Form or Schedule | (j) Line No. | (k) Amount | (l) Year of Tax Position |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |
| P | ( )( )( )  ( )( )( )  ( )( )( ) | | ( )( )( )( ) | ☐ ☐ | | ☐ | | | | | |

Schedule UTP (Form 1120) (Rev. 12- 2022) | Page **3**

| Name of entity as shown on page 1 of tax return | EIN of entity |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

This Part III, Schedule UTP (Form 1120), is page __1__ of __1__ Part III pages.

| Part III | Concise Descriptions of UTPs |
|---|---|

Indicate the corresponding UTP number from Part I, column (a) (for example, C1), or Part II, column (a) (for example, P2). Use as many Part III pages as necessary. See instructions.

| UTP No. | Concise Description of Uncertain Tax Position |
|---|---|
| C   1 | STATEMENT 1 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**STATEMENT 1  -  SCHEDULE UTP, PART III, UTP**

**Part III, Concise Descriptions of UTPs**

**Entity: HISTOGEN, INC. AND SUBSIDIARIES**

**Period: 2022**

**STATEMENT 1  -  SCHEDULE UTP, PART III, UTP**

THE TAXPAYER IS A CLINICAL-STAGE THERAPEUTICS COMPANY FOCUSED ON DEVELOPING POTENTIAL FIRST-IN-CLASS RESTORATIVE THERAPEUTICS. DURING TAX YEAR 2022, THE TAXPAYER INCURRED EMPLOYEE WAGES, COST OF SUPPLIES EXPENSES, AND CONTRACT LABOR IN CONNECTION WITH THE DEVELOPMENT OF NEW AND/OR IMPROVED INNOVATE BUSINESS COMPONENTS ASSOCIATED WITH THEIR REGENERATIVE PRODUCTS. EMPLOYEE WAGES FOR QUALIFIED SERVICES IN THE AMOUNT OF $1,761,291 WERE REPORTED ON LINE 5 OF FORM 6765, QUALIFYING COST OF SUPPLIES IN THE AMOUNT OF $649,411 WRE REPORTED ON LINE 6 OF FORM 6765, AND THE APPLICABLE PERCENTAGE OF CONTRACT RESEARCH EXPENSES IN THE AMOUNT OF $893,185 WERE REPORTED ON LINE 8 OF FORM 6765. THERE IS UNCERTAINTY ON WHETHER THE DIRECT SUPPORT ACTIVITY CONDUCTED BY THE EMPLOYEES OF THE TAXPAYER IS CONSIDERED QUALIFIED RESEARCH UNDER SECTION 41 OF THE INTERNAL REVENUE CODE AND THE REGULATIONS THEREUNDER.

Form **1125-E**

(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
▶ **Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

**Note.**  Complete Form 1125-E only if total receipts are $500,000 or more.  See instructions for definition of total receipts.

| | **(a)** Name of officer | **(b)** Social security number (see instructions) | **(c)** Percent of time devoted to business | Percent of stock owned | | **(f)** Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | **(d)** Common | **(e)** Preferred | |
| **1** | SUSAN A. KNUDSON | | % | % | % | 681,237 |
| | STEVEN J. MENTO | | % | % | % | 560,322 |
| | JOYCE REYES | | % | % | % | 281,462 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |
| | | | % | % | % | 0 |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers  . . . . . . . . . . . . . . . . . . . . . . | **2** | 1,523,021 |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return  . . . . . . . . . . . . . . . . | **3** | 0 |
| **4** | Subtract line 3 from line 2.  Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | 1,523,021 |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

ERF

F2.00.01    US1125E1

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)
**Attach to your tax return.**
**Go to www.irs.gov/Form4562 for instructions and the latest information.**

OMB No. 1545-0172

**2022**

Attachment
Sequence No. 179

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | R&D REGENERATIVE | 20-3183915 |

## Part I    Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---:|---:|
| 1 | Maximum amount (see instructions) | 1 | 1,080,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 0 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 2,700,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | 0 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 1,080,000 |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---:|---:|
| | | 0 | 0 |
| | | 0 | 0 |

| | | | |
|---|---|---:|---:|
| 7 | Listed property. Enter the amount from line 29 | 7 | 0 |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 0 |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | 0 |
| 10 | Carryover of disallowed deduction from line 13 of your 2021 Form 4562 | 10 | 0 |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | 0 |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | 0 |
| 13 | Carryover of disallowed deduction to 2023. Add lines 9 and 10, less line 12 | 13 | 0 |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

## Part II    Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---:|---:|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | 215,520 |
| 15 | Property subject to section 168(f)(1) election | 15 | 0 |
| 16 | Other depreciation (including ACRS) | 16 | 0 |

## Part III    MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---:|---:|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2022 | 17 | 2,300 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | | |

**Section B - Assets Placed in Service During 2022 Tax Year Using the General Depreciation System**

| **(a)** Classification of property | **(b)** Month and year placed in service | **(c)** Basis for depreciation (business/investment use only –see instructions) | **(d)** Recovery period | **(e)** Convention | **(f)** Method | **(g)** Depreciation deduction |
|---|---|---:|---|---|---|---:|
| 19a  3- year property | | 0 | 0.0 | | | 0 |
| b  5- year property | | 0 | 0.0 | | | 0 |
| c  7- year property | | 0 | 0.0 | | | 0 |
| d  10- year property | | 0 | 0.0 | | | 0 |
| e  15- year property | | 0 | 0.0 | | | 0 |
| f  20- year property | | 0 | 0.0 | | | 0 |
| g  25- year property | | 0 | 25 yrs. | | S/L | 0 |
| h  Residential rental property | | 0 | 27.5 yrs. | MM | S/L | 0 |
| | | 0 | 27.5 yrs. | MM | S/L | 0 |
| i  Nonresidential real property | | 0 | 39 yrs. | MM | S/L | 0 |
| | | 0 | | MM | S/L | 0 |

**Section C - Assets Placed in Service During 2022 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---:|---|---|---|---:|
| 20a  Class life | | 0 | 0.0 | | S/L | 0 |
| b  12- year | | 0 | 12 yrs. | | S/L | 0 |
| c  30- year | | 0 | 30 yrs. | MM | S/L | 0 |
| d  40- year | | 0 | 40 yrs. | MM | S/L | 0 |

## Part IV    Summary (See instructions.)

| | | | |
|---|---|---:|---:|
| 21 | Listed property. Enter amount from line 28 | 21 | 0 |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22 | 217,820 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | 0 |

| | | |
|---|---|---|
| ERF | For Paperwork Reduction Act Notice, see separate instructions. | F2.00.01    US4562P1    Form **4562** (2022) |

HISTOGEN, INC. AND SUBSIDIARIES    20-3183913

Form 4562 (2022)     Page **2**

## Part V   Listed Property (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No   24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use. See instructions. . . . . . | | | | | | **25** | 0 | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | 0.00% | 0 | 0 | 0.0 | | 0 | 0 |
| | | 0.00% | 0 | 0 | 0.0 | | 0 | 0 |
| | | 0.00% | 0 | 0 | 0.0 | | 0 | 0 |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | 0.00% | 0 | 0 | 0.0 | S/L— | 0 | |
| | | 0.00% | 0 | 0 | 0.0 | S/L— | 0 | |
| | | 0.00% | 0 | 0 | 0.0 | S/L— | 0 | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1. | | | | | | **28** | 0 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1. . . . . . | | | | | | | **29** | 0 |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| 31 Total commuting miles driven during the year | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| 32 Total other personal (noncommuting) miles driven . . . . . . . . | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| 33 Total miles driven during the year. Add lines 30 through 32 . . . . | 0 | | 0 | | 0 | | 0 | | 0 | | 0 | |
| 34 Was the vehicle available for personal use during off-duty hours? . . . . | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons. See instructions.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? . . . . . . . . . . . . . . . . | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? . . . . . . . | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? . . . . . . . . . | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? See instructions. | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

## Part VI   Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2022 tax year (see instructions): | | | | | |
| CAPITALIZED R&D | 06 30 2022 | 5,481,625 | 174 | 5 YRS | 548,162 |
| CAPITALIZED R&D | 06 30 2022 | 63,858 | 174 | 15 YRS | 2,129 |
| 43 Amortization of costs that began before your 2022 tax year . . . . . . . . **43** | | | | | 153,895 |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report . . . . . **44** | | | | | 704,186 |

Form **4562** (2022)

F2.00.01   US4562P2

| Form **6765**<br>(Rev. December 2020)<br>Department of the Treasury<br>Internal Revenue Service | **Credit for Increasing Research Activities**<br><br>▶ Attach to your tax return.<br>▶ Go to www.irs.gov/Form6765 for instructions and the latest information. | OMB No. 1545-0619<br><br>Attachment<br>Sequence No. **676** |
|---|---|---|

| Name(s) shown on return | Identifying number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |

**Section A—Regular Credit.** Skip this section and go to Section B if you are electing or previously elected (and are not revoking) the alternative simplified credit.

| | | | | |
|---|---|---|---|---:|
| 1 | Certain amounts paid or incurred to energy consortia (see instructions) . . . . . . . . . . . . . | | **1** | 0 |
| 2 | Basic research payments to qualified organizations (see instructions) . . . . . | **2** | 0 | |
| 3 | Qualified organization base period amount . . . . . . . . . . . . | **3** | | |
| 4 | Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . . . . . . . | | **4** | 0 |
| 5 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) . . . . . . . . . . . . . . . . | **5** | 1,761,291 | |
| 6 | Cost of supplies . . . . . . . . . . . . . . . . . . . . | **6** | 649,411 | |
| 7 | Rental or lease costs of computers (see instructions) . . . . . . . . | **7** | 0 | |
| 8 | Enter the applicable percentage of contract research expenses. See instructions . . . . . . . . . . . . . . . . . . . . | **8** | 893,185 | |
| 9 | Total qualified research expenses. Add lines 5 through 8 . . . . . . . | **9** | 3,303,887 | |
| 10 | Enter fixed-base percentage, but not more than 16% (0.16) (see instructions) | **10** | 16.0000 % | |
| 11 | Enter average annual gross receipts. See instructions . . . . . . . . | **11** | 0 | |
| 12 | Multiply line 11 by the percentage on line 10 . . . . . . . . . . . | **12** | 0 | |
| 13 | Subtract line 12 from line 9. If zero or less, enter -0- . . . . . . . . . | **13** | 3,303,887 | |
| 14 | Multiply line 9 by 50% (0.50) . . . . . . . . . . . . . . . | **14** | 1,651,944 | |
| 15 | Enter the **smaller** of line 13 or line 14 . . . . . . . . . . . . . . | | **15** | 1,651,944 |
| 16 | Add lines 1, 4, and 15 . . . . . . . . . . . . . . . . . . | | **16** | 1,651,944 |
| 17 | Are you electing the reduced credit under section 280C? ▶ Yes ☐ No ☒ | | | |
| | If "Yes," multiply line 16 by 15.8% (0.158). If "No," multiply line 16 by 20% (0.20) and see the instructions for the statement that must be attached. Members of controlled groups or businesses under common control, see instructions for the statement that must be attached . . . . . . . . . | | **17** | 330,389 |

**Section B—Alternative Simplified Credit.**    Skip this section if you are completing Section A.

| | | | | |
|---|---|---|---|---:|
| 18 | Certain amounts paid or incurred to energy consortia (see the line 1 instructions) . . . . . . . . | | **18** | 0 |
| 19 | Basic research payments to qualified organizations (see the line 2 instructions) . . . . . . . . . . . . . . . . . . . | **19** | 0 | |
| 20 | Qualified organization base period amount (see the line 3 instructions) . . . . | **20** | 0 | |
| 21 | Subtract line 20 from line 19. If zero or less, enter -0- . . . . . . . . | | **21** | 0 |
| 22 | Add lines 18 and 21 . . . . . . . . . . . . . . . . . . | | **22** | 0 |
| 23 | Multiply line 22 by 20% (0.20) . . . . . . . . . . . . . . . | | **23** | 0 |
| 24 | Wages for qualified services (do not include wages used in figuring the work opportunity credit) . . . . . . . . . . . . . . . . | **24** | 0 | |
| 25 | Cost of supplies . . . . . . . . . . . . . . . . . . . . | **25** | 0 | |
| 26 | Rental or lease costs of computers (see the line 7 instructions) . . . . . | **26** | 0 | |
| 27 | Enter the applicable percentage of contract research expenses. See the line 8 instructions . . . . . . . . . . . . . . . . . . . . | **27** | 0 | |
| 28 | Total qualified research expenses. Add lines 24 through 27 . . . . . . . | **28** | 0 | |
| 29 | Enter your total qualified research expenses for the prior 3 tax years. If you had no qualified research expenses in any one of those years, skip lines 30 and 31 . . . . . . . . . . . . . . . . . . . | **29** | 0 | |
| 30 | Divide line 29 by 6.0 . . . . . . . . . . . . . . . . . . | **30** | 0 | |
| 31 | Subtract line 30 from line 28. If zero or less, enter -0- . . . . . . . . | **31** | 0 | |
| 32 | Multiply line 31 by 14% (0.14). If you skipped lines 30 and 31, multiply line 28 by 6% (0.06) . . . . . . . . | | **32** | 0 |
| 33 | Add lines 23 and 32 . . . . . . . . . . . . . . . . . . | | **33** | 0 |
| 34 | Are you electing the reduced credit under section 280C? ▶ Yes ☐ No ☐ | | | |
| | If "Yes," multiply line 33 by 79% (0.79). If "No," enter the amount from line 33 and see the line 17 instructions for the statement that must be attached. Members of controlled groups or businesses under common control, see instructions for the statement that must be attached . . . . . . . . . . . . | | **34** | 0 |

**For Paperwork Reduction Act Notice, see separate instructions.**    Form **6765** (Rev. 12-2020)

Form 6765 (Rev. 12- 2020)          HISTOGEN, INC. AND SUBSIDIARIES                                   20-3183915          Page **2**

**Section C - Current Year Credit**

| | | | |
|---|---|---|---|
| 35 | Enter the portion of the credit from Form 8932, line 2, that is attributable to wages that were also used to figure the credit on line 17 or line 34 (whichever applies) . . . . . . . . . . . . . . . . | 35 | 0 |
| 36 | Subtract line 35 from line 17 or line 34 (whichever applies). If zero or less, enter - 0- . . . . . . . . . . . . | 36 | 330,389 |
| 37 | Credit for increasing research activities from partnerships, S corporations, estates, and trusts . . . . . . . . | 37 | 0 |
| 38 | Add lines 36 and 37   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 38 | 330,389 |

- Estates and trusts, go to line 39.
- Partnerships and S corporations not electing the payroll tax credit, stop here and report this amount on Schedule K.
- Partnerships and S corporations electing the payroll tax credit, complete Section D and report on Schedule K the amount on this line reduced by the amount on line 44.
- Eligible small businesses, stop here and report the credit on Form 3800, Part III, line 4i. See instructions for the definition of eligible small business.
- Filers other than eligible small businesses, stop here and report the credit on Form 3800, Part III, line 1c.

**Note:** Qualified small business filers, other than partnerships and S corporations, electing the payroll tax credit must complete Form 3800 before completing Section D.

| | | | |
|---|---|---|---|
| 39 | Amount allocated to beneficiaries of the estate or trust (see instructions) . . . . . . . . . . . . . . . . . . . . | 39 | |
| 40 | Estates and trusts, subtract line 39 from line 38. For eligible small businesses, report the credit on Form 3800, Part III, line 4i. See instructions. For filers other than eligible small businesses, report the credit on Form 3800, Part III, line 1c | 40 | |

**Section D - Qualified Small Business Payroll Tax Election and Payroll Tax Credit.**  Skip this section if the payroll tax election does not apply. See instructions.

| | | | |
|---|---|---|---|
| 41 | Check this box if you are a qualified small business electing the payroll tax credit. See instructions | ☐ | |
| 42 | Enter the portion of line 36 elected as a payroll tax credit (do not enter more than $250,000). See instructions   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 42 | 0 |
| 43 | General business credit carryforward from the current year (see instructions). Partnerships and S corporations, skip this line and go to line 44 . . . . . . . . . . . . . . . . . . . . . . . . | 43 | 0 |
| 44 | Partnerships and S corporations, enter the smaller of line 36 or line 42. All others, enter the smallest of line 36, line 42, or line 43. Enter here and on the applicable line of Form 8974, Part 1, column (e). Members of controlled groups or businesses under common control, see instructions for the statement that must be attached . . . . . | 44 | 0 |

Form **6765**  (Rev. 12- 2020)

Form **8916-A**

(Rev. November 2019)

Department of the Treasury
Internal Revenue Service

## Supplemental Attachment to Schedule M-3

▶ **Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120S.**
▶ **Go to www.irs.gov/Form1120 for the latest information.**

OMB No. 1545-0123

Name of common parent
HISTOGEN, INC. AND SUBSIDIARIES

Employer identification number
20-3183915

Name of subsidiary

Employer identification number

**Part I**  Cost of Goods Sold

| | Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | Amounts attributable to cost flow assumptions . . . . | 0 | 0 | 0 | 0 |
| 2 | Amounts attributable to: | | | | |
| a | Stock option expense . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| b | Other equity-based compensation . . . . . . . . | 0 | 0 | 0 | 0 |
| c | Meals and entertainment . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| d | Parachute payments . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| e | Compensation with section 162(m) limitation . . . . | 0 | 0 | 0 | 0 |
| f | Pension and profit sharing . . . . . . . . . . | 0 | 0 | 0 | 0 |
| g | Other post-retirement benefits . . . . . . . . . | 0 | 0 | 0 | 0 |
| h | Deferred compensation . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| i | Reserved | | | | |
| j | Amortization . . . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| k | Depletion . . . . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| l | Depreciation . . . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| m | Corporate-owned life insurance premiums . . . . . | 0 | 0 | 0 | 0 |
| n | Other section 263A costs . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| 3 | Inventory shrinkage accruals . . . . . . . . . . | 0 | 0 | 0 | 0 |
| 4 | Excess inventory and obsolescence reserves . . . . | 0 | 0 | 0 | 0 |
| 5 | Lower of cost or market write-downs . . . . . . . | 0 | 0 | 0 | 0 |
| 6 | Other items with differences (attach statement) . . . | 0 | 0 | 0 | 0 |
| 7 | Other items with no differences . . . . . . . . . | 0 | | | 0 |
| 8 | **Total cost of goods sold.**  Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions . . . . . | 0 | 0 | 0 | 0 |

For Paperwork Reduction Act Notice, see instructions.

ERF

Form **8916-A**  (Rev. 11-2019)

F2.00.01    US8916A1

Form 8916- A (Rev. 11- 2019) | Page **2**

**Part II   Interest Income**

| | Interest Income Item | (a)<br>Income (Loss) per Income Statement | (b)<br>Temporary Difference | (c)<br>Permanent Difference | (d)<br>Income (Loss) per Tax Return |
|---|---|---|---|---|---|
| 1 | Tax- exempt interest income | 0 | 0 | 0 | |
| 2 | Interest income from hybrid securities | 0 | 0 | 0 | 0 |
| 3 | Sale/lease interest income | 0 | 0 | 0 | 0 |
| 4a | Intercompany interest income - From outside tax affiliated group | 0 | 0 | 0 | 0 |
| 4b | Intercompany interest income - From tax affiliated group | 0 | 0 | 0 | 0 |
| 5 | Other interest income | 43,080 | 0 | 0 | 43,080 |
| 6 | Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M- 3. See instructions. | 43,080 | 0 | 0 | 43,080 |

**Part III   Interest Expense**

| | Interest Expense Item | (a)<br>Expense per Income Statement | (b)<br>Temporary Difference | (c)<br>Permanent Difference | (d)<br>Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | Interest expense from hybrid securities | 0 | 0 | 0 | 0 |
| 2 | Lease/purchase interest expense | 0 | 0 | 0 | 0 |
| 3a | Intercompany interest expense - Paid to outside tax affiliated group | 0 | 0 | 0 | 0 |
| 3b | Intercompany interest expense - Paid to tax affiliated group | 0 | 0 | 0 | 0 |
| 4 | Other interest expense | 1,916 | 0 | 0 | 1,916 |
| 5 | Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M- 3. See instructions. | 1,916 | 0 | 0 | 1,916 |

Form **8916- A** (Rev. 11- 2019)

F2.00.01    US8916A2

| Form **8916-A** | **Supplemental Attachment to Schedule M-3** | OMB No. 1545-0123 |
|---|---|---|
| (Rev. November 2019) | ▶ **Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120S.** | |
| Department of the Treasury Internal Revenue Service | ▶ **Go to www.irs.gov/Form1120 for the latest information.** | |

| Name of common parent | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |
| Name of subsidiary | Employer identification number |
| | |

**Part I  Cost of Goods Sold**

| | Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | Amounts attributable to cost flow assumptions . . . . | 0 | 0 | 0 | 0 |
| 2 | Amounts attributable to: | | | | |
| a | Stock option expense . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| b | Other equity-based compensation . . . . . | 0 | 0 | 0 | 0 |
| c | Meals and entertainment . . . . . . . . . | 0 | 0 | 0 | 0 |
| d | Parachute payments . . . . . . . . . . | 0 | 0 | 0 | 0 |
| e | Compensation with section 162(m) limitation . . . | 0 | 0 | 0 | 0 |
| f | Pension and profit sharing . . . . . . . . | 0 | 0 | 0 | 0 |
| g | Other post-retirement benefits . . . . . . . | 0 | 0 | 0 | 0 |
| h | Deferred compensation . . . . . . . . . | 0 | 0 | 0 | 0 |
| i | Reserved | | | | |
| j | Amortization . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| k | Depletion . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| l | Depreciation . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| m | Corporate-owned life insurance premiums . . . . . | 0 | 0 | 0 | 0 |
| n | Other section 263A costs . . . . . . . . | 0 | 0 | 0 | 0 |
| 3 | Inventory shrinkage accruals . . . . . . . . | 0 | 0 | 0 | 0 |
| 4 | Excess inventory and obsolescence reserves . . . | 0 | 0 | 0 | 0 |
| 5 | Lower of cost or market write-downs . . . . . . | 0 | 0 | 0 | 0 |
| 6 | Other items with differences (attach statement) . . | 0 | 0 | 0 | 0 |
| 7 | Other items with no differences . . . . . . . | 0 | | | 0 |
| 8 | **Total cost of goods sold.** Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions . . . . . | 0 | 0 | 0 | 0 |

| For Paperwork Reduction Act Notice, see instructions. | Form **8916-A** (Rev. 11-2019) |
|---|---|
| ERF | F2.00.01    US8916A1 |

Form 8916- A (Rev. 11- 2019)

Page **2**

**Part II    Interest Income**

| | Interest Income Item | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|---|
| 1 | Tax- exempt interest income | 0 | 0 | 0 | |
| 2 | Interest income from hybrid securities | 0 | 0 | 0 | 0 |
| 3 | Sale/lease interest income | 0 | 0 | 0 | 0 |
| 4a | Intercompany interest income - From outside tax affiliated group | 0 | 0 | 0 | 0 |
| 4b | Intercompany interest income - From tax affiliated group | 0 | 0 | 0 | 0 |
| 5 | Other interest income | 0 | 0 | 0 | 0 |
| 6 | Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M- 3. See instructions. | 0 | 0 | 0 | 0 |

**Part III    Interest Expense**

| | Interest Expense Item | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | Interest expense from hybrid securities | 0 | 0 | 0 | 0 |
| 2 | Lease/purchase interest expense | 0 | 0 | 0 | 0 |
| 3a | Intercompany interest expense - Paid to outside tax affiliated group | 0 | 0 | 0 | 0 |
| 3b | Intercompany interest expense - Paid to tax affiliated group | 0 | 0 | 0 | 0 |
| 4 | Other interest expense | 0 | 0 | 0 | 0 |
| 5 | Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M- 3. See instructions. | 0 | 0 | 0 | 0 |

Form **8916- A** (Rev. 11- 2019)

F2.00.01    US8916A2

# Supplemental Attachment to Schedule M-3

Form **8916-A**

(Rev. November 2019)

Department of the Treasury
Internal Revenue Service

▶ **Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120S.**
▶ **Go to www.irs.gov/Form1120 for the latest information.**

OMB No. 1545-0123

| Name of common parent | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |
| Name of subsidiary | Employer identification number |
| HISTOGEN, INC. | 20-3183915 |

**Part I   Cost of Goods Sold**

| | Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | Amounts attributable to cost flow assumptions . . . . | 0 | 0 | 0 | 0 |
| 2 | Amounts attributable to: | | | | |
| a | Stock option expense . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| b | Other equity-based compensation . . . . . . . | 0 | 0 | 0 | 0 |
| c | Meals and entertainment . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| d | Parachute payments . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| e | Compensation with section 162(m) limitation . . . | 0 | 0 | 0 | 0 |
| f | Pension and profit sharing . . . . . . . . . . | 0 | 0 | 0 | 0 |
| g | Other post-retirement benefits . . . . . . . . | 0 | 0 | 0 | 0 |
| h | Deferred compensation . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| i | Reserved | | | | |
| j | Amortization . . . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| k | Depletion . . . . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| l | Depreciation . . . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| m | Corporate-owned life insurance premiums . . . . | 0 | 0 | 0 | 0 |
| n | Other section 263A costs . . . . . . . . . . | 0 | 0 | 0 | 0 |
| 3 | Inventory shrinkage accruals . . . . . . . . . | 0 | 0 | 0 | 0 |
| 4 | Excess inventory and obsolescence reserves . . . | 0 | 0 | 0 | 0 |
| 5 | Lower of cost or market write-downs . . . . . . | 0 | 0 | 0 | 0 |
| 6 | Other items with differences (attach statement) . . | 0 | 0 | 0 | 0 |
| 7 | Other items with no differences . . . . . . . . | 0 | | | 0 |
| 8 | **Total cost of goods sold.** Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions . . . . . | 0 | 0 | 0 | 0 |

**For Paperwork Reduction Act Notice, see instructions.**

Form **8916-A** (Rev. 11-2019)

ERF

F2.00.01      US8916A1

Form 8916- A (Rev. 11- 2019)                                                                                                    Page **2**

| Part II | Interest Income | | | | |
|---------|-----------------|---|---|---|---|
| | Interest Income Item | **(a)** Income (Loss) per Income Statement | **(b)** Temporary Difference | **(c)** Permanent Difference | **(d)** Income (Loss) per Tax Return |
| **1** | Tax- exempt interest income | 0 | 0 | 0 | |
| **2** | Interest income from hybrid securities | 0 | 0 | 0 | 0 |
| **3** | Sale/lease interest income | 0 | 0 | 0 | 0 |
| **4a** | Intercompany interest income - From outside tax affiliated group | 0 | 0 | 0 | 0 |
| **4b** | Intercompany interest income - From tax affiliated group | 0 | 0 | 0 | 0 |
| **5** | Other interest income | 43,080 | 0 | 0 | 43,080 |
| **6** | Total interest income.  Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M- 3. See instructions. | 43,080 | 0 | 0 | 43,080 |

| Part III | Interest Expense | | | | |
|----------|------------------|---|---|---|---|
| | Interest Expense Item | **(a)** Expense per Income Statement | **(b)** Temporary Difference | **(c)** Permanent Difference | **(d)** Deduction per Tax Return |
| **1** | Interest expense from hybrid securities | 0 | 0 | 0 | 0 |
| **2** | Lease/purchase interest expense | 0 | 0 | 0 | 0 |
| **3a** | Intercompany interest expense - Paid to outside tax affiliated group | 0 | 0 | 0 | 0 |
| **3b** | Intercompany interest expense - Paid to tax affiliated group | 0 | 0 | 0 | 0 |
| **4** | Other interest expense | 1,916 | 0 | 0 | 1,916 |
| **5** | Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M- 3. See instructions. | 1,916 | 0 | 0 | 1,916 |

Form **8916- A** (Rev. 11- 2019)

F2.00.01        US8916A2

## Supplemental Attachment to Schedule M-3

Form **8916-A**

(Rev. November 2019)

Department of the Treasury
Internal Revenue Service

▶ **Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120S.**
▶ **Go to www.irs.gov/Form1120 for the latest information.**

OMB No. 1545-0123

| Name of common parent | Employer identification number |
|---|---|
| HISTOGEN, INC. AND SUBSIDIARIES | 20-3183915 |
| Name of subsidiary | Employer identification number |
| HISTOGEN THERAPEUTICS, INC. | 26-0461023 |

**Part I   Cost of Goods Sold**

| Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1 Amounts attributable to cost flow assumptions . . . . | 0 | 0 | 0 | 0 |
| 2 Amounts attributable to: | | | | |
| a Stock option expense . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| b Other equity-based compensation . . . . . . . | 0 | 0 | 0 | 0 |
| c Meals and entertainment . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| d Parachute payments . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| e Compensation with section 162(m) limitation . . . | 0 | 0 | 0 | 0 |
| f Pension and profit sharing . . . . . . . . . . | 0 | 0 | 0 | 0 |
| g Other post-retirement benefits . . . . . . . . | 0 | 0 | 0 | 0 |
| h Deferred compensation . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| i Reserved | | | | |
| j Amortization . . . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| k Depletion . . . . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| l Depreciation . . . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 |
| m Corporate-owned life insurance premiums . . . . . | 0 | 0 | 0 | 0 |
| n Other section 263A costs . . . . . . . . . . | 0 | 0 | 0 | 0 |
| 3 Inventory shrinkage accruals . . . . . . . . . | 0 | 0 | 0 | 0 |
| 4 Excess inventory and obsolescence reserves . . . | 0 | 0 | 0 | 0 |
| 5 Lower of cost or market write-downs . . . . . . | 0 | 0 | 0 | 0 |
| 6 Other items with differences (attach statement) . . | 0 | 0 | 0 | 0 |
| 7 Other items with no differences . . . . . . . . | 0 | | | 0 |
| 8 **Total cost of goods sold.** Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions . . . . . . | 0 | 0 | 0 | 0 |

For Paperwork Reduction Act Notice, see instructions.

ERF

Form **8916-A** (Rev. 11-2019)

F2.00.01      US8916A1

Form 8916- A (Rev. 11- 2019)                                                                                                          Page **2**

| Part II | Interest Income | | | |
|---|---|---|---|---|
| | Interest Income Item | **(a)**<br>Income (Loss) per Income Statement | **(b)**<br>Temporary Difference | **(c)**<br>Permanent Difference | **(d)**<br>Income (Loss) per Tax Return |
| **1** | Tax- exempt interest income | 0 | 0 | 0 | |
| **2** | Interest income from hybrid securities | 0 | 0 | 0 | 0 |
| **3** | Sale/lease interest income | 0 | 0 | 0 | 0 |
| **4a** | Intercompany interest income - From outside tax affiliated group | 0 | 0 | 0 | 0 |
| **4b** | Intercompany interest income - From tax affiliated group | 0 | 0 | 0 | 0 |
| **5** | Other interest income | 0 | 0 | 0 | 0 |
| **6** | Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M- 3. See instructions. | 0 | 0 | 0 | 0 |

| Part III | Interest Expense | | | |
|---|---|---|---|---|
| | Interest Expense Item | **(a)**<br>Expense per Income Statement | **(b)**<br>Temporary Difference | **(c)**<br>Permanent Difference | **(d)**<br>Deduction per Tax Return |
| **1** | Interest expense from hybrid securities | 0 | 0 | 0 | 0 |
| **2** | Lease/purchase interest expense | 0 | 0 | 0 | 0 |
| **3a** | Intercompany interest expense - Paid to outside tax affiliated group | 0 | 0 | 0 | 0 |
| **3b** | Intercompany interest expense - Paid to tax affiliated group | 0 | 0 | 0 | 0 |
| **4** | Other interest expense | 0 | 0 | 0 | 0 |
| **5** | Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M- 3. See instructions. | 0 | 0 | 0 | 0 |

Form **8916- A** (Rev. 11- 2019)

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**\*   1120 - U.S. CORPORATION INCOME TAX RETURN   \***
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | CONSOL | Elimination | Subtotal | HISTOGEN | THERAPEUTICS |
|---|---|---|---|---|---|
| TOTAL ASSETS | 20,140,944 | 0 | 20,140,944 | 20,140,944 | 0 |
| 1A GROSS RECEIPTS OR SALES. . . . . . . . . . 1A | 3,769,404 | 0 | 3,769,404 | 3,769,404 | 0 |
| B RETURNS & ALLOWANCES . . . . . . . . . . . 1B | 0 | 0 | 0 | 0 | 0 |
| C SUBTRACT LINE 1B FROM LINE 1A. . . . . . . 1C | 3,769,404 | 0 | 3,769,404 | 3,769,404 | 0 |
| 2 COST OF GOODS SOLD (FORM 1125-A). . . . . . .2 | 0 | 0 | 0 | 0 | 0 |
| 3 GROSS PROFIT (LINE 1(C) LESS LINE 2). . . . .3 | 3,769,404 | 0 | 3,769,404 | 3,769,404 | 0 |
| 4 DIVIDENDS (SCHEDULE C). . . . . . . . . . . .4 | 0 | 0 | 0 | 0 | 0 |
| 5 INTEREST. . . . . . . . . . . . . . . . . . .5 | 43,080 | 0 | 43,080 | 43,080 | 0 |
| 6 GROSS RENTS . . . . . . . . . . . . . . . . .6 | 0 | 0 | 0 | 0 | 0 |
| 7 GROSS ROYALTIES . . . . . . . . . . . . . . .7 | 0 | 0 | 0 | 0 | 0 |
| 8 CAPITAL GAIN NET INCOME (SCHEDULE D). . . . .8 | 0 | 0 | 0 | 0 | 0 |
| 9 NET GAIN (LOSS) FROM FORM 4797. . . . . . . .9 | 0 | 0 | 0 | 0 | 0 |
| 10 OTHER INCOME (ATTACH SCHEDULE). . . . . . . 10 | 0 | 0 | 0 | 0 | 0 |
| 11    TOTAL INCOME (LINES 3 THROUGH 10). . . . .>11 | 3,812,484 | 0 | 3,812,484 | 3,812,484 | 0 |
| 12 COMPENSATION OF OFFICERS (FORM 1125-E). . . . 12 | 1,523,021 | 0 | 1,523,021 | 1,523,021 | 0 |
| 13 SALARIES AND WAGES. . . . . . . . . . . . . 13 | 76,561 | 0 | 76,561 | 76,561 | 0 |
| 14 REPAIRS . . . . . . . . . . . . . . . . . . 14 | 71,951 | 0 | 71,951 | 71,951 | 0 |
| 15 BAD DEBTS . . . . . . . . . . . . . . . . . 15 | 0 | 0 | 0 | 0 | 0 |
| 16 RENTS . . . . . . . . . . . . . . . . . . . 16 | 1,848,417 | 0 | 1,848,417 | 1,848,417 | 0 |
| 17 TAXES . . . . . . . . . . . . . . . . . . . 17 | 379,894 | 0 | 379,894 | 379,894 | 0 |
| 18 INTEREST. . . . . . . . . . . . . . . . . . 18 | 1,916 | 0 | 1,916 | 1,916 | 0 |
| 19 CONTRIBUTIONS (SEE INSTRUCTIONS). . . . . . . 19 | 0 | 0 | 0 | 0 | 0 |
| 20 DEPRECIATION FROM FORM 4562 NOT CLAIMED ON FORM 1125-A OR ELSEWHERE. . . . . . . . . . 20 | 217,820 | 0 | 217,820 | 217,820 | 0 |
| 21 DEPLETION . . . . . . . . . . . . . . . . . 21 | 0 | 0 | 0 | 0 | 0 |
| 22 ADVERTISING . . . . . . . . . . . . . . . . 22 | 0 | 0 | 0 | 0 | 0 |
| 23 PENSION, PROFIT SHARING, ETC. PLANS . . . . . 23 | 0 | 0 | 0 | 0 | 0 |
| 24 EMPLOYEE BENEFIT PROGRAMS . . . . . . . . . 24 | 148,147 | 0 | 148,147 | 148,147 | 0 |
| 25 RESERVED | 0 | 0 | 0 | 0 | 0 |
| 26 OTHER DEDUCTIONS. . . . . . . . . . . . . . 26 | 5,293,337 | 0 | 5,293,337 | 5,293,337 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| 27 TOTAL DEDUCTIONS (LINES 12 THROUGH 26). . . . 27 | 9,561,064 | 0 | 9,561,064 | 9,561,064 | 0 |
| 28 TAXABLE INCOME BEFORE NOL & SPECIAL DEDUCT. . 28 | (5,748,580) | 0 | (5,748,580) | (5,748,580) | 0 |
| 29 LESS: A. NET OPERATING LOSS DEDUCTION . . . .29A | 0 | 0 | 0 | 0 | 0 |
|         B. SPECIAL DEDUCTIONS (SCHEDULE C). . .29B | 0 | 0 | 0 | 0 | 0 |
|         C. TOTAL. . . . . . . . . . . . . . . .29C | 0 | 0 | 0 | 0 | 0 |
| 30 TAXABLE INCOME (LINE 28 LESS 29C) . . . . . . 30 | (5,748,580) | 0 | (5,748,580) | (5,748,580) | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| | | | | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**\*   SCHEDULE L – BALANCE SHEET, BEGINNING OF YEAR   \***
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| ASSETS | | | | | |
| 1 CASH. . . . . . . . . . . . . . . . . . . . | 18,685,367 | 0 | 18,685,367 | 18,685,367 | 0 |
| 2 (A) TRADE NOTES AND ACCOUNTS RECEIVABLE . . . . . . | 805,510 | 0 | 805,510 | 805,510 | 0 |
| (B) LESS ALLOWANCE FOR BAD DEBTS . . . . . . . . | 397,412 | 0 | 397,412 | 397,412 | 0 |
| NET TRADE RECEIVABLES. . . . . . . . . . . . | 408,098 | 0 | 408,098 | 408,098 | 0 |
| 3 INVENTORIES . . . . . . . . . . . . . . . . | 60,685 | 0 | 60,685 | 60,685 | 0 |
| 4 U.S. GOVERNMENT OBLIGATIONS . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 5 TAX-EXEMPT SECURITIES (SEE INSTRUCTIONS). . . . . | 0 | 0 | 0 | 0 | 0 |
| 6 OTHER CURRENT ASSETS (ATTACH SCHEDULE). . . . . . | 2,610,753 | 0 | 2,610,753 | 2,610,753 | 0 |
| 7 LOANS TO STOCKHOLDERS . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 8 MORTGAGE & REAL ESTATE LOANS. . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 9 OTHER INVESTMENTS (ATTACH SCHEDULE) . . . . . . . | 339,365 | 0 | 339,365 | 339,365 | 0 |
| 10 (A) BUILDINGS AND OTHER DEPRECIABLE ASSETS. . . . . | 460,287 | 0 | 460,287 | 460,287 | 0 |
| (B) LESS ACCUMULATED DEPRECIATION. . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| NET DEPRECIABLE ASSETS . . . . . . . . . . . | 460,287 | 0 | 460,287 | 460,287 | 0 |
| 11 (A) DEPLETABLE ASSETS. . . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| (B) LESS ACCUMULATED DEPLETION . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| NET DEPLETABLE ASSETS. . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 12 LAND (NET OF ANY AMORTIZATION). . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 13 (A) INTANGIBLE ASSETS (AMORTIZABLE ONLY). . . . . | 0 | 0 | 0 | 0 | 0 |
| (B) LESS ACCUMULATED AMORTIZATION. . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| NET INTANGIBLE ASSETS. . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 14 OTHER ASSETS (ATTACH SCHEDULE). . . . . . . . . | 5,576,792 | 0 | 5,576,792 | 5,576,792 | 0 |
| 15 TOTAL ASSETS. . . . . . . . . . . . . . . . . | 28,141,347 | 0 | 28,141,347 | 28,141,347 | 0 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | | | | |
| 16 ACCOUNTS PAYABLE. . . . . . . . . . . . . . . | 1,364,434 | 0 | 1,364,434 | 1,364,434 | 0 |
| 17 MORTGAGES, NOTES, BONDS PAYABLE UNDER 1 YEAR. . . | 0 | 0 | 0 | 0 | 0 |
| 18 OTHER CURRENT LIABILITIES (ATTACH SCHEDULE) . . . | 826,323 | 0 | 826,323 | 826,323 | 0 |
| 19 LOANS FROM STOCKHOLDERS . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 20 MORTGAGES, NOTES, BONDS PAYABLE OVER 1 YEAR . . . | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| 21 OTHER LIABILITIES (ATTACH SCHEDULE) . . . . . . | 4,748,872 | 0 | 4,748,872 | 4,748,872 | 0 |
| 22 CAPITAL STOCK: A PREFERRED. . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| B COMMON . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| TOTAL CAPITAL STOCK. . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 23 PAID-IN OR CAPITAL SURPLUS. . . . . . . . . . . | 98,843,551 | 0 | 98,843,551 | 98,843,551 | 0 |
| 24 RETAINED EARNINGS-APPROPRIATED (ATTACH SCHEDULE). | 0 | 0 | 0 | 0 | 0 |
| 25 RETAINED EARNINGS-UNAPPROPRIATED. . . . . . . . | (77,641,832) | 0 | (77,641,832) | (77,641,832) | 0 |
| 26 ADJUSTMENTS TO SHAREHOLDERS' EQUITY (ATTACH SCH). | 0 | 0 | 0 | 0 | 0 |
| 27 LESS COST OF TREASURY STOCK . . . . . . . . . . | 1 | 0 | 1 | 1 | 0 |
| 28 TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY. . . . | 28,141,347 | 0 | 28,141,347 | 28,141,347 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*      SCHEDULE L - BALANCE SHEET, END OF YEAR      \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| ASSETS | CONSOL | Elimination | Subtotal | HISTOGEN | THERAPEUTICS |
|---|---|---|---|---|---|
| 1 CASH. . . . . . . . . . . . . . . . . . . . . . . | 12,509,060 | 0 | 12,509,060 | 12,509,060 | 0 |
| 2(A) TRADE NOTES AND ACCOUNTS RECEIVABLE . . . . . | 782,355 | 0 | 782,355 | 782,355 | 0 |
| (B) LESS ALLOWANCE FOR BAD DEBTS . . . . . . . . | 397,412 | 0 | 397,412 | 397,412 | 0 |
| NET TRADE RECEIVABLES. . . . . . . . . . . . . | 384,943 | 0 | 384,943 | 384,943 | 0 |
| 3 INVENTORIES . . . . . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 4 U.S. GOVERNMENT OBLIGATIONS . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 5 TAX-EXEMPT SECURITIES (SEE INSTRUCTIONS). . . . . | 0 | 0 | 0 | 0 | 0 |
| 6 OTHER CURRENT ASSETS (ATTACH SCHEDULE). . . . . . | 1,291,190 | 0 | 1,291,190 | 1,291,190 | 0 |
| 7 LOANS TO STOCKHOLDERS . . . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 8 MORTGAGE & REAL ESTATE LOANS. . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 9 OTHER INVESTMENTS (ATTACH SCHEDULE) . . . . . . . | 339,365 | 0 | 339,365 | 339,365 | 0 |
| 10(A) BUILDINGS AND OTHER DEPRECIABLE ASSETS . . . . | 1,209,506 | 0 | 1,209,506 | 1,209,506 | 0 |
| (B) LESS ACCUMULATED DEPRECIATION. . . . . . . . | 774,007 | 0 | 774,007 | 774,007 | 0 |
| NET DEPRECIABLE ASSETS . . . . . . . . . . . | 435,499 | 0 | 435,499 | 435,499 | 0 |
| 11(A) DEPLETABLE ASSETS . . . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| (B) LESS ACCUMULATED DEPLETION . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| NET DEPLETABLE ASSETS. . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 12 LAND (NET OF ANY AMORTIZATION). . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 13(A) INTANGIBLE ASSETS (AMORTIZABLE ONLY) . . . . . | 0 | 0 | 0 | 0 | 0 |
| (B) LESS ACCUMULATED AMORTIZATION. . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| NET INTANGIBLE ASSETS. . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 14 OTHER ASSETS (ATTACH SCHEDULE). . . . . . . . . | 5,180,887 | 0 | 5,180,887 | 5,180,887 | 0 |
| 15 TOTAL ASSETS. . . . . . . . . . . . . . . . . | 20,140,944 | 0 | 20,140,944 | 20,140,944 | 0 |
| LIABILITIES AND STOCKHOLDERS' EQUITY | | | | | |
| 16 ACCOUNTS PAYABLE. . . . . . . . . . . . . . . | 359,118 | 0 | 359,118 | 359,118 | 0 |
| 17 MORTGAGES, NOTES, BONDS PAYABLE UNDER 1 YEAR. . . | 0 | 0 | 0 | 0 | 0 |
| 18 OTHER CURRENT LIABILITIES (ATTACH SCHEDULE) . . . | 833,341 | 0 | 833,341 | 833,341 | 0 |
| 19 LOANS FROM STOCKHOLDERS . . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 20 MORTGAGES, NOTES, BONDS PAYABLE OVER 1 YEAR . . . | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| 21 OTHER LIABILITIES (ATTACH SCHEDULE) . . . . . . | 4,483,119 | 0 | 4,483,119 | 4,483,119 | 0 |
| 22 CAPITAL STOCK: A PREFERRED. . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
|                B COMMON . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
|        TOTAL CAPITAL STOCK. . . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 23 PAID-IN OR CAPITAL SURPLUS. . . . . . . . . . . | 102,678,458 | 0 | 102,678,458 | 102,678,458 | 0 |
| 24 RETAINED EARNINGS-APPROPRIATED (ATTACH SCHEDULE). | 0 | 0 | 0 | 0 | 0 |
| 25 RETAINED EARNINGS-UNAPPROPRIATED. . . . . . . . | (88,213,091) | 0 | (88,213,091) | (88,213,091) | 0 |
| 26 ADJUSTMENTS TO SHAREHOLDERS' EQUITY (ATTACH SCH). | 0 | 0 | 0 | 0 | 0 |
| 27 LESS COST OF TREASURY STOCK . . . . . . . . . . | 1 | 0 | 1 | 1 | 0 |
| 28 TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY. . . . | 20,140,944 | 0 | 20,140,944 | 20,140,944 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | | | | | |
| **\*                        SCHEDULE M-2                        \*** | | | | | |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | | | | | |
| 1 BALANCE AT BEGINNING OF YEAR. . . . . . . . . . | (77,641,832) | 0 | (77,641,832) | (77,641,832) | 0 |
| 2 NET INCOME PER BOOKS. . . . . . . . . . . . . . | (10,571,259) | 0 | (10,571,259) | (10,571,259) | 0 |
| 3 OTHER INCREASES . . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 4 TOTAL OF LINES 1, 2, AND 3. . . . . . . . . . . | (88,213,091) | 0 | (88,213,091) | (88,213,091) | |
| 5 DISTRIBUTIONS: A CASH . . . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
|             B STOCK. . . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
|             C PROPERTY . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 6 OTHER DECREASES . . . . . . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 7 TOTAL OF LINES 5 AND 6. . . . . . . . . . . . . | 0 | 0 | 0 | 0 | 0 |
| 8 BALANCE AT END OF YEAR (LINE 4 LESS LINE 7) . . . | (88,213,091) | 0 | (88,213,091) | (88,213,091) | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| | ************************************************** | | | | |
| | *      **FORM 1125-A - COST OF GOODS SOLD**      * | | | | |
| | ************************************************** | | | | |
| 1 INVENTORY AT BEGINNING OF YEAR. . . . . . . 1 | 60,685 | 0 | 60,685 | 60,685 | 0 |
| 2 PURCHASES . . . . . . . . . . . . . . . . . 2 | (60,685) | 0 | (60,685) | (60,685) | 0 |
| 3 COST OF LABOR . . . . . . . . . . . . . . . 3 | 0 | 0 | 0 | 0 | 0 |
| 4 ADDITIONAL SECTION 263A COSTS (ATTACH SCH). . 4 | 0 | 0 | 0 | 0 | 0 |
| 5 OTHER COSTS (ATTACH SCHEDULE) . . . . . . . 5 | 0 | 0 | 0 | 0 | 0 |
| 6 TOTAL - ADD LINES 1 THROUGH 5 . . . . . . . 6 | 0 | 0 | 0 | 0 | 0 |
| 7 INVENTORY AT END OF YEAR. . . . . . . . . . 7 | 0 | 0 | 0 | 0 | 0 |
| 8 COST OF GOODS SOLD (ENTER ON LINE 2, PAGE 1). 8 | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|

```
*****************************************************
*                   SCHEDULE M-3                     *
*****************************************************
```

PART I  FINANCIAL INFO AND NET INCOME (LOSS) RECON

| | | |
|---|---|---|
| 4A WORLDWIDE CONSOL NET INC IDENTIFIED IN PT 1 LN 1 | (10,645,277) | |
| 5A NET INCOME FROM NONINCLUDIBLE FOREIGN ENTITIES | 0 | |
| B NET LOSS FROM NONINCLUDIBLE FOREIGN ENTITIES | 0 | |
| 6A NET INCOME FROM NONINCLUDIBLE U.S. ENTITIES | 0 | |
| B NET LOSS FROM NONINCLUDIBLE U.S. ENTITIES | 74,018 | |
| 7A NET INC(LOSS) OF OTHER INCL FRGN DISREGARDED ENT | 0 | |
| B NET INC(LOSS) OF OTHER INCL U.S. DISREGARDED ENT | 0 | |
| C NET INC(LOSS) OF OTHER INCLUDIBLE ENTITIES | 0 | |
| 8 ADJ TO ELIM TRANS BTWN INCLDBL & NONINCLDBL ENT | 0 | |
| 9 ADJ TO RECON INCOME STMT YR TO TAX YR OF TAX RTN | 0 | |
| 10A INTERCOMPANY DIV ADJ TO RECONCILE TO LINE 11 | 0 | |
| B OTHER STATUTORY ACCOUNTING ADJ TO RECON TO LN 11 | 0 | |
| C OTHER ADJ TO RECONCILE TO AMOUNT ON LINE 11 | 0 | |
| 11 NET INCOME PER INCOME STMT OF INCLUDIBLE CORPS | (10,571,259) | |

| 12 TOTAL ASSETS & LIAB INCLUDED OR REMOVED ON FOLLOWING LINES: | CONSOL | Elimination | Subtotal | HISTOGEN | THERAPEUTICS |
|---|---|---|---|---|---|
| A INCLUDED ON PART I LINE 4 - TOTAL ASSETS | 20,140,944 | 0 | 0 | 0 | 0 |
| A INCLUDED ON PART I LINE 4 - TOTAL LIABILITIES | 6,823,747 | 0 | 0 | 0 | 0 |
| B REMOVED ON PART I LINE 5 - TOTAL ASSETS | 0 | 0 | 0 | 0 | 0 |
| B REMOVED ON PART I LINE 5 - TOTAL LIABILITIES | 0 | 0 | 0 | 0 | 0 |
| C REMOVED ON PART I LINE 6 - TOTAL ASSETS | 0 | 0 | 0 | 0 | 0 |
| C REMOVED ON PART I LINE 6 - TOTAL LIABILITIES | 1,148,169 | 0 | 0 | 0 | 0 |
| D INCLUDED ON PART I LINE 7 - TOTAL ASSETS | 0 | 0 | 0 | 0 | 0 |
| D INCLUDED ON PART I LINE 7 - TOTAL LIABILITIES | 0 | 0 | 0 | 0 | 0 |

PART II RECON OF NET INCOME (LOSS) PER INCOME STMT

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|---|
| | OF INCLUDIBLE CORPS WITH TAXABLE INC PER RTN | | | | | |
| | **COL A - INCOME (LOSS) PER INCOME STATEMENT** | | | | | |
| 1 | INCOME (LOSS) FROM EQUITY METHOD FGN CORPS | 0 | 0 | 0 | 0 | 0 |
| 2 | GROSS FGN DIVIDENDS NOT PREVIOUS TAXED | 0 | 0 | 0 | 0 | 0 |
| 5 | GROSS FGN DISTRIBUTIONS PREVIOUSLY TAXED | 0 | 0 | 0 | 0 | 0 |
| 6 | INCOME (LOSS) FROM EQUITY METHOD U.S. CORPS | 0 | 0 | 0 | 0 | 0 |
| 7 | U.S. DIVIDENDS NOT ELIMINATED IN TAX CONSOL | 0 | 0 | 0 | 0 | 0 |
| 8 | MINORITY INTEREST FOR INCLUDIBLE CORPS | 0 | 0 | 0 | 0 | 0 |
| 9 | INCOME (LOSS) FROM U.S. PARTNERSHIPS | 0 | 0 | 0 | 0 | 0 |
| 10 | INCOME (LOSS) FROM FGN PARTNERSHIPS | 0 | 0 | 0 | 0 | 0 |
| 11 | INCOME (LOSS) FROM OTHER PASS-THRU ENTITIES | 0 | 0 | 0 | 0 | 0 |
| 12 | ITEMS RELATING TO REPORTABLE TRANSACTIONS | 0 | 0 | 0 | 0 | 0 |
| 13 | INTEREST INCOME | 43,080 | 0 | 43,080 | 43,080 | 0 |
| 14 | TOTAL ACCRUAL TO CASH ADJUSTMENT | 0 | 0 | 0 | 0 | 0 |
| 15 | HEDGING TRANSACTIONS | 0 | 0 | 0 | 0 | 0 |
| 16 | MARK-TO-MARKET INCOME (LOSS) | 0 | 0 | 0 | 0 | 0 |
| 17 | COST OF GOODS SOLD | 0 | 0 | 0 | 0 | 0 |
| 18 | SALES VERSUS LEASE | 0 | 0 | 0 | 0 | 0 |
| 20 | UNEARNED/DEFERRED REVENUE | 0 | 0 | 0 | 0 | 0 |
| 21 | INCOME RECOGNITION FROM LONG-TERM CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| 22 | ORIGINAL ISSUE DISCOUNT AND OTHER IMPUTED INT | 0 | 0 | 0 | 0 | 0 |
| 23A | INCOME STMT GAIN/LOSS ON SALES OTHER THAN | | | | | |
| | INVENTORY AND FLOW THRU ENTITIES | 0 | 0 | 0 | 0 | 0 |
| 25 | OTHER INCOME (LOSS) ITEMS WITH DIFFERENCES | 0 | 0 | 0 | 0 | 0 |
| 26 | TOTAL INCOME (LOSS) ITEMS.  COMBINE LNS 1 TO 25 | 43,080 | 0 | 43,080 | 43,080 | 0 |
| 27 | TOTAL EXPENSE/DEDUCTION ITEM FROM PT III, LN 38 | (10,364,712) | 0 | (10,364,712) | (10,364,712) | 0 |
| 28 | OTHER INC (LOSS) EXP (DED) ITEMS WITH NO DIFF | (249,627) | 0 | (249,627) | (249,627) | 0 |
| 29A | 1120 SUBGROUP RECON TOTALS. ADD LINES 26 THRU 28 | (10,571,259) | 0 | (10,571,259) | (10,571,259) | 0 |
| 30 | RECONCILIATION TOTALS.  ADD LINES 29A THRU 29C | (10,571,259) | 0 | (10,571,259) | (10,571,259) | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| **COL B - TEMPORARY DIFFERENCE** | | | | | |
| 1  INCOME (LOSS) FROM EQUITY METHOD FGN CORPS | 0 | 0 | 0 | 0 | 0 |
| 2  GROSS FGN DIVIDENDS NOT PREVIOUS TAXED | 0 | 0 | 0 | 0 | 0 |
| 3  SUBPART F, QEF AND SIMILAR INCOME INCLUSIONS | 0 | 0 | 0 | 0 | 0 |
| 4  GROSS-UP FOR FOREIGN TAXES DEEMED PAID | 0 | 0 | 0 | 0 | 0 |
| 5  GROSS FGN DISTRIBUTIONS PREVIOUSLY TAXED | 0 | 0 | 0 | 0 | 0 |
| 6  INCOME (LOSS) FROM EQUITY METHOD U.S. CORPS | 0 | 0 | 0 | 0 | 0 |
| 7  U.S. DIVIDENDS NOT ELIMINATED IN TAX CONSOL | 0 | 0 | 0 | 0 | 0 |
| 8  MINORITY INTEREST FOR INCLUDIBLE CORPS | 0 | 0 | 0 | 0 | 0 |
| 9  INCOME (LOSS) FROM U.S. PARTNERSHIPS | 0 | 0 | 0 | 0 | 0 |
| 10  INCOME (LOSS) FROM FGN PARTNERSHIPS | 0 | 0 | 0 | 0 | 0 |
| 11  INCOME (LOSS) FROM OTHER PASS-THRU ENTITIES | 0 | 0 | 0 | 0 | 0 |
| 12  ITEMS RELATING TO REPORTABLE TRANSACTIONS | 0 | 0 | 0 | 0 | 0 |
| 13  INTEREST INCOME | 0 | 0 | 0 | 0 | 0 |
| 14  TOTAL ACCRUAL TO CASH ADJUSTMENT | 0 | 0 | 0 | 0 | 0 |
| 15  HEDGING TRANSACTIONS | 0 | 0 | 0 | 0 | 0 |
| 16  MARK-TO-MARKET INCOME (LOSS) | 0 | 0 | 0 | 0 | 0 |
| 17  COST OF GOODS SOLD | 0 | 0 | 0 | 0 | 0 |
| 18  SALES VERSUS LEASE | 0 | 0 | 0 | 0 | 0 |
| 19  SECTION 481(A) ADJUSTMENTS | 0 | 0 | 0 | 0 | 0 |
| 20  UNEARNED/DEFERRED REVENUE | 0 | 0 | 0 | 0 | 0 |
| 21  INCOME RECOGNITION FROM LONG-TERM CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| 22  ORIGINAL ISSUE DISCOUNT AND OTHER IMPUTED INT | 0 | 0 | 0 | 0 | 0 |
| 23A INCOME STMT GAIN/LOSS ON SALES OTHER THAN | | | | | |
|     INVENTORY AND FLOW THRU ENTITIES | 0 | 0 | 0 | 0 | 0 |
| B GROSS CAP GAIN FROM SCH D EXCLUDING FLOW THRU | 0 | 0 | 0 | 0 | 0 |
| C GROSS CAP LOSS FROM SCH D EXCLUDING FLOW THRU | 0 | 0 | 0 | 0 | 0 |
| D GAIN/LOSS REPORTED ON FORM 4797 LINE 17, | | | | | |
|     EXCL FLOW THRU, ABNDNMT LOSSES & WORTHLESS STK | 0 | 0 | 0 | 0 | 0 |
| E ABANDONMENT LOSSES | 0 | 0 | 0 | 0 | 0 |
| F WORTHLESS STOCK LOSSES | 0 | 0 | 0 | 0 | 0 |
| G OTHER GAIN/LOSS ON DISPOSITION OF ASSETS OTHER | | | | | |
|     THAN INVENTORY | 0 | 0 | 0 | 0 | 0 |
| 24  CAPITAL LOSS LIMITATION AND CARRYFORWARD USED | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| 25  OTHER INCOME (LOSS) ITEMS WITH DIFFERENCES | 0 | 0 | 0 | 0 | 0 |
| 26  TOTAL INCOME (LOSS) ITEMS.  COMBINE LNS 1 TO 25 | 0 | 0 | 0 | 0 | 0 |
| 27  TOTAL EXPENSE/DEDUCTION ITEM FROM PT III, LN 38 | 4,601,408 | 0 | 4,601,408 | 4,601,408 | 0 |
| 29A 1120 SUBGROUP RECON TOTALS. ADD LINES 26 THRU 28 | 4,601,408 | 0 | 4,601,408 | 4,601,408 | 0 |
| 30  RECONCILIATION TOTALS.  ADD LINES 29A THRU 29C | 4,601,408 | 0 | 4,601,408 | 4,601,408 | 0 |
| | | | | | |
| COL C - PERMANENT DIFFERENCE | | | | | |
| 1  INCOME (LOSS) FROM EQUITY METHOD FGN CORPS | 0 | 0 | 0 | 0 | 0 |
| 2  GROSS FGN DIVIDENDS NOT PREVIOUS TAXED | 0 | 0 | 0 | 0 | 0 |
| 3  SUBPART F, QEF AND SIMILAR INCOME INCLUSIONS | 0 | 0 | 0 | 0 | 0 |
| 4  GROSS-UP FOR FOREIGN TAXES DEEMED PAID | 0 | 0 | 0 | 0 | 0 |
| 5  GROSS FGN DISTRIBUTIONS PREVIOUSLY TAXED | 0 | 0 | 0 | 0 | 0 |
| 6  INCOME (LOSS) FROM EQUITY METHOD U.S. CORPS | 0 | 0 | 0 | 0 | 0 |
| 7  U.S. DIVIDENDS NOT ELIMINATED IN TAX CONSOL | 0 | 0 | 0 | 0 | 0 |
| 8  MINORITY INTEREST FOR INCLUDIBLE CORPS | 0 | 0 | 0 | 0 | 0 |
| 9  INCOME (LOSS) FROM U.S. PARTNERSHIPS | 0 | 0 | 0 | 0 | 0 |
| 10  INCOME (LOSS) FROM FGN PARTNERSHIPS | 0 | 0 | 0 | 0 | 0 |
| 11  INCOME (LOSS) FROM OTHER PASS-THRU ENTITIES | 0 | 0 | 0 | 0 | 0 |
| 12  ITEMS RELATING TO REPORTABLE TRANSACTIONS | 0 | 0 | 0 | 0 | 0 |
| 13  INTEREST INCOME | 0 | 0 | 0 | 0 | 0 |
| 14  TOTAL ACCRUAL TO CASH ADJUSTMENT | 0 | 0 | 0 | 0 | 0 |
| 15  HEDGING TRANSACTIONS | 0 | 0 | 0 | 0 | 0 |
| 16  MARK-TO-MARKET INCOME (LOSS) | 0 | 0 | 0 | 0 | 0 |
| 17  COST OF GOODS SOLD | 0 | 0 | 0 | 0 | 0 |
| 18  SALES VERSUS LEASE | 0 | 0 | 0 | 0 | 0 |
| 19  SECTION 481(A) ADJUSTMENTS | 0 | 0 | 0 | 0 | 0 |
| 20  UNEARNED/DEFERRED REVENUE | 0 | 0 | 0 | 0 | 0 |
| 21  INCOME RECOGNITION FROM LONG-TERM CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| 22  ORIGINAL ISSUE DISCOUNT AND OTHER IMPUTED INT | 0 | 0 | 0 | 0 | 0 |
| 23A INCOME STMT GAIN/LOSS ON SALES OTHER THAN | | | | | |
|      INVENTORY AND FLOW THRU ENTITIES | 0 | 0 | 0 | 0 | 0 |
|    B GROSS CAP GAIN FROM SCH D EXCLUDING FLOW THRU | 0 | 0 | 0 | 0 | 0 |
|    C GROSS CAP LOSS FROM SCH D EXCLUDING FLOW THRU | 0 | 0 | 0 | 0 | 0 |
|    D GAIN/LOSS REPORTED ON FORM 4797, LINE 17 | | | | | |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| EXCL FLOW THRU, ABNDNMT LOSSES & WORTHLESS STK | 0 | 0 | 0 | 0 | 0 |
| E ABANDONMENT LOSSES | 0 | 0 | 0 | 0 | 0 |
| F WORTHLESS STOCK LOSSES | 0 | 0 | 0 | 0 | 0 |
| G OTHER GAIN/LOSS ON DISPOSITION OF ASSETS OTHER | | | | | |
| THAN INVENTORY | 0 | 0 | 0 | 0 | 0 |
| 24 CAPITAL LOSS LIMITATION AND CARRYFORWARD USED | 0 | 0 | 0 | 0 | 0 |
| 25 OTHER INCOME (LOSS) ITEMS WITH DIFFERENCES | 0 | 0 | 0 | 0 | 0 |
| 26 TOTAL INCOME (LOSS) ITEMS.  COMBINE LNS 1 TO 25 | 0 | 0 | 0 | 0 | 0 |
| 27 TOTAL EXPENSE/DEDUCTION ITEM FROM PT III, LN 38 | 221,271 | 0 | 221,271 | 221,271 | 0 |
| 29A 1120 SUBGROUP RECON TOTAL. ADD LINES 26 THRU 28 | 221,271 | 0 | 221,271 | 221,271 | 0 |
| 30 RECONCILIATION TOTALS.  ADD LINES 29A THRU 29C | 221,271 | 0 | 221,271 | 221,271 | 0 |
| | | | | | |
| COL D - INCOME (LOSS) PER TAX RETURN | 0 | 0 | 0 | 0 | 0 |
| 2 GROSS FGN DIVIDENDS NOT PREVIOUS TAXED | 0 | 0 | 0 | 0 | 0 |
| 3 SUBPART F, QEF AND SIMILAR INCOME INCLUSIONS | 0 | 0 | 0 | 0 | 0 |
| 4 GROSS-UP FOR FOREIGN TAXES DEEMED PAID | 0 | 0 | 0 | 0 | 0 |
| 7 U.S. DIVIDENDS NOT ELIMINATED IN TAX CONSOL | 0 | 0 | 0 | 0 | 0 |
| 9 INCOME (LOSS) FROM U.S. PARTNERSHIPS | 0 | 0 | 0 | 0 | 0 |
| 10 INCOME (LOSS) FROM FGN PARTNERSHIPS | 0 | 0 | 0 | 0 | 0 |
| 11 INCOME (LOSS) FROM OTHER PASS-THRU ENTITIES | 0 | 0 | 0 | 0 | 0 |
| 12 ITEMS RELATING TO REPORTABLE TRANSACTIONS | 0 | 0 | 0 | 0 | 0 |
| 13 INTEREST INCOME | 43,080 | 0 | 43,080 | 43,080 | 0 |
| 14 TOTAL ACCRUAL TO CASH ADJUSTMENT | 0 | 0 | 0 | 0 | 0 |
| 15 HEDGING TRANSACTIONS | 0 | 0 | 0 | 0 | 0 |
| 16 MARK-TO-MARKET INCOME (LOSS) | 0 | 0 | 0 | 0 | 0 |
| 17 COST OF GOODS SOLD | 0 | 0 | 0 | 0 | 0 |
| 18 SALES VERSUS LEASE | 0 | 0 | 0 | 0 | 0 |
| 19 SECTION 481(A) ADJUSTMENTS | 0 | 0 | 0 | 0 | 0 |
| 20 UNEARNED/DEFERRED REVENUE | 0 | 0 | 0 | 0 | 0 |
| 21 INCOME RECOGNITION FROM LONG-TERM CONTRACTS | 0 | 0 | 0 | 0 | 0 |
| 22 ORIGINAL ISSUE DISCOUNT AND OTHER IMPUTED INT | 0 | 0 | 0 | 0 | 0 |
| 23B GROSS CAP GAIN FROM SCH D EXCLUDING FLOW THRU | 0 | 0 | 0 | 0 | 0 |
| C GROSS CAP LOSS FROM SCH D EXCLUDING FLOW THRU | 0 | 0 | 0 | 0 | 0 |
| D GAIN/LOSS REPORTED ON FORM 4797, LINE 17 | | | | | |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| EXCL FLOW THRU, ABNDNMT LOSSES & WORTHLESS STK | 0 | 0 | 0 | 0 | 0 |
| E ABANDONMENT LOSSES | 0 | 0 | 0 | 0 | 0 |
| F WORTHLESS STOCK LOSSES | 0 | 0 | 0 | 0 | 0 |
| G OTHER GAIN/LOSS ON DISPOSITION OF ASSETS OTHER | | | | | |
| THAN INVENTORY | 0 | 0 | 0 | 0 | 0 |
| 24 CAPITAL LOSS LIMITATION AND CARRYFORWARD USED | 0 | 0 | 0 | 0 | 0 |
| 25 OTHER INCOME (LOSS) ITEMS WITH DIFFERENCES | 0 | 0 | 0 | 0 | 0 |
| 26 TOTAL INCOME (LOSS) ITEMS.  COMBINE LNS 1 TO 25 | 43,080 | 0 | 43,080 | 43,080 | 0 |
| 27 TOTAL EXPENSE/DEDUCTION ITEM FROM PT III, LN 38 | (5,542,033) | 0 | (5,542,033) | (5,542,033) | 0 |
| 28 OTHER INC (LOSS) EXP (DED) ITEMS WITH NO DIFF | (249,627) | 0 | (249,627) | (249,627) | 0 |
| 29A 1120 SUBGROUP RECON TOTALS. ADD LINES 26 THRU 28 | (5,748,580) | 0 | (5,748,580) | (5,748,580) | 0 |
| 30 RECONCILIATION TOTALS.  ADD LINES 29A THRU 29C | (5,748,580) | 0 | (5,748,580) | (5,748,580) | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| PART III RECON OF NET INCOME (LOSS) PER INCOME STMT | | | | | |
|     OF INCLUDIBLE CORPS WITH TAXABLE INC PER RTN | | | | | |
|       - EXPENSE/DEDUCTION ITEMS | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| COL A - EXPENSE PER INCOME STATEMENT | | | | | |
| 1  U.S. CURRENT INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 2  U.S. DEFERRED INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 3  STATE AND LOCAL CURRENT INCOME TAX EXPENSE | 1,600 | 0 | 1,600 | 1,600 | 0 |
| 4  STATE AND LOCAL DEFERRED INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 5  FOREIGN CURRENT INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 6  FOREIGN DEFERRED INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 7  FOREIGN WITHHOLDING TAXES | 0 | 0 | 0 | 0 | 0 |
| 8  INTEREST EXPENSE | 1,916 | 0 | 1,916 | 1,916 | 0 |
| 9  STOCK OPTION EXPENSE | 502,766 | 0 | 502,766 | 502,766 | 0 |
| 10 OTHER EQUITY-BASED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| 11 MEALS AND ENTERTAINMENT | 6,944 | 0 | 6,944 | 6,944 | 0 |
| 12 FINES AND PENALTIES | 0 | 0 | 0 | 0 | 0 |
| 13 JUDGMENTS, DAMAGES, AWARDS AND SIMILAR COSTS | 0 | 0 | 0 | 0 | 0 |
| 14 EXCESS PARACHUTE PAYMENTS | 0 | 0 | 0 | 0 | 0 |
| 15 EXCESS SECTION 162(M) COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| 16 PENSION AND PROFIT SHARING | 0 | 0 | 0 | 0 | 0 |
| 17 OTHER POST-RETIREMENT BENEFITS | 0 | 0 | 0 | 0 | 0 |
| 18 DEFERRED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| 19 CHARITABLE CONTRIBUTION OF CASH AND TANG PROP | 0 | 0 | 0 | 0 | 0 |
| 20 CHARITABLE CONTRIBUTION OF INTANGIBLE PROPERTY | 0 | 0 | 0 | 0 | 0 |
| 23 CURR YR ACQUISITION OR REORG INVEST BANKING FEES | 0 | 0 | 0 | 0 | 0 |
| 24 CURR YR ACQUISITION OR REORG LEGAL & ACCTNG FEES | 0 | 0 | 0 | 0 | 0 |
| 25 CURR YR ACQUISITION/REORG OTHER COSTS | 0 | 0 | 0 | 0 | 0 |
| 26 AMORTIZATION/IMPAIRMENT OF GOODWILL | 0 | 0 | 0 | 0 | 0 |
| 27 AMORT OF ACQUISITION, REORG AND START-UP COSTS | 0 | 0 | 0 | 0 | 0 |
| 28 OTHER AMORTIZATION OR IMPAIRMENT WRITE-OFFS | 0 | 0 | 0 | 0 | 0 |
| 29 RESERVE | 0 | 0 | 0 | 0 | 0 |
| 30 DEPLETION | 0 | 0 | 0 | 0 | 0 |
| 31 DEPRECIATION | 139,507 | 0 | 139,507 | 139,507 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | | CONSOL<br>20-3183915 | Elimination | Subtotal | HISTOGEN<br>20-3183915 | THERAPEUTICS<br>26-0461023 |
|---|---|---|---|---|---|---|
| 32 | BAD DEBT EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 33 | CORPORATE OWNED LIFE INSURANCE PREMIUMS | 0 | 0 | 0 | 0 | 0 |
| 34 | PURCHASE VERSUS LEASE | 0 | 0 | 0 | 0 | 0 |
| 35 | RESEARCH AND DEVELOPMENT COSTS | 1,428,797 | 0 | 1,428,797 | 1,428,797 | 0 |
| 36 | SECTION 118 EXCLUSION | 0 | 0 | 0 | 0 | 0 |
| 37 | FDIC PREMIUMS PAID BY LARGE FIN INSTITUTIONS | 0 | 0 | 0 | 0 | 0 |
| 38 | OTHER EXPENSE/DEDUCTION ITEMS WITH DIFFERENCES | 8,283,182 | 0 | 8,283,182 | 8,283,182 | 0 |
| 39 | TOTAL EXPENSE/DEDUCTION ITEMS (ADD LNS 1 TO 38) | 10,364,712 | 0 | 10,364,712 | 10,364,712 | 0 |
| | | | | | | |
| COL B - TEMPORARY DIFFERENCE | | | | | | |
| 1 | U.S. CURRENT INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 2 | U.S. DEFERRED INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 3 | STATE AND LOCAL CURRENT INCOME TAX EXPENSE | 1,600 | 0 | 1,600 | 1,600 | 0 |
| 4 | STATE AND LOCAL DEFERRED INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 5 | FOREIGN CURRENT INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 6 | FOREIGN DEFERRED INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 7 | FOREIGN WITHHOLDING TAXES | 0 | 0 | 0 | 0 | 0 |
| 8 | INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 9 | STOCK OPTION EXPENSE | (283,095) | 0 | (283,095) | (283,095) | 0 |
| 10 | OTHER EQUITY-BASED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| 11 | MEALS AND ENTERTAINMENT | 0 | 0 | 0 | 0 | 0 |
| 12 | FINES AND PENALTIES | 0 | 0 | 0 | 0 | 0 |
| 13 | JUDGMENTS, DAMAGES, AWARDS AND SIMILAR COSTS | 0 | 0 | 0 | 0 | 0 |
| 14 | EXCESS PARACHUTE PAYMENTS | 0 | 0 | 0 | 0 | 0 |
| 15 | EXCESS SECTION 162(M) COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| 16 | PENSION AND PROFIT SHARING | 0 | 0 | 0 | 0 | 0 |
| 17 | OTHER POST-RETIREMENT BENEFITS | 0 | 0 | 0 | 0 | 0 |
| 18 | DEFERRED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| 19 | CHARITABLE CONTRIBUTION OF CASH AND TANG PROP | 0 | 0 | 0 | 0 | 0 |
| 20 | CHARITABLE CONTRIBUTION OF INTANGIBLE PROPERTY | 0 | 0 | 0 | 0 | 0 |
| 21 | CHARITABLE CONTRIBUTION LIMITATION/CARRYFORWARD | 0 | 0 | 0 | 0 | 0 |
| 22 | DOMESTIC PRODUCTION ACTIVITIES DEDUCTION | 0 | 0 | 0 | 0 | 0 |
| 23 | CURR YR ACQUISITION OR REORG INVEST BANKING FEES | 0 | 0 | 0 | 0 | 0 |
| 24 | CURR YR ACQUISITION OR REORG LEGAL & ACCTNG FEES | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|---|
| 25 | CURR YR ACQUISITION/REORG OTHER COSTS | 0 | 0 | 0 | 0 | 0 |
| 26 | AMORTIZATION/IMPAIRMENT OF GOODWILL | 0 | 0 | 0 | 0 | 0 |
| 27 | AMORT OF ACQUISITION, REORG AND START-UP COSTS | 0 | 0 | 0 | 0 | 0 |
| 28 | OTHER AMORTIZATION OR IMPAIRMENT WRITE-OFFS | 153,895 | 0 | 153,895 | 153,895 | 0 |
| 29 | RESERVE | 0 | 0 | 0 | 0 | 0 |
| 30 | DEPLETION | 0 | 0 | 0 | 0 | 0 |
| 31 | DEPRECIATION | 78,313 | 0 | 78,313 | 78,313 | 0 |
| 32 | BAD DEBT EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 33 | CORPORATE OWNED LIFE INSURANCE PREMIUMS | 0 | 0 | 0 | 0 | 0 |
| 34 | PURCHASE VERSUS LEASE | 0 | 0 | 0 | 0 | 0 |
| 35 | RESEARCH AND DEVELOPMENT COSTS | (878,506) | 0 | (878,506) | (878,506) | 0 |
| 36 | SECTION 118 EXCLUSION | 0 | 0 | 0 | 0 | 0 |
| 37 | FDIC PREMIUMS PAID BY LARGE FIN INSTITUTIONS | 0 | 0 | 0 | 0 | 0 |
| 38 | OTHER EXPENSE/DEDUCTION ITEMS WITH DIFFERENCES | (3,673,615) | 0 | (3,673,615) | (3,673,615) | 0 |
| 39 | TOTAL EXPENSE/DEDUCTION ITEMS (ADD LNS 1 TO 38) | (4,601,408) | 0 | (4,601,408) | (4,601,408) | 0 |
| | COL C - PERMANENT DIFFERENCE | | | | | |
| 1 | U.S. CURRENT INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 2 | U.S. DEFERRED INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 3 | STATE AND LOCAL CURRENT INCOME TAX EXPENSE | (1,600) | 0 | (1,600) | (1,600) | 0 |
| 4 | STATE AND LOCAL DEFERRED INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 5 | FOREIGN CURRENT INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 6 | FOREIGN DEFERRED INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 7 | FOREIGN WITHHOLDING TAXES | 0 | 0 | 0 | 0 | 0 |
| 8 | INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 9 | STOCK OPTION EXPENSE | (219,671) | 0 | (219,671) | (219,671) | 0 |
| 10 | OTHER EQUITY-BASED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| 11 | MEALS AND ENTERTAINMENT | 0 | 0 | 0 | 0 | 0 |
| 12 | FINES AND PENALTIES | 0 | 0 | 0 | 0 | 0 |
| 13 | JUDGMENTS, DAMAGES, AWARDS AND SIMILAR COSTS | 0 | 0 | 0 | 0 | 0 |
| 14 | EXCESS PARACHUTE PAYMENTS | 0 | 0 | 0 | 0 | 0 |
| 15 | EXCESS SECTION 162(M) COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| 16 | PENSION AND PROFIT SHARING | 0 | 0 | 0 | 0 | 0 |
| 17 | OTHER POST-RETIREMENT BENEFITS | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|---|
| 18 | DEFERRED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| 19 | CHARITABLE CONTRIBUTION OF CASH AND TANG PROP | 0 | 0 | 0 | 0 | 0 |
| 20 | CHARITABLE CONTRIBUTION OF INTANGIBLE PROPERTY | 0 | 0 | 0 | 0 | 0 |
| 21 | CHARITABLE CONTRIBUTION LIMITATION/CARRYFORWARD | 0 | 0 | 0 | 0 | 0 |
| 22 | DOMESTIC PRODUCTION ACTIVITIES DEDUCTION | 0 | 0 | 0 | 0 | 0 |
| 23 | CURR YR ACQUISITION OR REORG INVEST BANKING FEES | 0 | 0 | 0 | 0 | 0 |
| 24 | CURR YR ACQUISITION OR REORG LEGAL & ACCTNG FEES | 0 | 0 | 0 | 0 | 0 |
| 25 | CURR YR ACQUISITION/REORG OTHER COSTS | 0 | 0 | 0 | 0 | 0 |
| 26 | AMORTIZATION/IMPAIRMENT OF GOODWILL | 0 | 0 | 0 | 0 | 0 |
| 27 | AMORT OF ACQUISITION, REORG AND START-UP COSTS | 0 | 0 | 0 | 0 | 0 |
| 28 | OTHER AMORTIZATION OR IMPAIRMENT WRITE-OFFS | 0 | 0 | 0 | 0 | 0 |
| 29 | RESERVE | 0 | 0 | 0 | 0 | 0 |
| 30 | DEPLETION | 0 | 0 | 0 | 0 | 0 |
| 31 | DEPRECIATION | 0 | 0 | 0 | 0 | 0 |
| 32 | BAD DEBT EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 33 | CORPORATE OWNED LIFE INSURANCE PREMIUMS | 0 | 0 | 0 | 0 | 0 |
| 34 | PURCHASE VERSUS LEASE | 0 | 0 | 0 | 0 | 0 |
| 35 | RESEARCH AND DEVELOPMENT COSTS | 0 | 0 | 0 | 0 | 0 |
| 36 | SECTION 118 EXCLUSION | 0 | 0 | 0 | 0 | 0 |
| 37 | FDIC PREMIUMS PAID BY LARGE FIN INSTITUTIONS | 0 | 0 | 0 | 0 | 0 |
| 38 | OTHER EXPENSE/DEDUCTION ITEMS WITH DIFFERENCES | 0 | 0 | 0 | 0 | 0 |
| 39 | TOTAL EXPENSE/DEDUCTION ITEMS (ADD LNS 1 TO 38) | (221,271) | 0 | (221,271) | (221,271) | 0 |
| | | | | | | |
| | COL D - DEDUCTION PER TAX RETURN | | | | | |
| 3 | STATE AND LOCAL CURRENT INCOME TAX EXPENSE | 1,600 | 0 | 1,600 | 1,600 | 0 |
| 5 | FOREIGN CURRENT INCOME TAX EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 7 | FOREIGN WITHHOLDING TAXES | 0 | 0 | 0 | 0 | 0 |
| 8 | INTEREST EXPENSE | 1,916 | 0 | 1,916 | 1,916 | 0 |
| 9 | STOCK OPTION EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 10 | OTHER EQUITY-BASED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| 11 | MEALS AND ENTERTAINMENT | 6,944 | 0 | 6,944 | 6,944 | 0 |
| 12 | FINES AND PENALTIES | 0 | 0 | 0 | 0 | 0 |
| 13 | JUDGMENTS, DAMAGES, AWARDS AND SIMILAR COSTS | 0 | 0 | 0 | 0 | 0 |
| 14 | EXCESS PARACHUTE PAYMENTS | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|---|
| 15 | EXCESS SECTION 162(M) COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| 16 | PENSION AND PROFIT SHARING | 0 | 0 | 0 | 0 | 0 |
| 17 | OTHER POST-RETIREMENT BENEFITS | 0 | 0 | 0 | 0 | 0 |
| 18 | DEFERRED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| 19 | CHARITABLE CONTRIBUTION OF CASH AND TANG PROP | 0 | 0 | 0 | 0 | 0 |
| 20 | CHARITABLE CONTRIBUTION OF INTANGIBLE PROPERTY | 0 | 0 | 0 | 0 | 0 |
| 21 | CHARITABLE CONTRIBUTION LIMITATION | 0 | 0 | 0 | 0 | 0 |
| 22 | DOMESTIC PRODUCTION ACTIVITIES DEDUCTION | 0 | 0 | 0 | 0 | 0 |
| 23 | CURR YR ACQUISITION OR REORG INVEST BANKING FEES | 0 | 0 | 0 | 0 | 0 |
| 24 | CURR YR ACQUISITION OR REORG LEGAL & ACCTNG FEES | 0 | 0 | 0 | 0 | 0 |
| 25 | CURR YR ACQUISITION/REORG OTHER COSTS | 0 | 0 | 0 | 0 | 0 |
| 26 | AMORTIZATION/IMPAIRMENT OF GOODWILL | 0 | 0 | 0 | 0 | 0 |
| 27 | AMORT OF ACQUISITION, REORG AND START-UP COSTS | 0 | 0 | 0 | 0 | 0 |
| 28 | OTHER AMORTIZATION OR IMPAIRMENT WRITE-OFFS | 153,895 | 0 | 153,895 | 153,895 | 0 |
| 29 | RESERVE | 0 | 0 | 0 | 0 | 0 |
| 30 | DEPLETION | 0 | 0 | 0 | 0 | 0 |
| 31 | DEPRECIATION | 217,820 | 0 | 217,820 | 217,820 | 0 |
| 32 | BAD DEBT EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 33 | CORPORATE OWNED LIFE INSURANCE PREMIUMS | 0 | 0 | 0 | 0 | 0 |
| 34 | PURCHASE VERSUS LEASE | 0 | 0 | 0 | 0 | 0 |
| 35 | RESEARCH AND DEVELOPMENT COSTS | 550,291 | 0 | 550,291 | 550,291 | 0 |
| 36 | SECTION 118 EXCLUSION | 0 | 0 | 0 | 0 | 0 |
| 37 | FDIC PREMIUMS PAID BY LARGE FIN INSTITUTIONS | 0 | 0 | 0 | 0 | 0 |
| 38 | OTHER EXPENSE/DEDUCTION ITEMS WITH DIFFERENCES | 4,609,567 | 0 | 4,609,567 | 4,609,567 | 0 |
| 39 | TOTAL EXPENSE/DEDUCTION ITEMS (ADD LNS 1 TO 38) | 5,542,033 | 0 | 5,542,033 | 5,542,033 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| **PART III  GENERAL BUS CR FROM A NON-PASSIVE ACTIVITY** | | | | | |
| 1A INVESTMENT CREDIT (FORM 3468, PART II) | 0 | 0 | 0 | 0 | 0 |
| B ADVANCED MANUFACTURING PRODUCTION (FORM 7207) | 0 | 0 | 0 | 0 | 0 |
| C CREDIT FOR INCREASING RESEARCH ACTIVITIES | 330,389 | 0 | 330,389 | 330,389 | 0 |
| D LOW-INCOME HOUSING CREDIT (CARRYFORWARD ONLY) | 0 | 0 | 0 | 0 | 0 |
| E DISABLED ACCESS CREDIT (FORM 8826) | 0 | 0 | 0 | 0 | 0 |
| F RENEWABLE ELECTRICITY PROD CR (FORM 8835 PART I) | 0 | 0 | 0 | 0 | 0 |
| G INDIAN EMPLOYMENT CREDIT | 0 | 0 | 0 | 0 | 0 |
| H ORPHAN DRUG CREDIT (FORM 8820) | 0 | 0 | 0 | 0 | 0 |
| I NEW MARKET CREDIT (FORM 8874) | 0 | 0 | 0 | 0 | 0 |
| J CR FOR SMALL EMPLOYER PENSION STARTUP COST | 0 | 0 | 0 | 0 | 0 |
| K CR FOR EMPLOYER-PROVIDED CHILD CARE FAC & SVC | 0 | 0 | 0 | 0 | 0 |
| L BIODIESEL AND RENEWABLE DIESEL FUELS CREDIT | 0 | 0 | 0 | 0 | 0 |
| M LOW SULFUR DIESEL FUEL PRODUCTION CREDIT | 0 | 0 | 0 | 0 | 0 |
| N DISTILLED SPIRITS CREDIT | 0 | 0 | 0 | 0 | 0 |
| O NON-CONVENTIONAL SOURCE FUEL CREDIT | 0 | 0 | 0 | 0 | 0 |
| P ENERGY EFFICIENT HOME CREDIT | 0 | 0 | 0 | 0 | 0 |
| Q ENERGY EFFICIENT APPLIANCE CREDIT | 0 | 0 | 0 | 0 | 0 |
| R ALTERNATIVE MOTOR VEHICLE CREDIT | 0 | 0 | 0 | 0 | 0 |
| S ALTERNATIVE FUEL VEHICLE REFUELING PROPERTY CR | 0 | 0 | 0 | 0 | 0 |
| T ENHANCED OIL RECOVERY CREDIT | 0 | 0 | 0 | 0 | 0 |
| U MINE RESCUE TEAM TRAINING CREDIT | 0 | 0 | 0 | 0 | 0 |
| V AGRICULTURAL CHEMICALS SECURITY CREDIT | 0 | 0 | 0 | 0 | 0 |
| W CREDIT FOR EMPLOYER DIFFERENTIAL WAGE PAYMENTS | 0 | 0 | 0 | 0 | 0 |
| X CARBON OXIDE SEQUESTRATION CREDIT | 0 | 0 | 0 | 0 | 0 |
| Y QUALIFIED PLUG-IN ELEC DRIVE MOTOR VEHICLE CR | 0 | 0 | 0 | 0 | 0 |
| AA EMPLOYEE RETENTION CREDIT | 0 | 0 | 0 | 0 | 0 |
| BB GENERAL CR FROM AN ELECTING LARGE PARTNERSHIP | 0 | 0 | 0 | 0 | 0 |
| ZZ OTHER | 0 | 0 | 0 | 0 | 0 |
| 2 ADD LINES 1A THRU 1ZZ | 330,389 | 0 | 330,389 | 330,389 | 0 |
| 3 ENTER AMOUNT FROM FORM 8844 | 0 | 0 | 0 | 0 | 0 |
| 4A INVESTMENT CREDIT (FORM 3468, PART III) | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

|   |   | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|---|
| B | WORK OPPORTUNITY CREDIT (FORM 5884) | 0 | 0 | 0 | 0 | 0 |
| C | BIOFUEL PRODUCER CREDIT (FORM 6478) | 0 | 0 | 0 | 0 | 0 |
| D | LOW-INCOME HOUSING CR (FORM 8586, PART II) | 0 | 0 | 0 | 0 | 0 |
| E | RENEWABLE ELECTRICTY (FORM 8835) | 0 | 0 | 0 | 0 | 0 |
| F | EMPLOYER SOC SEC & MEDICARE TAXES (FORM 8846) | 0 | 0 | 0 | 0 | 0 |
| G | QUALIFIED RAILROAD TRACK MAINTENANCE (FORM 8900) | 0 | 0 | 0 | 0 | 0 |
| H | CR FOR SMALL EMPLOYER HEALTH INSURANCE PREMIUMS | 0 | 0 | 0 | 0 | 0 |
| I | INCREASING RESEARCH ACTIVITIES | 0 | 0 | 0 | 0 | 0 |
| J | EMPLOYER CR FOR PAID FAMILY & MEDICAL LEAVE | 0 | 0 | 0 | 0 | 0 |
| Z | OTHER | 0 | 0 | 0 | 0 | 0 |
| 5 | ADD LINES 4A THRU 4Z | 0 | 0 | 0 | 0 | 0 |
| 6 | ADD LINES 2, 3 AND 5 | 330,389 | 0 | 330,389 | 330,389 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| **PART III   GENERAL BUSINESS CREDIT CARRYFORWARDS** | | | | | |
| 1A INVESTMENT CREDIT (FORM 3468, PART II) | 0 | 0 | 0 | 0 | 0 |
| B ADVANCED MANUFACTURING PRODUCTION (FORM 7207) | 0 | 0 | 0 | 0 | 0 |
| C CREDIT FOR INCREASING RESEARCH ACTIVITIES | 1,360,591 | 0 | 1,360,591 | 1,360,591 | 0 |
| D LOW-INCOME HOUSING CREDIT (FORM 8586 PART I) | 0 | 0 | 0 | 0 | 0 |
| E DISABLED ACCESS CREDIT (FORM 8826) | 0 | 0 | 0 | 0 | 0 |
| F RENEWABLE ELECTRICITY PROD CR (FORM 8835 PART I) | 0 | 0 | 0 | 0 | 0 |
| G INDIAN EMPLOYMENT CREDIT | 0 | 0 | 0 | 0 | 0 |
| H ORPHAN DRUG CREDIT (FORM 8820) | 0 | 0 | 0 | 0 | 0 |
| I NEW MARKET CREDIT (FORM 8874) | 0 | 0 | 0 | 0 | 0 |
| J CR FOR SMALL EMPLOYER PENSION STARTUP COST | 0 | 0 | 0 | 0 | 0 |
| K CR FOR EMPLOYER-PROVIDED CHILD CARE FAC & SVC | 0 | 0 | 0 | 0 | 0 |
| L BIODIESEL AND RENEWABLE DIESEL FUELS CREDIT | 0 | 0 | 0 | 0 | 0 |
| M LOW SULFUR DIESEL FUEL PRODUCTION CREDIT | 0 | 0 | 0 | 0 | 0 |
| N DISTILLED SPIRITS CREDIT | 0 | 0 | 0 | 0 | 0 |
| O NON-CONVENTIONAL SOURCE FUEL CREDIT | 0 | 0 | 0 | 0 | 0 |
| P ENERGY EFFICIENT HOME CREDIT | 0 | 0 | 0 | 0 | 0 |
| Q ENERGY EFFICIENT APPLIANCE CREDIT | 0 | 0 | 0 | 0 | 0 |
| R ALTERNATIVE MOTOR VEHICLE CREDIT | 0 | 0 | 0 | 0 | 0 |
| S ALTERNATIVE FUEL VEHICLE REFUELING PROPERTY CR | 0 | 0 | 0 | 0 | 0 |
| T ENHANCED OIL RECOVERY CREDIT | 0 | 0 | 0 | 0 | 0 |
| U MINE RESCUE TEAM TRAINING CREDIT | 0 | 0 | 0 | 0 | 0 |
| V AGRICULTURAL CHEMICALS SECURITY CREDIT | 0 | 0 | 0 | 0 | 0 |
| W CREDIT FOR EMPLOYER DIFFERENTIAL WAGE PAYMENTS | 0 | 0 | 0 | 0 | 0 |
| X CARBON OXIDE SEQUESTRATION CREDIT | 0 | 0 | 0 | 0 | 0 |
| Y QUALIFIED PLUG-IN ELEC DRIVE MOTOR VEHICLE CR | 0 | 0 | 0 | 0 | 0 |
| Z QUALIFIED PLUG-IN ELECTRIC VEHICLE CR (C/F ONLY) | 0 | 0 | 0 | 0 | 0 |
| AA EMPLOYEE RETENTION CREDIT | 0 | 0 | 0 | 0 | 0 |
| BB GENERAL CR FROM AN ELECTING LARGE PARTNERSHIP | 0 | 0 | 0 | 0 | 0 |
| ZZ OTHER | 0 | 0 | 0 | 0 | 0 |
| 2  ADD LINES 1A THRU 1ZZ | 1,360,591 | 0 | 1,360,591 | 1,360,591 | 0 |
| 3  ENTER AMOUNT FROM FORM 8844 | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| 4A INVESTMENT CREDIT (FORM 3468, PART III) | 0 | 0 | 0 | 0 | 0 |
| B WORK OPPORTUNITY CREDIT (FORM 5884) | 0 | 0 | 0 | 0 | 0 |
| C BIOFUEL PRODUCER CREDIT (FORM 6478) | 0 | 0 | 0 | 0 | 0 |
| D LOW-INCOME HOUSING CR (FORM 8586, PART II) | 0 | 0 | 0 | 0 | 0 |
| E RENEWABLE ELECTRICTY (FORM 8835) | 0 | 0 | 0 | 0 | 0 |
| F EMPLOYER SOC SEC & MEDICARE TAXES (FORM 8846) | 0 | 0 | 0 | 0 | 0 |
| G QUALIFIED RAILROAD TRACK MAINTENANCE (FORM 8900) | 0 | 0 | 0 | 0 | 0 |
| H SMALL EMPLOYER HEALTH INSURANCE PREMIUMS | 0 | 0 | 0 | 0 | 0 |
| I INCREASING RESEARCH ACTIVITIES | 0 | 0 | 0 | 0 | 0 |
| J EMPLOYER CR FOR PAID FAMILY & MEDICAL LEAVE | 0 | 0 | 0 | 0 | 0 |
| Z OTHER | 0 | 0 | 0 | 0 | 0 |
| 5 ADD LINES 4A THRU 4Z | 0 | 0 | 0 | 0 | 0 |
| 6 ADD LINES 2, 3 AND 5 | 1,360,591 | 0 | 1,360,591 | 1,360,591 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

HISTOGEN, INC. AND SUBSIDIARIES
20-3183915
Year: 2022

|  | CONSOL<br>20-3183915 | Elimination | Subtotal | HISTOGEN<br>20-3183915 | THERAPEUTICS<br>26-0461023 |
|---|---|---|---|---|---|
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | | | | | |
| **\*    FORM 3800, PART III WITH BOXES A AND B    \*** | | | | | |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | | | | | |
| | | | | | |
| 1A INVESTMENT CREDIT (FORM 3468, PART II): | | | | | |
|     TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
|     CREDITS FROM PASS-THRU ENTITIES: | | | | | |
|         (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
|         (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
|     CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
|         (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
|         (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
|     TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
|         (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
|         (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
|     TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 1B ADVANCED MANUFACTURING PROD CREDIT (FORM 7207) | | | | | |
|     TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
|     CREDITS FROM PASS-THRU ENTITIES: | | | | | |
|         (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
|         (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
|     CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
|         (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
|         (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
|     TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
|         (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
|         (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
|     TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 1C CREDIT FOR INCREASING RESEARCH ACT (FORM 6765): | 0 | 0 | 0 | 0 | 0 |
|     TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 330,389 | 0 | 330,389 | 330,389 | 0 |
|     CREDITS FROM PASS-THRU ENTITIES: | | | | | |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 330,389 | 0 | 330,389 | 330,389 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 330,389 | 0 | 330,389 | 330,389 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 330,389 | 0 | 330,389 | 330,389 | 0 |
| | | | | | |
| **1E DISABLED ACCESS CREDIT (FORM 8826):** | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **1F RENEWABLE ELECTRICITY PROD CR (FORM 8835 PT I):** | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **1G INDIAN EMPLOYMENT CREDIT (FORM 8845):** | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **1H ORPHAN DRUG CREDIT (FORM 8820):** | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **1I NEW MARKET CREDIT (FORM 8874):** | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 1J CR FOR SMALL EMPLR PEN STARTUP COST (FORM 8881): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 1K CR FOR EMPLR-PROVIDED CHLDCR SVC (FORM 8882): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| **1L BIODIESEL & RENEW DIESEL FUELS CR (FORM 8864):** | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **1M LOW SULFUR DIESEL FUEL PROD CR (FORM 8896):** | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **1N DISTILLED SPIRITS CREDIT (FORM 8906):** | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 1P ENERGY EFFICIENT HOME CREDIT (FORM 8908): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 1R ALTERNATIVE MOTOR VEHICLE CREDIT (FORM 8910): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 1S ALT FUEL VEHICLE REFUELING PROP CR (FORM 8911): | | | | | |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 1T ENHANCED OIL RECOVERY CREDIT (FORM 8830): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 1U MINE RESCUE TEAM TRAINING CREDIT (FORM 8923): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 1W CR FOR EMPLOYER DIFFL WAGE PYMTS (FORM 8932): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 1X CARBON OXIDE SEQUESTRATION CR (FORM 8933): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 1Y QUAL PLUG-IN ELEC MOTOR VEHICLE CR (FORM 8936): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **1AA CR FOR DISASTER AREA EMPLOYERS (FORM 5884-A)** | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **1ZZ QUAL COMML CLEAN VEHICLE CR (FORM 8936-A):** | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 1ZZ MARGINAL WELLS CREDIT (FORM 8904): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 3  AMOUNT FROM FORM 8844: | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 4A INVESTMENT CREDIT (FORM 3468, PT III): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 4B WORK OPPORTUNITY CREDIT (FORM 5884): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 4C BIOFUEL PRODUCER CREDIT (FORM 6478): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **4D LOW INCOME HOUSING CREDIT (FORM 8586, PT II):** | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **4E RENEW ELEC, REFINED COAL CR (FORM 8835, PT II):** | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| **4F EMPLYR SOC SEC & MED TAXES ON TIPS (FORM 8846):** | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

HISTOGEN, INC. AND SUBSIDIARIES
20-3183915
Year: 2022

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 4G QUAL RAILROAD TRACK MAINTENANCE CR (FORM 8900): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 4H SMALL EMPLYR HEALTH INSUR PREMIUM (FORM 8941): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 4I CREDIT FOR INCREASING RESEARCH ACT (FORM 6765): | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| 4J EMPL CR FOR PAID FAMILY & MED LEAVE (FORM 8994): | | | | | |
| TOTAL CURRENT YEAR CREDIT EXCLUDING PASS-THRU | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM PASS-THRU ENTITIES: | | | | | |
| (A) PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| CREDITS FROM NON-PASS THRU ENTITIES: | | | | | |
| (A) NON-PTE GEN BUS NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) NON-PTE GEN BUS PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL CY GENERAL BUS CREDITS INCLUDING PTE: | | | | | |
| (A) CY GENERAL BUS CR INCL PTE NON-PASSIVE | 0 | 0 | 0 | 0 | 0 |
| (B) CY GENERAL BUS CR INCL PTE PASSIVE | 0 | 0 | 0 | 0 | 0 |
| TOTAL OF TYPES A AND B | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

HISTOGEN, INC. AND SUBSIDIARIES
20-3183915
Year: 2022

|  | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | | | | | |
| **\*    FORM 3800, PART III CREDITS SUMMARY EXCLUDING    \*** | | | | | |
| **\*          GEN BUS CR C/F AND C/B                     \*** | | | | | |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | | | | | |
|  | | | | | |
| TTL FOR LN 2 GEN BUS NON-PASSIVE EXCL PASS-THRU (A) | 330,389 | 0 | 330,389 | 330,389 | 0 |
| TTL FOR LN 2 GEN BUS NON-PASSIVE PASS-THRU (A) | 0 | 0 | 0 | 0 | 0 |
| 1. GEN BUS CR FROM LN 2 OF ALL PT 3 BOX A CHECKED | 330,389 | 0 | 330,389 | 330,389 | 0 |
|  | | | | | |
| TTL FOR LN 2 GEN BUS PASSIVE EXCL PASS-THRU (B) | 0 | 0 | 0 | 0 | 0 |
| TTL FOR LN 2 GEN BUS PASSIVE PASS-THRU (B) | 0 | 0 | 0 | 0 | 0 |
| 2. PASS ACT CR FROM LN 2 OF ALL PT 3 BOX B CHECKED | 0 | 0 | 0 | 0 | 0 |
|  | | | | | |
| FORM 8844 CREDIT NON-PASSIVE EXCL PASS-THRU (A) | 0 | 0 | 0 | 0 | 0 |
| FORM 8844 CREDIT NON-PASSIVE PASS-THRU (A) | 0 | 0 | 0 | 0 | 0 |
| FORM 8844 CREDIT CARRYFORWARD (C) | 0 | 0 | 0 | 0 | 0 |
| FORM 8844 CREDIT CARRYBACK (D) | 0 | 0 | 0 | 0 | 0 |
| 22. AMT FROM LN 3 OF ALL PT 3 BOX A, C OR D CHECKED | 0 | 0 | 0 | 0 | 0 |
|  | | | | | |
| FORM 8844 CREDIT PASSIVE EXCL PASS-THRU (B) | 0 | 0 | 0 | 0 | 0 |
| FORM 8844 CREDIT PASSIVE PASS-THRU (B) | 0 | 0 | 0 | 0 | 0 |
| 23. PASS ACT CR FROM LN 3 OF ALL PT 3 BOX B CHECKED | 0 | 0 | 0 | 0 | 0 |
|  | | | | | |
| TTL FOR LN 5 GEN BUS NON-PASSIVE EXCL PASS-THRU (A) | 0 | 0 | 0 | 0 | 0 |
| TTL FOR LN 5 GEN BUS NON-PASSIVE PASS-THRU (A) | 0 | 0 | 0 | 0 | 0 |
| 30. GEN BUS CR FROM LN 5 OF ALL PT 3 BOX A CHECKED | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| TTL FOR LN 5 GEN BUS PASSIVE EXCL PASS-THRU (B) | 0 | 0 | 0 | 0 | 0 |
| TTL FOR LN 5 GEN BUS PASSIVE PASS-THRU (B) | 0 | 0 | 0 | 0 | 0 |
| 32. PASS ACT FROM LN 5 OF ALL PT 3 WITH BOX B CHKED | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL<br>20-3183915 | Elimination | Subtotal | HISTOGEN<br>20-3183915 | THERAPEUTICS<br>26-0461023 |
|---|---|---|---|---|---|
| ************************************************* | | | | | |
| * FORM 4562 - DEPRECIATION AND AMORTIZATION * | | | | | |
| ************************************************* | | | | | |
| PART I - ELECTION TO EXPENSE CERTAIN TANGIBLE PROP. | | | | | |
| 1 MAXIMUM DOLLAR LIMITATION | 1,080,000 | | | | |
| 2 TOTAL COST OF SEC 179 PROPERTY PLACED IN SERVICE | 0 | 0 | 0 | 0 | 0 |
| 3 THRESHOLD COST OF SECTION 179 PROPERTY | 2,700,000 | | | | |
| 4 REDUCTION IN LIMITATION (LINE 2 LESS LINE 3) | 0 | | | | |
| 5 DOLLAR LIMITATION FOR TAX YEAR (LINE 1 LESS 4) | 1,080,000 | | | | |
| 6 COLUMN (B) COST | 0 | 0 | 0 | 0 | 0 |
| 6 COLUMN (C) ELECTED COST | 0 | 0 | 0 | 0 | 0 |
| 7 LISTED PROPERTY - ENTER AMOUNT FROM LINE 29 | 0 | 0 | 0 | 0 | 0 |
| 8 TOTAL ELECTED COST OF SEC 179 PROP. COL C LN 6&7 | 0 | 0 | 0 | 0 | 0 |
| 9 TENTATIVE DEDUCTION, ENTER LESSOR OF LINE 5 OR 8 | 0 | | | | |
| 10 CARRYOVER OF DISALLOWED DEDUCTION FROM PRIOR YEAR | 0 | 0 | 0 | 0 | 0 |
| 11 TAXABLE INCOME LIMITATION-LESSOR OF T/I OR LN 5 | 0 | | | | |
| 12 SECTION 179 EXPENSE DEDUCTION - LESSOR 9+10 OR 11 | 0 | | | | |
| 13 CARRYOVER OF DISALLOWED DEDUCTION TO NEXT YEAR | 0 | | | | |
| | | | | | |
| PART II SPECIAL DEPRECIATION ALLOWANCE AND OTHER | | | | | |
| DEPRECIATION | 0 | 0 | 0 | 0 | 0 |
| 14 SPECIAL DEPRE ALLOWANCE FOR QUALIFIED PROPERTY | | | | | |
| PLACED IN SERVICE DURING THE TAX YEAR | 215,520 | 0 | 215,520 | 215,520 | 0 |
| 15 PROPERTY SUBJECT TO SECTION 168(F)(1) ELECTION | 0 | 0 | 0 | 0 | 0 |
| 16 ACRS AND OTHER DEPRECIATION (SEE INSTRUCTIONS) | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| PART III MACRS DEPRECIATION | | | | | |
| 17 MACRS DEDUCTIONS FOR ASSETS PLACED IN SERVICE IN | | | | | |
| TAX YEARS BEGINNING BEFORE CURRENT YEAR | 2,300 | 0 | 2,300 | 2,300 | 0 |
| 19 GENERAL DEPRECIATION SYSTEM (GDS) | | | | | |
| COLUMN C: BASIS FOR DEPRECIATION | | | | | |
| A 3-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | | CONSOL<br>20-3183915 | Elimination | Subtotal | HISTOGEN<br>20-3183915 | THERAPEUTICS<br>26-0461023 |
|---|---|---|---|---|---|---|
| B | 5-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| C | 7-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| D | 10-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| E | 15-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| F | 20-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| G | 25-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| H | RESIDENTIAL RENTAL PROPERTY | 0 | 0 | 0 | 0 | 0 |
| H | RESIDENTIAL RENTAL PROPERTY | 0 | 0 | 0 | 0 | 0 |
| I | NONRESIDENTIAL REAL PROPERTY - 39 YEARS | 0 | 0 | 0 | 0 | 0 |
| I | NONRESIDENTIAL REAL PROPERTY | 0 | 0 | 0 | 0 | 0 |
| | COLUMN D:  RECOVERY PERIOD | | | | | |
| A | 3-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| B | 5-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| C | 7-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| D | 10-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| E | 15-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| F | 20-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| I | NONRESIDENTIAL REAL PROPERTY | 0 | 0 | 0 | 0 | 0 |
| | COLUMN E:  CONVENTION | | | | | |
| A | 3-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| B | 5-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| C | 7-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| D | 10-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| E | 15-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| F | 20-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| G | 25-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| | COLUMN F:  METHOD | | | | | |
| A | 3-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| B | 5-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| C | 7-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| D | 10-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| E | 15-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| F | 20-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| | COLUMN G:  DEPRECIATION DEDUCTION | | | | | |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

|   |  | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|---|
| A | 3-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| B | 5-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| C | 7-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| D | 10-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| E | 15-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| F | 20-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| G | 25-YEAR PROPERTY | 0 | 0 | 0 | 0 | 0 |
| H | RESIDENTIAL RENTAL PROPERTY | 0 | 0 | 0 | 0 | 0 |
| H | RESIDENTIAL RENTAL PROPERTY | 0 | 0 | 0 | 0 | 0 |
| I | NONRESIDENTIAL REAL PROPERTY - 39 YEARS | 0 | 0 | 0 | 0 | 0 |
| I | NONRESIDENTIAL REAL PROPERTY | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL<br>20-3183915 | Elimination | Subtotal | HISTOGEN<br>20-3183915 | THERAPEUTICS<br>26-0461023 |
|---|---|---|---|---|---|
| 20 ALTERNATIVE DEPRECIATION SYSTEM (ADS) | | | | | |
|     COLUMN B:  BASIS FOR DEPRECIATION | | | | | |
| A  CLASS LIFE | 0 | 0 | 0 | 0 | 0 |
| B  12-YEAR | 0 | 0 | 0 | 0 | 0 |
| C  30-YEAR | 0 | 0 | 0 | 0 | 0 |
| D  40-YEAR | 0 | 0 | 0 | 0 | 0 |
|     COLUMN D:  RECOVERY PERIOD | | | | | |
| A  CLASS LIFE | 0 | 0 | 0 | 0 | 0 |
|     COLUMN E:  CONVENTION | | | | | |
| A  CLASS LIFE | 0 | 0 | 0 | 0 | 0 |
| B  12-YEAR | 0 | 0 | 0 | 0 | 0 |
|     COLUMN G:  DEPRECIATION DEDUCTION | | | | | |
| A  CLASS LIFE | 0 | 0 | 0 | 0 | 0 |
| B  12-YEAR | 0 | 0 | 0 | 0 | 0 |
| C  30-YEAR | 0 | 0 | 0 | 0 | 0 |
| D  40-YEAR | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| PART IV SUMMARY | | | | | |
| 21 LISTED PROPERTY - AMOUNT FROM LINE 28 | 0 | 0 | 0 | 0 | 0 |
| 22 TOTAL (ADD LN 12, 14-17, COL. G OF 19,20 & LN 21) | 217,820 | 0 | 217,820 | 217,820 | 0 |
| 23 FOR ASSETS PLACED IN SERVICE THIS YEAR, ENTER | | | | | |
|    PORTION OF BASIS ATTRIBUTABLE TO 263A COSTS. | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| PART V LISTED PROPERTY | | | | | |
| 25(H) SPECIAL DEPR ALLOWANCE FOR QUAL LISTED PROP | | | | | |
|      USED MORE THAN 50% IN A QUALIFIED BUS USE | 0 | 0 | 0 | 0 | 0 |
| 26(H) DEPR FOR LISTED PROP USED MORE THAN 50% | 0 | 0 | 0 | 0 | 0 |
| 26(I) ELECTED 179 COST FOR PROP USED MORE THAN 50% | 0 | 0 | 0 | 0 | 0 |
| 27(H) DEPR FOR LISTED PROP USED 50% OR LESS | 0 | 0 | 0 | 0 | 0 |
| 28(H) ADD LINES 25 THRU 27 | 0 | 0 | 0 | 0 | 0 |
| 29(I) ADD LINE 26 | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| PART VI - AMORTIZATION | | | | | |
| 42 AMORTIZATION OF COSTS THAT BEGAN DURING TAX YEAR | | | | | |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| (C) AMORTIZABLE AMOUNT | 5,481,625 | 0 | 5,481,625 | 5,481,625 | 0 |
| (C) AMORTIZABLE AMOUNT | 63,858 | 0 | 63,858 | 63,858 | 0 |
| (F) AMORTIZATION FOR THIS YEAR | 548,162 | 0 | 548,162 | 548,162 | 0 |
| (F) AMORTIZATION FOR THIS YEAR | 2,129 | 0 | 2,129 | 2,129 | 0 |
| 43 AMORTIZATION OF COSTS THAT BEGAN BEFORE TAX YEAR | 153,895 | 0 | 153,895 | 153,895 | 0 |
| 44 TOTAL. ENTER HERE AND ON OTHER DEDUCTIONS. | 704,186 | 0 | 704,186 | 704,186 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | | CONSOL | Elimination | Subtotal | HISTOGEN | THERAPEUTICS |
|---|---|---|---|---|---|---|
| | | 20-3183915 | | | 20-3183915 | 26-0461023 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**\* FORM 6765 - CR FOR INCREASING RESEARCH ACTIVITIES\***
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

| SECTION A - REGULAR CREDIT | | | | | | |
|---|---|---|---|---|---|---|
| 1 AMOUNT PAID TO ENERGY CONSORTIA | 1 | 0 | 0 | 0 | 0 | 0 |
| 2 BASIC RESEARCH PAYMENTS TO QUALIFIED ORGS | 2 | 0 | 0 | 0 | 0 | 0 |
| 3 QUALIFIED ORGANIZATION BASE PERIOD AMOUNT | 3 | 0 | 0 | 0 | 0 | 0 |
| 4 SUBTRACT LINE 3 FROM LINE 2 | 4 | 0 | 0 | 0 | 0 | 0 |
| 5 WAGES FOR QUALIFIED SERVICES | 5 | 1,761,291 | 0 | 1,761,291 | 1,761,291 | 0 |
| 6 COST OF SUPPLIES | 6 | 649,411 | 0 | 649,411 | 649,411 | 0 |
| 7 RENTAL OR LEASE COSTS OF COMPUTERS | 7 | 0 | 0 | 0 | 0 | 0 |
| 8 APPLIC. PERCENTAGE OF CONTRACT RESEARCH EXP. | 8 | 893,185 | 0 | 893,185 | 893,185 | 0 |
| 9 TOTAL QUALIFIED RESEARCH EXPENSES | 9 | 3,303,887 | 0 | 3,303,887 | 3,303,887 | 0 |
| 10 FIXED BASE PERCENTAGE. NOT MORE THAN 16% | 10 | 16.000000 | | | | |
| 11 AVERAGE ANNUAL GROSS RECEIPTS | 11 | 0 | | | | |
| 12 LINE 11 TIMES LINE 10 | 12 | 0 | | | | |
| 13 SUBTRACT LINE 12 FROM LINE 9 | 13 | 3,303,887 | | | | |
| 14 MULTIPLY LINE 9 BY 50% (.50) | 14 | 1,651,944 | | | | |
| 15 SMALLER OF LINE 13 OR LINE 14 | 15 | 1,651,944 | | | | |
| 16 ADD LINES 1, 4 AND 15 | 16 | 1,651,944 | | | | |
| 17 MULTIPLY LINE 16 BY 15.8% OR 20% | 17 | 330,389 | | | | |
| | | | | | | |
| SECTION C - CURRENT YEAR CREDIT | | | | | | |
| 35 AMT FROM FORM 8932 LN 2 ATTRIB TO FIGURE CR | | 0 | 0 | 0 | 0 | 0 |
| 36 SUBTRACT LINE 35 FROM LN 17 OR 34 | | 330,389 | | | | |
| 37 CREDITS FROM PASS-THRU ENTITIES | | 0 | 0 | 0 | 0 | 0 |
| 38 ADD LINE 36 AND 37 | | 330,389 | | | | |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL<br>20-3183915 | Elimination | Subtotal | HISTOGEN<br>20-3183915 | THERAPEUTICS<br>26-0461023 |
|---|---|---|---|---|---|

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**\* FORM 8916-A - SUPPLEMENTAL ATTACHMENT TO SCH M-3 \***
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PART I - COST OF GOODS SOLD**

**COLUMN A - EXPENSE PER INCOME STATEMENT**

| | | | | | |
|---|---|---|---|---|---|
| 1  AMOUNTS ATTRIB TO COST FLOW ASSUMPTIONS | 0 | 0 | 0 | 0 | 0 |
| 2A STOCK OPTION EXPENSE | 0 | 0 | 0 | 0 | 0 |
| B OTHER EQUITY BASED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| C MEALS AND ENTERTAINMENT | 0 | 0 | 0 | 0 | 0 |
| D PARACHUTE PAYMENTS | 0 | 0 | 0 | 0 | 0 |
| E COMPENSATION WITH SECTION 162(M) LIMITATION | 0 | 0 | 0 | 0 | 0 |
| F PENSION AND PROFIT SHARING | 0 | 0 | 0 | 0 | 0 |
| G OTHER POST-RETIREMENT BENEFITS | 0 | 0 | 0 | 0 | 0 |
| H DEFERRED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| I RESERVE | 0 | 0 | 0 | 0 | 0 |
| J AMORTIZATION | 0 | 0 | 0 | 0 | 0 |
| K DEPLETION | 0 | 0 | 0 | 0 | 0 |
| L DEPRECIATION | 0 | 0 | 0 | 0 | 0 |
| M CORPORATE OWNED LIFE INSURANCE PREMIUMS | 0 | 0 | 0 | 0 | 0 |
| N OTHER SECTION 263A COSTS | 0 | 0 | 0 | 0 | 0 |
| 3  INVENTORY SHRINKAGE ACCRUALS | 0 | 0 | 0 | 0 | 0 |
| 4  EXCESS INVENTORY AND OBSOLESCENCE RESERVES | 0 | 0 | 0 | 0 | 0 |
| 5  LOWER OF COST OR MARKET WRITE-DOWNS | 0 | 0 | 0 | 0 | 0 |
| 6  OTHER ITEMS WITH DIFFERENCES (ATTACH SCHEDULE) | 0 | 0 | 0 | 0 | 0 |
| 7  OTHER ITEMS WITH NO DIFFERENCES | | | | | |
|    COGS: INVENTORY AT BEGIN. OF PERIOD | (60,685) | 0 | (60,685) | (60,685) | 0 |
|    COGS: PRODUCT BOUGHT FOR MFG OR SALE | 60,685 | 0 | 60,685 | 60,685 | 0 |
|        TOTAL | 0 | 0 | 0 | 0 | 0 |
| 8  TOTAL COST OF GOODS SOLD. ADD LINES 1 THRU 7 | 0 | 0 | 0 | 0 | 0 |

**COLUMN B - TEMPORARY DIFFERENCE**

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| 1  AMOUNTS ATTRIB TO COST FLOW ASSUMPTIONS | 0 | 0 | 0 | 0 | 0 |
| 2A STOCK OPTION EXPENSE | 0 | 0 | 0 | 0 | 0 |
| B OTHER EQUITY BASED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| C MEALS AND ENTERTAINMENT | 0 | 0 | 0 | 0 | 0 |
| D PARACHUTE PAYMENTS | 0 | 0 | 0 | 0 | 0 |
| E COMPENSATION WITH SECTION 162(M) LIMITATION | 0 | 0 | 0 | 0 | 0 |
| F PENSION AND PROFIT SHARING | 0 | 0 | 0 | 0 | 0 |
| G OTHER POST-RETIREMENT BENEFITS | 0 | 0 | 0 | 0 | 0 |
| H DEFERRED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| I RESERVE | 0 | 0 | 0 | 0 | 0 |
| J AMORTIZATION | 0 | 0 | 0 | 0 | 0 |
| K DEPLETION | 0 | 0 | 0 | 0 | 0 |
| L DEPRECIATION | 0 | 0 | 0 | 0 | 0 |
| M CORPORATE OWNED LIFE INSURANCE PREMIUMS | 0 | 0 | 0 | 0 | 0 |
| N OTHER SECTION 263A COSTS | 0 | 0 | 0 | 0 | 0 |
| 3  INVENTORY SHRINKAGE ACCRUALS | 0 | 0 | 0 | 0 | 0 |
| 4  EXCESS INVENTORY AND OBSOLESCENCE RESERVES | 0 | 0 | 0 | 0 | 0 |
| 5  LOWER OF COST OR MARKET WRITE-DOWNS | 0 | 0 | 0 | 0 | 0 |
| 6  OTHER ITEMS WITH DIFFERENCES (ATTACH SCHEDULE) | 0 | 0 | 0 | 0 | 0 |
| 8  TOTAL COST OF GOODS SOLD. ADD LINES 1 THRU 7 | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| COLUMN C - PERMANENT DIFFERENCE | | | | | |
| 1  AMOUNTS ATTRIB TO COST FLOW ASSUMPTIONS | 0 | 0 | 0 | 0 | 0 |
| 2A STOCK OPTION EXPENSE | 0 | 0 | 0 | 0 | 0 |
| B OTHER EQUITY BASED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| C MEALS AND ENTERTAINMENT | 0 | 0 | 0 | 0 | 0 |
| D PARACHUTE PAYMENTS | 0 | 0 | 0 | 0 | 0 |
| E COMPENSATION WITH SECTION 162(M) LIMITATION | 0 | 0 | 0 | 0 | 0 |
| F PENSION AND PROFIT SHARING | 0 | 0 | 0 | 0 | 0 |
| G OTHER POST-RETIREMENT BENEFITS | 0 | 0 | 0 | 0 | 0 |
| H DEFERRED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| I RESERVE | 0 | 0 | 0 | 0 | 0 |
| J AMORTIZATION | 0 | 0 | 0 | 0 | 0 |
| K DEPLETION | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| L DEPRECIATION | 0 | 0 | 0 | 0 | |
| M CORPORATE OWNED LIFE INSURANCE PREMIUMS | 0 | 0 | 0 | 0 | 0 |
| N OTHER SECTION 263A COSTS | 0 | 0 | 0 | 0 | 0 |
| 3 INVENTORY SHRINKAGE ACCRUALS | 0 | 0 | 0 | 0 | 0 |
| 4 EXCESS INVENTORY AND OBSOLESCENCE RESERVES | 0 | 0 | 0 | 0 | 0 |
| 5 LOWER OF COST OR MARKET WRITE-DOWNS | 0 | 0 | 0 | 0 | 0 |
| 6 OTHER ITEMS WITH DIFFERENCES (ATTACH SCHEDULE) | 0 | 0 | 0 | 0 | 0 |
| 8 TOTAL COST OF GOODS SOLD. ADD LINES 1 THRU 7 | 0 | 0 | 0 | 0 | 0 |
| COLUMN D - DEDUCTION PER TAX RETURN | | | | | |
| 1 AMOUNTS ATTRIB TO COST FLOW ASSUMPTIONS | 0 | 0 | 0 | 0 | 0 |
| 2A STOCK OPTION EXPENSE | 0 | 0 | 0 | 0 | 0 |
| B OTHER EQUITY BASED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| C MEALS AND ENTERTAINMENT | 0 | 0 | 0 | 0 | 0 |
| D PARACHUTE PAYMENTS | 0 | 0 | 0 | 0 | 0 |
| E COMPENSATION WITH SECTION 162(M) LIMITATION | 0 | 0 | 0 | 0 | 0 |
| F PENSION AND PROFIT SHARING | 0 | 0 | 0 | 0 | 0 |
| G OTHER POST-RETIREMENT BENEFITS | 0 | 0 | 0 | 0 | 0 |
| H DEFERRED COMPENSATION | 0 | 0 | 0 | 0 | 0 |
| I RESERVE | 0 | 0 | 0 | 0 | 0 |
| J AMORTIZATION | 0 | 0 | 0 | 0 | 0 |
| K DEPLETION | 0 | 0 | 0 | 0 | 0 |
| L DEPRECIATION | 0 | 0 | 0 | 0 | 0 |
| M CORPORATE OWNED LIFE INSURANCE PREMIUMS | 0 | 0 | 0 | 0 | 0 |
| N OTHER SECTION 263A COSTS | 0 | 0 | 0 | 0 | 0 |
| 3 INVENTORY SHRINKAGE ACCRUALS | 0 | 0 | 0 | 0 | 0 |
| 4 EXCESS INVENTORY AND OBSOLESCENCE RESERVES | 0 | 0 | 0 | 0 | 0 |
| 5 LOWER OF COST OR MARKET WRITE-DOWNS | 0 | 0 | 0 | 0 | 0 |
| 6 OTHER ITEMS WITH DIFFERENCES (ATTACH SCHEDULE) | 0 | 0 | 0 | 0 | 0 |
| 7 OTHER ITEMS WITH NO DIFFERENCES | 0 | 0 | 0 | 0 | 0 |
| 8 TOTAL COST OF GOODS SOLD. ADD LINES 1 THRU 7 | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| PART II - INTEREST INCOME | | | | | |
| | | | | | |
| COLUMN A - INCOME (LOSS) PER INCOME STATEMENT | | | | | |
| 1  TAX EXEMPT INTEREST INCOME | 0 | 0 | 0 | 0 | 0 |
| 2  INTEREST INCOME FROM HYBRID SECURITIES | 0 | 0 | 0 | 0 | 0 |
| 3  SALE/LEASE INTEREST INCOME | 0 | 0 | 0 | 0 | 0 |
| 4A INTERCOMPANY INT INC - OUTSIDE TAX AFFIL GROUP | 0 | 0 | 0 | 0 | 0 |
| 4B INTERCOMPANY INT INC - TAX AFFILIATED GROUP | 0 | 0 | 0 | 0 | 0 |
| 5  OTHER INTEREST INCOME | 43,080 | 0 | 43,080 | 43,080 | 0 |
| 6  TOTAL INTEREST INCOME | 43,080 | 0 | 43,080 | 43,080 | 0 |
| | | | | | |
| COLUMN B - TEMPORARY DIFFERENCE | | | | | |
| 1  TAX EXEMPT INTEREST INCOME | 0 | 0 | 0 | 0 | 0 |
| 2  INTEREST INCOME FROM HYBRID SECURITIES | 0 | 0 | 0 | 0 | 0 |
| 3  SALE/LEASE INTEREST INCOME | 0 | 0 | 0 | 0 | 0 |
| 4A INTERCOMPANY INT INC - OUTSIDE TAX AFFIL GROUP | 0 | 0 | 0 | 0 | 0 |
| 4B INTERCOMPANY INT INC - TAX AFFILIATED GROUP | 0 | 0 | 0 | 0 | 0 |
| 5  OTHER INTEREST INCOME | 0 | 0 | 0 | 0 | 0 |
| 6  TOTAL INTEREST INCOME | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| COLUMN C - PERMANENT DIFFERENCE | | | | | |
| 1  TAX EXEMPT INTEREST INCOME | 0 | 0 | 0 | 0 | 0 |
| 2  INTEREST INCOME FROM HYBRID SECURITIES | 0 | 0 | 0 | 0 | 0 |
| 3  SALE/LEASE INTEREST INCOME | 0 | 0 | 0 | 0 | 0 |
| 4A INTERCOMPANY INT INC - OUTSIDE TAX AFFIL GROUP | 0 | 0 | 0 | 0 | 0 |
| 4B INTERCOMPANY INT INC - TAX AFFILIATED GROUP | 0 | 0 | 0 | 0 | 0 |
| 5  OTHER INTEREST INCOME | 0 | 0 | 0 | 0 | 0 |
| 6  TOTAL INTEREST INCOME | 0 | 0 | 0 | 0 | 0 |
| | | | | | |
| COLUMN D - INCOME (LOSS) PER TAX RETURN | | | | | |
| 2  INTEREST INCOME FROM HYBRID SECURITIES | 0 | 0 | 0 | 0 | 0 |
| 3  SALE/LEASE INTEREST INCOME | 0 | 0 | 0 | 0 | 0 |
| 4A INTERCOMPANY INT INC - OUTSIDE TAX AFFIL GROUP | 0 | 0 | 0 | 0 | 0 |
| 4B INTERCOMPANY INT INC - TAX AFFILIATED GROUP | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| 5  OTHER INTEREST INCOME | 43,080 | 0 | 43,080 | 43,080 | 0 |
| 6  TOTAL INTEREST INCOME | 43,080 | 0 | 43,080 | 43,080 | 0 |
| **PART III - INTEREST EXPENSE** | | | | | |
| **COLUMN A - EXPENSE PER INCOME STATEMENT** | | | | | |
| 1  INTEREST EXPENSE FROM HYBRID SECURITIES | 0 | 0 | 0 | 0 | 0 |
| 2  LEASE/PURCHASE INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 3A INTERCOMPANY INT EXP - OUTSIDE TAX AFFIL GROUP | 0 | 0 | 0 | 0 | 0 |
| 3B INTERCOMPANY INT EXP - TAX AFFILIATED GROUP | 0 | 0 | 0 | 0 | 0 |
| 4  OTHER INTEREST EXPENSE | 1,916 | 0 | 1,916 | 1,916 | 0 |
| 5  TOTAL INTEREST EXPENSE | 1,916 | 0 | 1,916 | 1,916 | 0 |
| **COLUMN B - TEMPORARY DIFFERENCE** | | | | | |
| 1  INTEREST EXPENSE FROM HYBRID SECURITIES | 0 | 0 | 0 | 0 | 0 |
| 2  LEASE/PURCHASE INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 3A INTERCOMPANY INT EXP - OUTSIDE TAX AFFIL GROUP | 0 | 0 | 0 | 0 | 0 |
| 3B INTERCOMPANY INT EXP - TAX AFFILIATED GROUP | 0 | 0 | 0 | 0 | 0 |
| 4  OTHER INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 5  TOTAL INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 |
| **COLUMN C - PERMANENT DIFFERENCE** | | | | | |
| 1  INTEREST EXPENSE FROM HYBRID SECURITIES | 0 | 0 | 0 | 0 | 0 |
| 2  LEASE/PURCHASE INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 3A INTERCOMPANY INT EXP - OUTSIDE TAX AFFIL GROUP | 0 | 0 | 0 | 0 | 0 |
| 3B INTERCOMPANY INT EXP - TAX AFFILIATED GROUP | 0 | 0 | 0 | 0 | 0 |
| 4  OTHER INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 5  TOTAL INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 |
| **COLUMN D - DEDUCTION PER TAX RETURN** | | | | | |
| 1  INTEREST EXPENSE FROM HYBRID SECURITIES | 0 | 0 | 0 | 0 | 0 |
| 2  LEASE/PURCHASE INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 |
| 3A INTERCOMPANY INT EXP - OUTSIDE TAX AFFIL GROUP | 0 | 0 | 0 | 0 | 0 |
| 3B INTERCOMPANY INT EXP - TAX AFFILIATED GROUP | 0 | 0 | 0 | 0 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | | CONSOL | Elimination | Subtotal | HISTOGEN | THERAPEUTICS |
|---|---|---|---|---|---|---|
| | | 20-3183915 | | | 20-3183915 | 26-0461023 |
| 4 | OTHER INTEREST EXPENSE | 1,916 | 0 | 1,916 | 1,916 | 0 |
| 5 | TOTAL INTEREST EXPENSE | 1,916 | 0 | 1,916 | 1,916 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| **STATEMENT 1 - FORM 1120, PG 1, LN 17** | | | | | |
| **TAXES** | | | | | |
| LINE 17: TAXES | | | | | |
| STATE TAXES BASED ON INC - CURRENT | 1,600 | 0 | 1,600 | 1,600 | 0 |
| PAYROLL TAXES | 218,140 | 0 | 218,140 | 218,140 | 0 |
| MISCELLANEOUS OTHER TAXES | 160,154 | 0 | 160,154 | 160,154 | 0 |
| TOTAL | 379,894 | 0 | 379,894 | 379,894 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|

**STATEMENT 2 - FORM 1120, PG 1, LN 26**
**OTHER DEDUCTIONS**

LINE 26: OTHER DEDUCTIONS

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| UTILITIES | 95,776 | 0 | 95,776 | 95,776 | 0 |
| TRAVEL | 8,564 | 0 | 8,564 | 8,564 | |
| MEALS & ENTERTAINMENT | 6,944 | 0 | 6,944 | 6,944 | 0 |
| MISCELLANEOUS DEDUCTIONS | (61,723) | 0 | (61,723) | (61,723) | |
| DUES & SUBSCRIPTIONS | 17,200 | 0 | 17,200 | 17,200 | 0 |
| LICENSE AND PERMITS | 37,652 | 0 | 37,652 | 37,652 | |
| CLEANING & MAINTENANCE | 119,312 | 0 | 119,312 | 119,312 | 0 |
| INSURANCE | 1,300,018 | 0 | 1,300,018 | 1,300,018 | |
| PROFESSIONAL FEES | 2,684,589 | 0 | 2,684,589 | 2,684,589 | 0 |
| BANK CHARGES | 4,282 | 0 | 4,282 | 4,282 | |
| CONFERENCES & MEETINGS | (685) | 0 | (685) | (685) | 0 |
| TRAINING, MEETINGS & SEMINARS | 2,395 | 0 | 2,395 | 2,395 | |
| POSTAGE AND SHIPPING | 5,142 | 0 | 5,142 | 5,142 | 0 |
| DIRECTORS EXPENSE | 343,000 | 0 | 343,000 | 343,000 | |
| EQUIPMENT EXPENSE | 25,085 | 0 | 25,085 | 25,085 | 0 |
| MARKETING & PROMOTIONAL EXPENSES | 1,600 | 0 | 1,600 | 1,600 | |
| OTHER AMORTIZATION - PRIOR YEAR | 153,895 | 0 | 153,895 | 153,895 | 0 |
| AMORTIZATION OF R&D EXP(SEC 174)-C/Y | 550,291 | 0 | 550,291 | 550,291 | |
| TOTAL | 5,293,337 | 0 | 5,293,337 | 5,293,337 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|

**STATEMENT 3 - FORM 1120, PG 6, SCH L, LN 6, BEG**
**OTHER CURRENT ASSETS - BEGINNING**

LINE 6: OTHER CURRENT ASSETS

| | CONSOL | Elimination | Subtotal | HISTOGEN | THERAPEUTICS |
|---|---|---|---|---|---|
| OTHER PREPAID EXPENSES | 374,999 | 0 | 374,999 | 374,999 | 0 |
| PREPAID INSURANCE | 690,628 | 0 | 690,628 | 690,628 | 0 |
| PREPAID SUPPLIES | 138,261 | 0 | 138,261 | 138,261 | 0 |
| DEPOSITS | 5,536 | 0 | 5,536 | 5,536 | 0 |
| INTERCOMPANY RECEIVABLE | 412,026 | 0 | 412,026 | 412,026 | 0 |
| OTHER CURRENT ASSETS | 989,303 | 0 | 989,303 | 989,303 | 0 |
| TOTAL | 2,610,753 | 0 | 2,610,753 | 2,610,753 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|

**STATEMENT 4 - FORM 1120, PG 6, SCH L, LN 9, BEG**
**OTHER INVESTMENTS - BEGINNING**

LINE 9: OTHER INVESTMENTS

| | CONSOL | Elimination | Subtotal | HISTOGEN | THERAPEUTICS |
|---|---|---|---|---|---|
| INVESTMENTS IN SUBSIDIARIES | 339,365 | 0 | 339,365 | 339,365 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL<br>20-3183915 | Elimination | Subtotal | HISTOGEN<br>20-3183915 | THERAPEUTICS<br>26-0461023 |
|---|---|---|---|---|---|
| **STATEMENT 5 - FORM 1120, PG 6, SCH L, LN 14, BEG** | | | | | |
| **OTHER ASSETS - BEGINNING** | | | | | |
| LINE 14: OTHER ASSETS | | | | | |
| DEPOSITS | 400,000 | 0 | 400,000 | 400,000 | 0 |
| PREPAIDS | 744,364 | 0 | 744,364 | 744,364 | 0 |
| OTHER NON-CURRENT ASSETS | 4,432,428 | 0 | 4,432,428 | 4,432,428 | 0 |
| TOTAL | 5,576,792 | 0 | 5,576,792 | 5,576,792 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|

**STATEMENT 6  -  FORM 1120, PG 6, SCH L, LN 18, BEG**
**OTHER CURRENT LIABILITIES - BEGINNING**

LINE 18: OTHER CURRENT LIABILITIES

| | CONSOL | Elimination | Subtotal | HISTOGEN | THERAPEUTICS |
|---|---|---|---|---|---|
| ACCRUED VACATION | 214,562 | 0 | 214,562 | 214,562 | 0 |
| OTHER CURRENT LIABILITIES | 135,331 | 0 | 135,331 | 135,331 | 0 |
| ACCRUED EXPENSES PAYABLE | 476,430 | 0 | 476,430 | 476,430 | 0 |
| TOTAL | 826,323 | 0 | 826,323 | 826,323 | 0 |

2022 CONS. FEDERAL 1120 TAX RETURN

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL | Elimination | Subtotal | HISTOGEN | THERAPEUTICS |
|---|---|---|---|---|---|
| | 20-3183915 | | | 20-3183915 | 26-0461023 |

**STATEMENT 7  -  FORM 1120, PG 6, SCH L, LN 21, BEG**
**OTHER LIABILITIES - BEGINNING**

LINE 21: OTHER LIABILITIES

| | | | | | |
|---|---|---|---|---|---|
| OTHER NON-CURRENT LIABILITIES | 112,229 | 0 | 112,229 | 112,229 | 0 |
| LEASE LIABILITY | 4,617,239 | 0 | 4,617,239 | 4,617,239 | 0 |
| DEFERRED REVENUE | 19,404 | 0 | 19,404 | 19,404 | 0 |
| TOTAL | 4,748,872 | 0 | 4,748,872 | 4,748,872 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| **STATEMENT 8 - FORM 1120, PG 6, SCH L, LN 6, END** | | | | | |
| **OTHER CURRENT ASSETS - ENDING** | | | | | |
| LINE 6: OTHER CURRENT ASSETS - ENDING | | | | | |
| OTHER PREPAID EXPENSES | 205,223 | 0 | 205,223 | 205,223 | 0 |
| PREPAID INSURANCE | 625,615 | 0 | 625,615 | 625,615 | 0 |
| INTERCOMPANY RECEIVABLE | 443,005 | 0 | 443,005 | 443,005 | 0 |
| OTHER CURRENT ASSETS | 17,347 | 0 | 17,347 | 17,347 | 0 |
| TOTAL | 1,291,190 | 0 | 1,291,190 | 1,291,190 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL<br>20-3183915 | Elimination | Subtotal | HISTOGEN<br>20-3183915 | THERAPEUTICS<br>26-0461023 |
|---|---|---|---|---|---|

**STATEMENT 9  -  FORM 1120, PG 6, SCH L, LN 9, END**
**OTHER INVESTMENTS - ENDING**

LINE 9: OTHER INVESTMENTS

| | CONSOL | Elimination | Subtotal | HISTOGEN | THERAPEUTICS |
|---|---|---|---|---|---|
| INVESTMENTS IN SUBSIDIARIES | 339,365 | 0 | 339,365 | 339,365 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL | Elimination | Subtotal | HISTOGEN | THERAPEUTICS |
|---|---|---|---|---|---|
| | 20-3183915 | | | 20-3183915 | 26-0461023 |

**STATEMENT 10 - FORM 1120, PG 6, SCH L, LN 14, END**
**OTHER ASSETS - ENDING**

LINE 14: OTHER ASSETS

| | | | | | |
|---|---|---|---|---|---|
| PREPAIDS | 523,311 | 0 | 523,311 | 523,311 | 0 |
| RIGHT-OF-USE ASSETS | 4,657,576 | 0 | 4,657,576 | 4,657,576 | 0 |
| TOTAL | 5,180,887 | 0 | 5,180,887 | 5,180,887 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|

**STATEMENT 11 - FORM 1120, PG 6, SCH L, LN 18, END**
**OTHER CURRENT LIABILITIES - ENDING**

LINE 18: OTHER CURRENT LIABILITIES

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|
| ACCRUED VACATION | 159,919 | 0 | 159,919 | 159,919 | 0 |
| LEASE LIABILITY - ST | 247,036 | 0 | 247,036 | 247,036 | 0 |
| ACCRUED EXPENSES PAYABLE | 426,386 | 0 | 426,386 | 426,386 | 0 |
| TOTAL | 833,341 | 0 | 833,341 | 833,341 | 0 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL 20-3183915 | Elimination | Subtotal | HISTOGEN 20-3183915 | THERAPEUTICS 26-0461023 |
|---|---|---|---|---|---|

**STATEMENT 12  -  FORM 1120, PG 6, SCH L, LN 21, END**
**OTHER LIABILITIES - ENDING**

LINE 21: OTHER LIABILITIES

| | CONSOL | Elimination | Subtotal | HISTOGEN | THERAPEUTICS |
|---|---|---|---|---|---|
| OTHER NON-CURRENT LIABILITIES | 79,243 | 0 | 79,243 | 79,243 | 0 |
| LEASE LIABILITY - LT | 4,384,472 | 0 | 4,384,472 | 4,384,472 | 0 |
| DEFERRED REVENUE | 19,404 | 0 | 19,404 | 19,404 | 0 |
| TOTAL | 4,483,119 | 0 | 4,483,119 | 4,483,119 | 0 |

**STATEMENT 13 - SCH M-3, PART I, LINE 6B**
**Sch M-3, Part I, Line 6b - Net Loss from Nonincludible U.S. Entities**

Entity: HISTOGEN, INC. AND SUBSIDIARIES
Period: 2022

| (a) Name of Entity | (b) FEIN | (c) Missing EIN (Enter APPLD FOR or FOREIGNUS) | (d) | Net Income/Loss (e) | Total Assets (f) | Total Liabilities |
|---|---|---|---|---|---|---|
| ADAPTIVE BIOLOGIX | 32-0552625 | | | 74,018 | 0 | 1,148,169 |
| **Grand Total** | | | | 74,018 | 0 | 1,148,169 |

**STATEMENT 13  -  SCH M-3, PART I, LINE 6B**
**Sch M-3, Part I, Line 6b - Net Loss from Nonincludible U.S. Entities**

**Entity: HISTOGEN, INC. AND SUBSIDIARIES**
**Period: 2022**

| (a) Name of Entity | (g) Net Amount |
|---|---|
| ADAPTIVE BIOLOGIX | 1,074,151 |
| **Grand Total** | 1,074,151 |

**2022 CONS. FEDERAL 1120 TAX RETURN**

**HISTOGEN, INC. AND SUBSIDIARIES**
**20-3183915**
**Year: 2022**

| | CONSOL<br>20-3183915 | Elimination | Subtotal | HISTOGEN<br>20-3183915 | THERAPEUTICS<br>26-0461023 |
|---|---|---|---|---|---|
| **STATEMENT 14 - SCH M-3, PART II, LINE 28** | | | | | |
| LINE 28: OTHER INC (LOSS) EXP ITEMS WITH NO DIFF | | | | | |
| GROSS SALES | 3,769,404 | 0 | 3,769,404 | 3,769,404 | 0 |
| COMPENSATION OF OFFICERS | (1,523,021) | 0 | (1,523,021) | (1,523,021) | 0 |
| BUILDING REPAIRS | (25,869) | 0 | (25,869) | (25,869) | 0 |
| EQUIPMENT REPAIRS | (46,082) | 0 | (46,082) | (46,082) | 0 |
| PAYROLL TAXES | (218,140) | 0 | (218,140) | (218,140) | 0 |
| MISCELLANEOUS OTHER TAXES | (160,154) | 0 | (160,154) | (160,154) | 0 |
| EMPLOYEE BENEFIT PROGRAMS | (148,147) | 0 | (148,147) | (148,147) | 0 |
| UTILITIES | (95,776) | 0 | (95,776) | (95,776) | 0 |
| TRAVEL | (8,564) | 0 | (8,564) | (8,564) | 0 |
| MISCELLANEOUS DEDUCTIONS | 61,723 | 0 | 61,723 | 61,723 | 0 |
| DUES & SUBSCRIPTIONS | (17,200) | 0 | (17,200) | (17,200) | 0 |
| LICENSE AND PERMITS | (37,652) | 0 | (37,652) | (37,652) | 0 |
| CLEANING & MAINTENANCE | (119,312) | 0 | (119,312) | (119,312) | 0 |
| INSURANCE | (1,300,018) | 0 | (1,300,018) | (1,300,018) | 0 |
| BANK CHARGES | (4,282) | 0 | (4,282) | (4,282) | 0 |
| CONFERENCES & MEETINGS | 685 | 0 | 685 | 685 | 0 |
| TRAINING, MEETINGS & SEMINARS | (2,395) | 0 | (2,395) | (2,395) | 0 |
| POSTAGE AND SHIPPING | (5,142) | 0 | (5,142) | (5,142) | 0 |
| DIRECTORS EXPENSE | (343,000) | 0 | (343,000) | (343,000) | 0 |
| EQUIPMENT EXPENSE | (25,085) | 0 | (25,085) | (25,085) | 0 |
| MARKETING & PROMOTIONAL EXPENSES | (1,600) | 0 | (1,600) | (1,600) | 0 |
| TOTAL | (249,627) | 0 | (249,627) | (249,627) | 0 |

2022 CONS. FEDERAL 1120 TAX RETURN

HISTOGEN, INC. AND SUBSIDIARIES
20-3183915
Year: 2022

| | COLUMN A<br>EXPENSE PER<br>INCOME<br>STATEMENT | COLUMN B<br>TEMPORARY<br>DIFFERENCE | COLUMN C<br>PERMANENT<br>DIFFERENCE | COLUMN D<br>DEDUCTION<br>PER TAX<br>RETURN |
|---|---|---|---|---|
| **STATEMENT 15  -  SCH M-3, PART III, LINE 38** | | | | |
| LINE 38: OTHER EXPENSE/DED ITEMS WITH | | | | |
| DIFFERENCES | | | | |
| | | | | |
| SALARIES & WAGES | 2,231,871 | (2,155,310) | | 76,561 |
| RENTS | 1,496,630 | 351,787 | | 1,848,417 |
| SUPPLIES | 636,124 | (636,124) | | |
| PROFESSIONAL FEES | 3,918,557 | (1,233,968) | | 2,684,589 |
| TOTAL | 8,283,182 | (3,673,615) | 0 | 4,609,567 |

2022 CONS. FEDERAL 1120 TAX RETURN

HISTOGEN, INC. AND SUBSIDIARIES
20-3183915
Year: 2022

| | COLUMN A<br>EXPENSE PER<br>INCOME<br>STATEMENT | COLUMN B<br>TEMPORARY<br>DIFFERENCE | COLUMN C<br>PERMANENT<br>DIFFERENCE | COLUMN D<br>DEDUCTION<br>PER TAX<br>RETURN |
|---|---|---|---|---|
| **STATEMENT 15 - SCH M-3, PART III, LINE 38** | | | | |
| LINE 38: OTHER EXPENSE/DED ITEMS WITH | | | | |
| DIFFERENCES | | | | |
| | | | | |
| SALARIES & WAGES | 2,231,871 | (2,155,310) | | 76,561 |
| RENTS | 1,496,630 | 351,787 | | 1,848,417 |
| SUPPLIES | 636,124 | (636,124) | | |
| PROFESSIONAL FEES | 3,918,557 | (1,233,968) | | 2,684,589 |
| TOTAL | 8,283,182 | (3,673,615) | 0 | 4,609,567 |

2022 CONS. FEDERAL 1120 TAX RETURN

HISTOGEN, INC.
20-3183915
Year: 2022

| | COLUMN A<br>EXPENSE PER<br>INCOME<br>STATEMENT | COLUMN B<br>TEMPORARY<br>DIFFERENCE | COLUMN C<br>PERMANENT<br>DIFFERENCE | COLUMN D<br>DEDUCTION<br>PER TAX<br>RETURN |
|---|---|---|---|---|

**STATEMENT 15  -  SCH M-3, PART III, LINE 38**

LINE 38: OTHER EXPENSE/DED ITEMS WITH
   DIFFERENCES

| | COLUMN A | COLUMN B | COLUMN C | COLUMN D |
|---|---|---|---|---|
| SALARIES & WAGES | 2,231,871 | (2,155,310) | | 76,561 |
| RENTS | 1,496,630 | 351,787 | | 1,848,417 |
| SUPPLIES | 636,124 | (636,124) | | |
| PROFESSIONAL FEES | 3,918,557 | (1,233,968) | | 2,684,589 |
| TOTAL | 8,283,182 | (3,673,615) | 0 | 4,609,567 |

**HISTOGEN, INC.**
**20-3183915**
**12/31/2022**

FORM 1120, PAGE 1 DETAIL

LINE 29A - NON-SRLY NOL DEDUCTION

| YEAR ENDING | AMOUNT GENERATED | ADJUSTMENT | AMOUNT UTILIZED IN PRIOR YEARS | AMOUNT UTILIZED IN CURRENT YEAR | CARRYOVER |
|---|---|---|---|---|---|
| 12/31/2008 | 4,767,626 | | (2,749,836) | | 2,017,790 |
| 12/31/2009 | 2,423,868 | | | | 2,423,868 |
| 12/31/2010 | 3,428,735 | | | | 3,428,735 |
| 12/31/2011 | 5,678,643 | | | | 5,678,643 |
| 12/31/2012 | 5,020,268 | | | | 5,020,268 |
| 12/31/2013 | 3,251,941 | | | | 3,251,941 |
| 12/31/2014 | 2,574,806 | | | | 2,574,806 |
| 12/31/2015 | 3,266,045 | | | | 3,266,045 |
| 12/31/2016 | 2,989,184 | | | | 2,989,184 |
| 12/31/2017 | - | | | | - |
| 12/31/2018 | 5,043,592 | | | | 5,043,592 |
| 12/31/2019 | 2,648,656 | | | | 2,648,656 |
| Conatus NOL (5/26/2020) | - | 1,774,878 | | | 1,774,878 |
| 12/31/2020 | 10,470,497 | | | | 10,470,497 |
| 12/31/2021 | 15,686,540 | | | | 15,686,540 |
| 12/31/2022 | 5,748,580 | | | | 5,748,580 |
| **TOTAL** | 72,998,981 | 1,774,878 | (2,749,836) | - | 72,024,023 |

AMOUNT EXPIRED:                                         -

TOTAL CARRIED FORWARD TO NEXT YEAR:          72,024,023

**HISTOGEN, INC.**
**20-3183915**
**12/31/2022**

FORM 3800 DETAIL

LINE 6 - CREDIT FOR GENERAL BUSINESS CREDIT CARRYFORWARDS

| YEAR ENDING | AMOUNT GENERATED | AMOUNTS UTILIZED IN PRIOR YEARS | AMOUNT UTILIZED IN CURRENT YEAR | CARRYOVER |
|---|---|---|---|---|
| 2007 | 4,780 | | | 4,780 |
| 2008 | 95,866 | | | 95,866 |
| 2009 | 11,249 | | | 11,249 |
| 2010 | 103,521 | | | 103,521 |
| 2011 | 135,720 | | | 135,720 |
| 2012 | 142,802 | | | 142,802 |
| 2013 | 67,498 | | | 67,498 |
| 2014 | 20,299 | | | 20,299 |
| 2015 | 11,657 | | | 11,657 |
| 2016 | 46,433 | | | 46,433 |
| 2017 | 69,120 | | | 69,120 |
| 2018 | 99,693 | | | 99,693 |
| 2019 | 256,587 | | | 256,587 |
| 2020 | - | | | - |
| 2021 | 295,367 | | | 295,367 |
| 2022 | 330,389 | | | 330,389 |
| **TOTAL** | 1,690,980 | - | - | 1,690,980 |

AMOUNT EXPIRED:                                                                        -

TOTAL CARRIED FORWARD TO NEXT YEAR:                  1,690,980

**HISTOGEN, INC.**
**20-3183915**
**12/31/2022**

**STATEMENT PURSUANT TO §1.382-11(a) BY HISTOGEN INC (EIN: 20-3183915), A LOSS CORPORATION**

| | |
|---|---|
| DATE(S) OF ANY OWNER SHIFTS, EQUITY STRUCTURE SHIFTS, OR OTHER TRANSACTIONS DESCRIBED IN §1.382-2T(a)(2)(i): | VARIOUS TESTING DATES MAY HAVE OCCURRED DURING THE TAX YEAR AND IN PRIOR YEARS. |
| DATE(S) ON WHICH ANY OWNERSHIP CHANGE(S) OCCURRED: | AVAILABLE UPON REQUEST. |

AMOUNT OF ATTRIBUTES DESCRIBED UNDER §1.382-2T(a)(1)(i) THAT CAUSED THE CORPORATION TO BE A LOSS CORPORATION:

| | | |
|---|---|---|
| NET OPERATING LOSS CARRYFORWARD | $ | 72,024,023 |
| CAPITAL LOSS CARRYOVER | $ | - |
| RESEARCH & DEVELOPMENT CREDITS | $ | 1,690,980 |
| NET UNREALIZED BUILT-IN LOSS | | ADDITIONAL INFORMATION AVAILABLE UPON REQUEST |

**HISTOGEN, INC.**
**20-3183915**
**12/31/2022**

### Section 1.263(a)-3(n) Capitalization Election

Histogen, Inc. hereby elects on behalf of the entities listed below to capitalize repair and maintenance costs under Treas. Reg. § 1.263(a)-3(n). The costs were incurred during the taxable year in the electing taxpayer's trade or business and the electing taxpayer treats such costs as capital expenditures on its books and records.

| Taxpayer Name | EIN | Address |
|---|---|---|
| Histogen, Inc. | 20-3183915 | 10655 Sorrento Valley Road, Ste 200<br><br>San Diego, CA 92121 |
| Histogen Therapeutics, Inc. | 26-0461023 | 10655 Sorrento Valley Road, Ste 200<br><br>San Diego, CA 92121 |

**HISTOGEN, INC.**
**20-3183915**
**12/31/2022**

### Section 1.263(a)-1(f) De Minimis Safe Harbor Election

Histogen, Inc. on behalf of the entities listed below is making the de minimis safe harbor election under Treas. Reg. § 1.263(a)-1(f) for all eligible amounts paid or incurred during the taxable year.

| Taxpayer Name | EIN | Address |
|---|---|---|
| Histogen, Inc. | 20-3183915 | 10655 Sorrento Valley Road, Ste 200<br><br>San Diego, CA 92121 |
| Histogen Therapeutics, Inc. | 26-0461023 | 10655 Sorrento Valley Road, Ste 200<br><br>San Diego, CA 92121 |

**HISTOGEN, INC.**
**EIN: 20-3183915**
**Tax Year Ending December 31, 2022**
**Change in Method of Accounting for Specified Research and Experimental Expenditures**
**Statement Pursuant to Section 7.02 of Rev. Proc. 2023-24**

Effective for its tax year beginning January 1, 2022, Histogen, Inc., on behalf of the applicants listed below is changing the method of accounting for specified research or experimental expenditures to capitalize such expenditures to a specified research or experimental capital account, and amortize such amount over either a 5-year period for domestic research or 15-year period for foreign research (as applicable) beginning with the mid-point of the taxable year in which such expenditures are paid or incurred in accordance with the method permitted under section 174 for the year of change.

Pursuant to Section 7.02(4)(a)(i) of Rev. Proc. 2022-14, as amended by Rev. Proc. 2023-24, the change is made on a cut-off basis. The following information is provided pursuant to Section 7.02(4)(a)(ii) of Rev. Proc. 2023-24:

| | |
|---|---|
| **(A) Applicant Name and EIN:** | Histogen, Inc.<br>EIN: 20-3183915<br><br>Histogen Therapeutics, Inc.<br>EIN: 26-0461023 |
| **(B) Year of Change:** | January 1, 2022 - December 31, 2022 |
| **(C) Designated Change Number:** | 265 |
| **(D) Description of the Type of Specified Research & Experimental Expenditures:** | Taxpayer incurred various research and experimental expenditures in relation to its development of solutions for infectectious disease tratment, including employee salaries and wages, professional fees, rents, utilities, and tax depreciation/amortization. |
| **(E) Specified Research & Experimental Expenditures Paid or Incurred in Year of Change:** | $      5,545,483 |