ERIC D. GOLDBERG (SBN 157544)
DAVID M. RILEY (SBN 292087)
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: (310) 595-3000
Facsimile: (310) 595-3300
eric.goldberg@us.dlapiper.com
david.riley@us.dlapiper.com

Proposed Counsel to Debtor and
Debtor In Possession

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>HISTOGEN INC.,<br><br>            Debtor.<br><br>E.I.N. 20-3183915 | Case No. 24-bk-01357-11<br><br>Chapter 11 (Subchapter V)<br><br>**CORPORATE OWNERSHIP STATEMENT** |

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the undersigned authorized officer of Histogen Inc. certifies the following corporate entity own 10% or more of Histogen Inc.'s equity interest.

| Equity Holder | Percentage of Total Equity |
|---|---|
| Cede & Co (FAST ACCOUNT)[1] | 92.22% |

---

[1]     The Company does not have knowledge regarding beneficial owners.

---

Fill in this information to identify the case and this filing:

Debtor Name <u>Histogen Inc.</u>

United States Bankruptcy Court for the:    <u>Southern District of California</u>
                                          (State)

Case number (*If known*):_____

---

<u>Official Form 202</u>

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐        *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*

☐        *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*

☐        *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*

☐        *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*

☐        *Schedule H: Codebtors (Official Form 206H)*

☐        *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*

☐        *Amended Schedule* _____

☐        *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☒        *Other document that requires a declaration*  <u>Corporate Ownership Statement</u>

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   <u>04/18/2024</u>
               MM / DD / YYYY

                                     7269D14FBB10424...
                                Signature of individual signing on behalf of debtor

                                   David M. Maggio
                                   Printed name

                                   Chief Executive Officer
                                   Position or relationship to debtor