# EXHIBIT A

## Amended Liquidation Analysis

**Histogen Inc.**
**Liquidation Analysis as of 9/9/24**
$ in USD

| | Chapter 11 Plan Confirmation Scenario Recovery | Chapter 7 Scenario Recovery |
|---|---:|---:|
| **I. Cash Balance at 9/9/24** | $ 2,764,100 | $ 2,764,100 |
| Net Proceeds After Secured Liabilities | 2,764,100 | 2,764,100 |
| **Admin / Wind Down Expenses** | | |
| Total Admin/Wind Down Expenses | 777,488 | 777,488 |
| Chapter 7 Trustee Additional Legal Fees | | 300,000 |
| Chapter 7 Trustee Additional Distribution Agent Fees | | 50,000 |
| Chapter 7 Trustee Statutory Fees | - | 106,173 |
| **IV. Net Proceeds Available for Unsecured Claims** | 1,986,612 | 1,530,439 |
| **Unsecured Liabilities** | | |
| Accounts payable - as of 9/9/24 | 2,687 | 2,687 |
| Unsecured Claims | 124,232 | 124,232 |
| Total Unsecured Claims | 126,919 | 126,919 |
| **Recoveries** | | |
| Cost of Administration | (777,488) | (1,233,661) |
| Unsecured Claims and AP | (126,919) | (126,919) |
| *Recovery Percentage* | *100%* | *100%* |
| **Amount Remaining for Shareholder Distribution** | 1,859,693 | 1,403,520 |
| Total Shares | 4,271,759 | 4,271,759 |
| Armistice Warrants | 2,222,109 | 2,222,109 |
| Additional Warrants | 880,153 | 880,153 |
| **Total Per Share** | $ 0.25 | $ 0.19 |

**Ch. 7 Trustee Fees Calculation**

| | Amount Distributed | | $ 2,764,100 |
|---|---|---|---:|
| **Claims Distribution Tiers** | | | **Ch. 7 Trustee Fees - Calc'd** |
| Begin | End | % of Distr. | |
| $0 | 5,000 | 25% | $5,000 |
| $5,001 | 50,000 | 10% | $45,000 |
| $50,001 | 1,000,000 | 5% | $950,000 |
| $1,000,001 | - | 3% | $ 1,764,100 |
| | Total Amount Distributed | | $2,764,100 |
| | **Cal'd Ch.7 Trustee Fees** | | **106,173** |