CSD 3010 [12/01/23]

Name, Address, Telephone No. & I.D. No.

ERIC D. GOLDBERG (SBN 157544)
DAVID M. RILEY (SBN 292087)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067-4735

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>Histogen, Inc.<br>Debtor(s) | BANKRUPTCY NO.  24-01357-JBM11 |
| Plaintiff(s) | ADVERSARY NO. |
| v.<br>Defendant(s) | |

# PROOF OF SERVICE

I, Rod J. Kazempour  am a resident of the State of California, over the age of 18 years,

On  September 10, 2024 , I served the following documents:

Notice of Filing Redline of Debtor's Subchapter V Plan [with Technical Revisions]

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On  September 10, 2024 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Robert P. Goe          rgoe@goeforlaw.com; kmurphy@goeforlaw.com
Brandon J. Iskander    biskander@goeforlaw.com; kmurphy@goeforlaw.com
Elvina Rofael          elvina.rofael@usdoj.gov; tiffany.l.carroll@usdoj.gov; ustp.region15@usdoj.gov
David Andrew Wood      dwood@marshackhays.com; c206@ecfcbis.com

☐   Chapter 7 Trustee:

☒   For Chapter 7, 11, & 12 cases:          ☐   For Chapter 13 cases:
       UNITED STATES TRUSTEE                         MICHAEL KOCH, TRUSTEE
       ustp.region15@usdoj.gov                        mkoch@ch13.sdcoxmail.com

CSD 3010 [12/01/23]

2. **Served by United States Mail**:

   On  September 10, 2024  , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

   See attached service list

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

   Under Fed.R.Civ.P.5 and controlling LBR, on  September 10, 2024  , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

   N/A

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  September 10, 2024           /s/ Rod J. Kazempour
             (Date)                       (Typed Name and Signature)

                                          2000 Avenue of the Stars, Suite 400 North Tower
                                          (Address)

                                          Los Angeles, CA 90067
                                          (City, State, ZIP Code)

## SERVICE LIST

Arquitos Capital Offshore Master, Ltd.
c/o Douglas R. Hirsch, Esq.
Sadis & Goldberg LLP
551 Fifth Avenue, 21st Floor
New York, NY 10176

Marsh McLennan Agency
9171 Towne Ctr Drive, Ste 500
San Diego, CA 92122

Charles River Laboratories
GPO Box 27812
New York, NY 10087-7812

Connie Harrell
c/o Godes & Preis LLP
300 Spectrum Center Drive, Suite 1420
Irvine, CA 92618

Jeanette Wetzel
c/o Hershey Law, P.C.
16255 Ventura Blvd., Suite 1205
Encino, CA 91436

San Diego County Treasurer Tax Collector
1600 Pacific Canyon Road
San Diego, CA 92101

Daniel Kisner
Address on File


David H. Crean
Address on File


Frank E. Noble
850 Beech Street, #803
San Diego, CA 92101

Thomas Hubka
Address on File

Jonathan Jackson
Address on File

Susan Knudson
Address on File

Mary Naggs
Address on File

Rochelle Fuhrmann
Address on File

Susan Windham-Bannister
Address on File

Cede & Co
570 Washington Blvd.
Jersey City, NJ 07310-1617

Lordship Ventures Histogen Holdings LLC
230 Passaic Ave., 1st Floor
Fairfield, NJ 07004

John Paul Dejoria
Address on File

Secure Medical Inc.
5801 S. McClintock Dr., #109
Tempe, AZ 85283

Gail K. Naughton Trustee Gail K. Naughton Revocable Trust
Address on File

AST Exchange Agent #23499 Histogen Inc.
6201 15th Ave.
Brooklyn, NY 11219

The Angus Shane Paul Mitchell UTA
Address on File

Eileen Brandt TTEE Naughton Descendant Trust
Address on File

David Nassif
Address on File

John Paul Dejoria Family Trust
Address on File

Edward and Carol Miller Family Trust
Address on File

Terry Moore CCIM Inc. PSP Retirement Trust
Address on File

Charles E. Weinberger Revocable Trust
Address on File

Mark A. Hubka
Address on File

Richard S. Jackson
Address on File

The Angus Shane Paul Mitchell Living Trust
Address on File

The Angus Shane Paul Mitchell Living Trust Established Under a Trust
Address on File

Restated 2003 Terry W. Moore & Sandra L. Moore Revocable Trust
Address on File

Mike Mansfield
Address on File

Pablo Rafael Carillo Barron
Address on File

Eileen Brandt
Address on File

Address on File

Klein-Hutton Trust
Address on File

Ryan Patterson
Address on File

Robert Emmet Pinney
Address on File

The Entrust Group FBO Terry Lee Taylor Sep IRA 52-01006
Address on File

Terry Moore CCIM Inc. Roth Retirement Trust
Address on File

DLA Piper LLP
6225 Smith Ave.
Baltimore, MD 21209

Michael Fedida
Address on File

Marcy J. Weinstein
Address on File

Susan Baxter
Address on File

Roberto J. Valdes Castaneda
Address on File

Terry Moore CCIM Inc. Profit Sharing Plan and Retirement
5643 Stresemann Street
San Diego, CA 92122

Michael Zimber
Address on File

Steven J Mento & Linda Mento TTEES of Mento Family Trust
Address on File

Emmet Pinney
Address on File

Martin Latterich
Address on File

John Alfred Conlin Trustee the Conlin Family Trust
Address on File

IRA Resources FBO David John Zettel
17986 Highlands Ranch Ter
Poway, CA 92064

Virginia Robins Jackson
Address on File

Ann S. Jackson
Address on File

David L. Wood and Carol A. Wood
Address on File

Gerald Kroop
Address on File

Glenda Ann Keller
Address on File

Midland IRA Inc. FBO Stewart R. Flink
2087 Magnolia Lane
Highland Park, IL 60035

Barbara Cook
Address on File

Mark Morris
Address on File

Phil Lery
Address on File

Sanford B. Ehrich
Address on File

Benjamin R. Keller
Address on File

Patricia Gladstone
Address on File

Daniel L. Ripley and Denise J. Ripley TTEES of Ripley Trust
Address on File

Joseph R. Cave
Address on File

Louis Storz
Address on File

Judi Parker
Address on File

Danny David Dahlke
Address on File

Deepak Jain
Address on File

Jeffery H. Little
Address on File

Equity Trust Company Custodian Andrew A. Strauss IRA
77 Central Ave., Suite F
Asheville, NC 28801

Ilene Tat-Tong
Address on File

Phan Nguyen
Address on File

Paul David Hubka
Address on File

Patricia A. Yoder
Address on File

Alan J. Conlin
Address on File

The David Vanderite and Michelle Vanderite Revocable Trust
Address on File

Carol Wood and David Wood
Address on File

George A. Krezinski
Address on File

Barbara A. Cook IRA
Address on File

Stephanie Parker
Address on File

Sue Bedford
Address on File

Ruth Perry
Address on File

Scott Friedman
Address on File

Joshua A. Hubka
Address on File

Cheston J Larson
c/o Latham & Watkins LLP
12670 High Bluff Dr.
San Diego, CA 92130

Joanne C Imperial
Address on File

Paola Lanza
Address on File

The Andrew A. Strauss Living Trust
Address on File

Philip Lery
Address on File

Augusta Cerny
Address on File

Syndicated Resources
c/o Connie Harrell
2901 West Coast Highway, Suite 350
Newport Beach, CA 92663

Connie Harrell
2901 West Coast Highway, Suite 350
Newport Beach, CA 92663

Federal Insurance Company c/o Chubb
Address on File